FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JUN 8 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

Barbara Andersen                    )
       Plaintiff                )
v.                                  )
Forrest Fenn, Unknown Defendant     )          CV 20-553
                                    )

## VERIFIED COMPLAINT FOR INJUNCTION AND OTHER RELIEF

Barbara Andersen, as her own attorney, files this verified complaint for injunction and monetary relief against Forrest Fenn and Unknown Defendant.

1.      Andersen is currently a resident of Chicago, Cook County, Illinois.

2.      Forrest Fenn is a resident of Santa Fe, New Mexico.

3.      Unknown Defendant's current residence is not known. Andersen will be seeking this information in this litigation.

4.      This Court has jurisdiction based on diversity of citizenship, 28 U.S.C. § 1332, and federal question jurisdiction, 28 U.S.C. § 1331.

**Background Facts**

5.      Andersen participated in a treasure hunt drafted by Forrest Fenn. A few years ago, Andersen reached the location of the treasure. In doing so, Andersen solved the final clues and was in the general proximity of the treasure. After that, upon information and belief, Andersen went on to solve the balance of the clues. Andersen will not address the clues/answers so as to not educate Unknown Defendant.

6.      After finding the general location of the last clue/answer, Andersen found physical markings that verified that she was at the final treasure location or very near same. Andersen then spent two more years deciphering the balance of the poem and narrowing down the physical location of the

treasure.  Andersen will not disclose what those physical markings were so as to not educate the Unknown Defendant.

7.     After finding the general location, Andersen incurred substantial monies and time (months each year) physically looking for the treasure.  During that time period, Andersen never saw any searcher.  The road that is closest is very poorly maintained and is largely avoided except by local residents.  Andersen would camp or stay with local residents during her lengthy search trips.

8.     Over the years, Forrest Fenn has quietly acknowledged Andersen as the solver of the poem/puzzle.  Sample references can be found in his "Dizzy Dean" scrapbook, his Rooster Cogburn scrapbook, his reference to Bohemian (Andersen is Czech), his reference to "doctor/lawyer" (Andersen's ex-husband is a doctor), his reference to "barb" in a scrapbook, his reference to a boa (Andersen wore one in an old law firm photo) and several other examples.  Further, Forrest Fenn is fully aware that Andersen was the actual solver of the poem and has been so for some time while attempting to find the precise spot.

9.     Forrest Fenn also has likely hundreds of e-mails from Andersen, including photographs relative to almost all of the nine of the clues/answers as well as relative to finding the physical location. Conversely, upon information and belief, Unknown Defendant came out of "left field" with his solve that he stole from Andersen and has sparse, substantive communications to Fenn.

10.    Prior to her most recent search of the physical treasure, Andersen received prank text messages from the Unknown Defendant.  In those text messages, Unknown Defendant told Andersen that he was stalking her and made multiple comments about her private body parts to harass her. Unknown Defendant used multiple numbers to harass Andersen beginning at the end of May (i.e. before her most recent search).  A copy of the blocked text messages are attached hereto as Exhibit A and are

incorporated herein by reference.  Andersen considered them harmless until it was announced that the treasure had been found by a stranger.

11.     In addition, after finding the treasure, Unknown Defendant admitted that (a) he had no substantive knowledge of the clues/answers as to why he was in that area and (b) that he had stolen Andersen's solution.  A copy of the text messages from June 7, 2020 are attached hereto as Exhibit B and are incorporated herein by reference.  Andersen will not disclose the clue/answer at this juncture so as to not educate Unknown Defendant and/or the public.

12.     In addition, in order to go from the final clue to the final physical location, further analysis is required.  The treasure was not located near the final clue.  To find this final location, Andersen has to resolve the poem and conduct significant physical searching of the area.  In other words, the physical location of the treasure was a second puzzle.  Andersen finally solved same in October 2019.  Again, Andersen will not disclose at this juncture as to how to solve this aspect of the puzzle so as to not educate the Unknown Defendant and/or the public at this juncture.

13.     During this entire period, no other searcher was anywhere in proximity to her or the relevant search area.  Upon information and belief, Forrest Fenn possesses video footage of Andersen's multiple, solitary searches and the sparse trips taken by the Unknown Defendant.  Likewise, Andersen has extensive photographs from her multiple trips showing her work and thoughts as she unraveled the second half of the solve.

