IN THE UNITED STATES DISTRICT COURT

OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2020 JUN -9 AM 11:22

CLERK-SANTA FE

| | | |
|---|---|---|
| Barbara Andersen | ) | |
| | ) | |
| v. | ) | 20 cv 00553 |
| | ) | |
| Forrest Fenn, | ) | |
| Unknown Defendant | ) | |

## MOTION FOR LEAVE TO ELECTRONICALLY FILE

Barbara Andersen, plaintiff and her own attorney, hereby files this motion to electronically file in this matter. In support of the motion, Andersen states as follows:

1. Andersen is an attorney in good standing in Illinois since 1998. Andersen has practiced much of her career in the Illinois state and appellate courts.
2. Andersen is familiar with e-filing in the district and appellate courts.
3. Andersen was advised that she would need to ask this Court for permission to electronically file given that she is not a practicing attorney in New Mexico, but is representing herself herein.

Wherefore, Andersen requests this Court's permission to electronically file in this litigation and be given permission to get a sign in for New Mexico.

Respectfully submitted:

/s/ Barbara Andersen

_____

Barbara Andersen

1220 West Sherwin, Unit 1E

Chicago, IL 60626

708-805-1123