**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

BARBARA ANDERSEN,

        Plaintiff,

v.                                                                                      No. 1:20-cv-00553-JFR

FORREST FENN and
FNU LNU,

        Defendants.

**ORDER GRANTING LEAVE TO FILE ELECTRONICALLY**

**THIS MATTER** comes before the Court on Plaintiff's Motion for Leave to Electronically File, Doc. 7, filed June 9, 2020.

Plaintiff, who is proceeding *pro se*, requests permission to electronically file in this case and states that she is "familiar with e-filing in the district and appellate courts."

The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (November 2019) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses her electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised December 2019).

**IT IS ORDERED** that Plaintiff's Motion for Leave to Electronically File, Doc. 7, filed June 9, 2020, is **GRANTED.**

_____
**UNITED STATES MAGISTRATE JUDGE**