https://outlook.office.com/mail/inbox/id/AAQkADA0MGESZjRlLTI0ZTctNDEwYi04OWY4LTE1MDZjZDY3NDQxOAAQAOAAOAAIdzXbvJkFNs2d89yqvAS8%3D

7/6/2020

7 52 Verizon

☆  🔒 www.youtube.com  ■





Mail - Barbara Andersen - Outlook

2/3

7/6/2020

Mail - Barbara Andersen - Outlook



Sent via the Samsung Galaxy A10e, an AT&T 4G LTE smartphone