14.     Upon information and belief, if Forrest Fenn did maintain video footage as believed, that footage will show that Unknown Defendant went straight to the treasure without being forced to the same time-consuming analysis that Andersen underwent and that is required to find the physical location of the treasure.  In other words, it will be evident that Unknown Defendant found the treasure by stalking/following Andersen and not of his own accord.  The text messages attached as Exhibit B also

show that the Unknown Defendant had no substantive understanding as to how to find the physical location of the treasure from the last clue/answer.

15.     Upon information and belief, based on Exhibit B, Unknown Defendant has no substantive as to the actual solve of the poem.  Conversely, upon information and belief, Andersen has solved all nine clues based on what Forrest Fenn has implied in blog postings.

16.     Upon information and belief, Unknown Defendant stole Andersen's solve by (a) hacking her computer and/or e-mails (i.e. those to Forrest Fenn) and (b) physically stalking Andersen once she arrived for her final searches.

## COMPLAINT FOR INJUNCTION AGAINST UNKNOWN DEFENDANT AND FORREST FENN

17.     Andersen incorporates paragraphs 1 through 16 as paragraph 17 herein by reference.

18.     At all times relevant hereto, there existed the Computer Fraud and Abuse Act, 18 U.S.C. §1030 that prohibits the unauthorized accessing of protected computers with the intent to either obtain information, further a fraud or damage a computer and its data.

19.     Andersen's computer and her e-mail communications to Forrest Fenn fall within the definition of a protected computer for purposes of the Computer Fraud and Abuse Act.

20.     Upon information and belief, Unknown Defendant found the precise location of the Forrest Fenn treasure not because he solved the puzzle, but because he/ intentionally hacked Andersen's computer and e-mails in violation of the Computer Fraud and Abuse Act and, further, stalked Andersen physically at the treasure location site.

21.     Unknown Defendant damaged Andersen by stealing her proprietary information relative to the solve of the Forrest Fenn poem/puzzle and the physical location of the treasure

4

chest.   Unknown Defendant intended to damage Andersen by stealing her proprietary information and using same to reach the treasure first.

22.    Unknown Defendant secured the location of the treasure by unethical and illegal means and should be barred from having any right or title in the treasure.

23.    But for the improper conduct of Unknown Defendant, Andersen would have located the treasure given that she was focused on a very small area at this late, multi-year juncture of the search.

24.    At this juncture, Andersen does not know whether Forrest Fenn has reserved any interest in the treasure chest.  From recent communications, there is a suggestion that perhaps he has created a corporation and/or trust for the chest.  Andersen attempted to meet with Forrest Fenn to resolve this question; however, he was overwhelmed with numerous e-mails and the media attention surrounding the conclusion of the search.  Further, Forrest Fenn declined Andersen's request to physically meet to resolve the improper and unethical conduct of Unknown Defendant and how to handle same in light of the virus and the fact that Andersen was clearly upset.  Andersen advised Forrest Fenn that she would name him to this suit so as to resolve the legal issues in a public forum and to protect her interest in the chest.  Andersen does not intend to suggest in any regard that Forrest Fenn was in any regard involved in or had knowledge of the improper, illegal and unethical acts of Unknown Defendant.

25.    Given the improper conduct of Unknown Defendant, it would be improper for Forrest Fenn to convey any right or title in the treasure chest to Unknown Defendant.

26.    Upon information and belief, the value of the chest and its contents is millions of dollars if sold/auctioned.

5

27.     Wherefore, Andersen requests that this Court enter judgment against Unknown Defendant and, further, that this Court:

(a)     enjoin him from selling and/or auctioning the treasure;

(b)     ordering him to turn over the treasure chest to Andersen;

(c)     monetary damages for any of the assets removed from the treasure chest;

(d)     costs associated with this litigation; and

(e)     such other relief as this Court deems just and equitable including a referral for the criminal investigation of the Unknown Defendant for hacking Andersen's computer work and proprietary information.

28.     Wherefore, Andersen also requests that this Court further enter injunctive relief against Forrest Fenn (a) so as to preclude him from assisting Unknown Defendant in securing right/title to the chest and/or assisting him in his effort to sell/auction same and (b) to facilitate the transfer of the treasure chest to Andersen, the sole solver of the poem/puzzle.


                                        Barbara Andersen

                                        ___/s/ Barbara Andersen_____

Barbara Andersen, 6256000
1220 West Sherwin, Unit 1E
Chicago, IL 60626
(708) 805-1123
bandersen@andersen-law.com

VERIFICATION

1.      I, Barbara Andersen, verify that I personally prepared the above complaint.  If called to testify, I would testify as contained therein.

2.      I have personal knowledge of the allegations contained in the above, verified complaint except for when plead "upon information and belief"

3.      I verify the complaint under penalty of perjury that the statements contained therein are true and correct.


/s/ Barbara Andersen, plaintiff and attorney
June 7, 2020



2:18

# AT&T Call Protect

CALL LOG          BLOCK          LOOKUP

                    
88                    0                    14
All calls           Flagged             Blocked

Today

 **270.697.8730**          08:55 AM
Kentucky                 Manually Blocked

 **Joe**                    08:50 AM
Mobile                   Manually Blocked

 **Joe**                    08:50 AM
Mobile                   Manually Blocked

 **Joe**                    08:48 AM
Mobile                   Manually Blocked

 **270.697.8730**          08:02 AM
Kentucky                 Manually Blocked

 **270.697.8730**          08:02 AM
Kentucky                 Manually Blocked

 **Joe**                    08:01 AM
Mobile                   Manually Blocked

Exhibit 1

                    



2:18

# AT&T Call Protect

| CALL LOG | BLOCK | LOOKUP |

 Joe
Mobile
08:01 AM
Manually Blocked

## Friday

 Spam Risk
259.588.4296
11:16 AM
Auto-blocked

## Last month

 270.697.8730
Kentucky
05/27/2020
Manually Blocked

 270.697.8730
Kentucky
05/27/2020
Manually Blocked

 Joe
Mobile
05/27/2020
Manually Blocked

 Joe
Mobile
05/27/2020
Manually Blocked

 Joe
Mobile
05/27/2020
Manually Blocked

Call log displays history for last 30 days.

**Joe**
+17792067680

Saturday, June 6, 2020

**What is going on?**

11:12 PM

Sunday, June 7, 2020

**I will be in santa fe today. I suggest you be there.**

**First I am making a stop.**

6:53 AM

Oh my good-ness!!!! Santa fe is 12 hours away from where I'm at

7:04 AM

*Exhibit 2*

Who hacked and followed me? I am



**Joe**
+17792067680

Who hacked and followed me? I am at State police.

7:06 AM


Not me  7:06 AM

I will also be going to the media and filing suit if not turned over voluntarily.

7:10 AM

You want to sue me?

7:10 AM

Whoever hacked and followed me.

Hacking is a crime fyi

7:11 AM

    

 

< **Joe**
+17792067680 📞 🔍 ⋮

**J** Okay good luck with that!!! I don't think that you understand how many open hacking cases are out there

7:13 AM

**J** In order to sue me, you would have to find out my real name!!!

Good luck!!!!! 

7:16 AM

Yes that is where the police and judge come into play. You

2:29

**Joe**
+17792067680

> Yes that is where the police and judge come into play. You will never be able to sell it.

7:16 AM

> And you will go to jail to boot.

7:17 AM

Who said anything about selling

7:17 AM

> And I'm good friends with one of the best forensic experts

7:17 AM



7:18 AM

**Joe**
+17792067680

What are you going to do put it under your bed? Lol.

7:18 AM

What is so funny? How are you going to explain yourself to the media?

7:19 AM

You can't even find me lol

You're a funny lady

7:20 AM

Should I go through every case that you've lost?

7:37 AM

2.29

**Joe**
+17792067680

**??????** 7:59 AM

Charges are being brought for harassment by state.they Ee getting video footage and emails to Forrest now.I was told to direct you to cease contacting me. I will further pursue with fbi for criminal hacking charges and begin civil litigation/media. Please cease contacting me unless you wish to go un

View all



2:29

## Me

8:02 AM, Jun 7

Charges are being brought for harassment by state.they Ee getting video footage and emails to Forrest now.I was told to direct you to cease contacting me. I will further pursue with fbi for criminal hacking charges and begin civil litigation/media. Please cease contacting me unless you wish to go undo your wrong.

Copy text          Share

< **Joe**
+17792067680

 8:06 AM

You are not a good liar!!! Work on it!! You haven't convinced me!!!

8:07 AM

You have been advised to stop.

8:09 AM

Oh my good-ness!!!! You have been advised to stop being a retarded fucknut, but that will never happen!!!

8:1

2:30

## Joe
+17792067680

**J** Like I had said good luck finding me

I'm in Mexico right now

8:11 AM

**J** The US government has zero jurisdiction in Mexico

8:12 AM

8:12 AM   The tro suit will stop you from selling.

**J** You can't sue someone who you can't serve papers too

8:12 AM

I'm on my way to 

    

|||          ◯          ‹



**Joe**
+17792067680

I'm on my way to see Forrest and media/feds. Please stop texting me.
8:12 AM

I can stop any auction house.
8:13 AM

Talk to whomever you want
8:13 AM

Sounds good. Now stop texting me.
8:13 AM

Nope
8:14 AM

You're not really good at technology.



**Joe**
+17792067680

You're not really good at technology.

Do your homework at least before telling me some bullshit

8:16 AM

What are you talking about?

I just called the feds.

8:17 AM

Call whomever you want

You're not scaring me

8:18 AM

You are a shitty lawyer, I can tell

2:30

< **Joe**
+17792067680

📞  🔍  ⋮

J **You are a shitty lawyer, I can tell now!!!**

8:19 AM

J **You can't convince me, how do you plan on convincing a judge/jury**

8:22 AM

**This was documented and filmed for years. It is very easy actually.**

8:23 AM

J **Uh huh**

8:23 AM

J **Just like you had done with Zillow**



      

|||     ○     <

2:30

**Joe**
+17792067680

Or your exhusband
for that matter

8:24 AM



Btw, Michael Haas
sends his regards



8:25 AM

You must be a very
young person to not
stop when you have
been told to stop.

8:25 AM

Age has nothing to
do with this

Because I know
that there's
nothing that you
can do

8:26 AM



     

|||      ◯      ‹

**Joe**
+17792067680

> So you are from Chicago and know Michael Haas?

8:27 AM

I know of him

I know every battle that you've lost

8:28 AM

> So you basically hacked me so you could become famous and rich. Do you have receipts for the books or emails of your solve?

8:29 AM

Don't worry about what I have

8:30 AM

2:30

## Joe
+17792067680



**J**  Don't worry about
what I have

8:30 AM

You have absolutely
nothing. I was there
for three years. You
have to solve the
puzzle twice to get
to where it was.

8:30 AM

**J**  I've solved
everything

Don't worry

8:31 AM

Yeah sure. It was
filmed.

8:31 AM

**J**  This is so much
fun

    

   

2.30

**Joe**
+17792067680

J **This is so much fun**

8:32 AM

J 

8:37 AM

J **Would you like Michael's address?**

8:42 AM

J **Are you getting up-set now?** 

8:47 AM

J 

8:50 AM

J **Hello pussycat**

2.30

**Joe**
+17792067680

Hello pussycat

Meow

Meow
8:58 AM

Where did you go lady?
9:03 AM

I've told you to stop contacting me. I'm going to file the tro suit <u>today</u> against you and forrest
10:27 AM

Lmaooooo
10:32 AM



Who are you



**Joe**
+17792067680

**J** Ok.......
10:55 AM

**J** Whatever makes you feel better!!!! 🤣🤣🤣🤣🤣🤣🤣
10:56 AM

**J** Are you going to tell the newspaper that some random guy keeps harassing you
11:17 AM

They have your texts now
11:17 AM

**J** Because that's the only evidence that you really have.

< **Joe**
+17792067680 📞 🔍 ⋮

J Because that's the only evidence that you really have. Everything else is hearsay!!!

11:18 AM

J You've never seen me, you don't even know who I am!!!

Well, good luck

dumbass

11:19 AM

You do know there are civil and criminal federal penalties for hacking. This will be a federal case. I

**Joe**
+17792067680

You do know there are civil and criminal federal penalties for hacking. This will be a federal case. I suggest you honor my request to cease contacting me and have a lawyer call me. Thank you.

11:21 AM

 Lmaooooo if you had any evidence, but you don't!!!

11:21 AM

You gave yourself away when you started texting me before I even got

2:31

**Joe**
+17792067680

> You gave yourself away when you started texting me before I even got back to the search area.

11:22 AM

 Um, you're an idiot

But, good luck

I know the law

Texting someone is not a crime

11:24 AM

 Like I've said good luck

11:25 AM

> How so? Tell me.



< **Joe**
+17792067680

> How so? Tell me. What brought you to the corner in the first place? What clue was that and answer?

11:25 AM

J Good luck finding me

Don't care!!!! 11:25 AM

J  you are only good for my amusement

11:26 AM

> What clue was at the location e years



**Joe**
+17792067680

What clue was at the location e years ago?

3 years ago

11:26 AM

So your story is that you randomly walked straight to the location on your own notwithstanding you have no knowledge of the clue/answer or physical clues at the location?

11:27 AM

the location e years ago?

3 years ago

11:26 AM



**Joe**
+17792067680

So your story is that you randomly walked straight to the location on your own notwithstanding you have no knowledge of the clue/answer or physical clues at the location?

11:27 AM

What clue was at the location e years ago?

3 years ago

11:26 AM

So your story is that you randomly walked straight to the location on your own notwithstanding you have no knowledge of the clue/answer or physical clues at the location?

How so? Tell me.







## Joe
+17792067680

> You gave yourself away when you started texting me before I even got back to the search area
>
> 11:29 AM

That shows nothing, but good luck

11:34 AM

> So again what clue/ answer exists near the treasure?
>
> 11:34 AM

My dick in your mouth

11:37 AM

Ok......and????

11:38 AM

> Thar is what you





**Joe**
+17792067680

Ok......and????  11:38 AM

Thar is what you want a federal judge and the press and Forrest to read?

11:39 AM

Let them read it!! I'm not worried!!!

11:41 AM

You think that you can scare people who are way more advanced than you!!!!

12:10 PM

Times have changed!!!! News flash!!!

12:11 PM



JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Barbara Andersen | Forrest Fenn, Unknown Defendant |

**(b)** County of Residence of First Listed Plaintiff    Cook, Illinois
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Santa Fe, NM
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Barbara Andersen, 1220 West Sherwin, Unit 1E, Chicago, IL 60626

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question
 *(U.S. Government Not a Party)*
- ❏ 2   U.S. Government Defendant
- ❏ 4   Diversity
 *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ☒ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | ❏ 690 Other | 28 USC 157 | 3729(a)) |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| Student Loans | ❏ 340 Marine | Injury Product | | New Drug Application | ❏ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | | ❏ 840 Trademark | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | (15 USC 1681 or 1692) |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | Act | ❏ 862 Black Lung (923) | ❏ 485 Telephone Consumer |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | Protection Act |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | Relations | ❏ 864 SSID Title XVI | ❏ 490 Cable/Sat TV |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 850 Securities/Commodities/ |
| | ❏ 362 Personal Injury - | Product Liability | ❏ 751 Family and Medical | | Exchange |
| | Medical Malpractice | | Leave Act | | ❏ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 891 Agricultural Acts |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | Income Security Act | or Defendant) | ❏ 895 Freedom of Information |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | Act |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | ❏ 899 Administrative Procedure |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | Act/Review or Appeal of |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | Agency Decision |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | ❏ 950 Constitutionality of |
| | Other | ❏ 550 Civil Rights | Actions | | State Statutes |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ❏ 2   Removed from State Court
- ❏ 3   Remanded from Appellate Court
- ❏ 4   Reinstated or Reopened
- ❏ 5   Transferred from Another District *(specify)*
- ❏ 6   Multidistrict Litigation - Transfer
- ❏ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC sec1030

Brief description of cause:
Hacking/theft of proprietary information

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ⊙ Yes   ❍ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE      DOCKET NUMBER

DATE
June 8, 2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ Barbara Andersen plaintiff and attorney

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE