## STATE OF NEW MEXICO SUPPLEMENTAL REPORT

| ORIGINAL OFFENSE DATE | SUPP. DATE | CASE NO. | INCIDENT NO. |
|---|---|---|---|
| 10/16/2019 | 10/17/2019 | | |

| ORIGINAL OFFENSE REPORTED | ORIGINAL PERSON CODE |
|---|---|
| DOCUMENTED INFO | R - REPORTING PERSON |

| ORIGINAL NAME (LAST, FIRST, MIDDLE, SUFFIX) | | DATE OF BIRTH |
|---|---|---|
| | M | |

**LOCATION OF OCCURRENCE**

███████ SHERIFF'S OFFICE
**CASE NARRATIVE**
**DOCUMENTED INFORMATION**

REPORT DATE: OCTOBER 16, 2019

SYNOPSIS: THIS REPORT IS IN REFERENCE TO AN INCIDENT THAT I RESPONDED TO ON OCTOBER 16, 2019 IN ███████ NM REGARDING AN ALLEGED RESTRAINING ORDER VIOLATION. I BECAME INVOLVED IN THE INCIDENT WHEN I WAS DISPATCHED TO THE RESIDENCE OF HOUSE ███████ DUE TO AN ALLEGED VIOLATION OF A RESTRAINING ORDER WHERE IT WAS REPORTED THAT A WOMAN WHO WAS SAID TO BE THE RESPONDENT OF THE RESTRAINING ORDER WAS DRIVING BY THE REPORTING PERSON AND MAKING THREATS. UPON ARRIVAL I MET WITH BOTH PERSON(S) INVOLVED AND FOUND NO ACTIVE RESTRAINING ORDER ONLY A PETITION FOR ONE. IT WAS ALSO LEARNED THAT THE ALLEGED PERSON TO BE COMMITTING THE VIOLATION WAS PARKED ON THE SIDE OF THE ROAD GOING FOR A HIKE WHEN THE REPORT PERSON DROVE BY HER ATTEMPTED TO INTIMIDATE. I FOUND THERE TO BE NO PROOF OF ANY ALLEGED CRIME DURING MY INVESTIGATION.

STATEMENT OF REPORTING PERSON: UPON ARRIVAL TO ███████, I MADE CONTACT WITH THE REPORTING PERSON IDENTIFIED AS ███████ WAS OUTSIDE REPAIRING A CHAIN SAW WHEN I MADE CONTACT WITH HIM. UPON MAKING CONTACT WITH HIM HE EXPLAINED TO ME THAT THE ALLEGED SUSPECT IN THE INCIDENT IDENTIFIED AS BARBARA ANDERSEN, WAS SEEN NEAR HIS PROPERTY TAKING PICTURES OF HIM. ███████ SHOWED ME DOCUMENTATION FROM THE 1ST JUDICIAL DISTRICT COURT THAT HAD HIM AS THE PETITIONER AND TWO INDIVIDUALS IDENTIFIED AS ███████ THE RESPONDENTS. THE PAPER WORK THAT HE SHOWED ME WAS NOT A RESTRAINING ORDER BUT A PETITION FOR ONE. I DID NOT SEE MS. ANDERSEN'S NAME ON THE DOCUMENTS.

AS I CONTINUED TO SPEAK WITH HIM, HE MENTIONED TO ME THAT HE WAS CURRENTLY IN THE PROCESS OF INCLUDING MS. ANDERSEN ON THE PAPERWORK. HE CONTINUED TO TALK TO ME AND STATED THAT HIS ELDERLY NEIGHBOR, WHO HE DESCRIBED AS BEING INVOLVED IN THE OCCULT AND AS BEING A WITCH, GOES TO HIS HOUSE AND ENTERS IT WITHOUT HIS PERMISSION. HE ALSO EXPLAINED TO ME THAT SHE IS DOING THIS AT THE DIRECTION OF ███████ BECAUSE HE IS WEALTHY AND PAYING THEM TO DO THIS. AS I FURTHER SPOKE TO HIM HE TOOK ME TO THE BACK SIDE OF HIS RESIDENCE, WHERE HE SHOWED ME SOME SMALL HOLES APPROXIMATELY 12 X 12 IN SIZE WHERE IT APPEARED A CHIMNEY WAS ONCE INSTALLED. HE ALSO POINTED OUT SOME METAL ROOFING THAT HE SUGGESTED WAS BEING REMOVED TO ENTER FROM OTHER AREAS. ███████ TOOK ME INTO THE RESIDENCE AND SHOWED ME SOME OTHER SMALL HOLES THAT HE BELIEVED HER TO BE ENTERING. AS I LOOKED AT THE HOLES, I WAS NOT ABLE TO UNDERSTAND HOW ANY ADULT COULD FIT AS HE WAS SUGGESTING. ███████ ALSO TOLD ME THAT HE BELIEVED THAT BECAUSE SHE WAS A WITCH, SHE WAS ABLE TO CHANGE HERSELF INTO A SMALL ANIMAL TO GET INTO THE HOUSE FROM THESE AREAS. THESE STATEMENTS LED ME TO BELIEVE THAT SOME OF THE THINGS HE WAS SAYING WERE OUT OF THE ORDINARY AND HE COULD POSSIBLY HAVE SOME SORT OF MENTAL ISSUES. I AM NOT AWARE OF ANY OF HIS MEDICAL HISTORY AND THIS IS ONLY A DETERMINATION MADE BY MY OBSERVATIONS AND HIS STATEMENTS.

AS I CONTINUED TO TALK TO HIM, HE TOLD ME THAT HE SET UP CAMERAS AROUND HIS PROPERTY AND SHOWED ME THE LOCATIONS AS TO WHERE THEY WERE AT. I MENTIONED TO HIM THAT HE NEEDS TO HAVE THE PAPERWORK UPDATED WITH MS. ANDERSEN'S NAME ON IT IN ORDER FOR IT TO BE VALID. I ALSO MENTIONED THAT IF HE COMES ACROSS ANY VIDEO SURVEILLANCE THAT PROVES HE IS BEING HARASSED, TO SAVE IT AND PROVIDE IT TO LAW ENFORCEMENT IMMEDIATELY.

STATEMENT OF ALLEGED SUSPECT: I PROCEEDED TO SPEAK WITH THE ALLEGED SUSPECT IDENTIFIED AS MS. BARBARA ANDERSEN WHO WAS WAITING FOR US ON ███████. WHILE SPEAKING WITH MS. ANDERSEN, SHE MENTIONED TO ME THAT WHILE SHE WAS PARKED ON THE SIDE OF THE ROAD ON ███████ GETTING READY TO GO FOR A HIKE, SHE NOTICED ███████ TRUCK COMING FROM ███████. MS. ANDERSEN TOLD ME THAT WHEN HE SAW HER, HE DROVE BY HER AS TO INTIMIDATE HER. MS. ANDERSEN STATED THAT HE CONTINUED TO DRIVE UP ███████, AND A FEW MINUTES LATER DROVE BACK DOWN AND PURPOSELY SLOWED DOWN NEAR WHERE SHE WAS AT. I ASKED HER IF HE TOLD HER ANYTHING. MS. ANDERSEN TOLD ME THAT HE DID NOT SAY ANYTHING TO HER BUT WAS STARING AT HER AS IF TO INTIMIDATE HER. SHE STATED THAT HE DROVE OFF AND WENT BACK TO HIS RESIDENCE. SHE TOLD ME THAT SHE IS INVOLVED IN THE DISPUTE BECAUSE SHE USED TO DATE ███████ AND THE TWO HAVE HAD AN ONGOING CIVIL DISPUTE REGARDING LAND AND EASEMENT. SHE TOLD ME THAT SHE WAS RECENTLY INVOLVED IN A COURT CASE WITH ███████, AND A NO CONTACT ORDER WAS ISSUED FOR ALL PARTIES INVOLVED BY 1ST JUDICIAL DISTRICT JUDGE ███████. SHE DID MENTION THAT THERE WAS CURRENTLY NOT RESTRAINING ORDER THAT SHE WAS AWARE OF BUT WAS GOING TO CONTACT THE COURT HERSELF DUE TO THE INCIDENT THAT OCCURRED EARLY THAT DAY.

AT APPROXIMATELY 1530 HOURS I RECEIVED A PHONE CALL FROM MS. ANDERSEN WHO TOLD ME THAT SHE HEARD SEVERAL GUN SHOTS THAT SHE BELIEVED TO BE COMING FROM THE AREA OF ███████ RESIDENCE. (NOTE: FROM THE RESIDENCE SHE WAS STAYING, AT THE INTERSECTION OF ███████ AND

Ex B

Case Number: ███████ Sheet 1 Of 2

▬▬▬▬▬▬▬▬, ▬▬▬▬▬'S RESIDENCE IS NOT VISIBLE.) SHE TOLD ME THAT HE IS A FELON AND HE HAS A GUN. MS. ANDERSEN RECOMMENDED THAT WE GO SEARCH HIM AND ARREST HIM FOR BEING IN POSSESSION OF A GUN. I EXPLAINED TO HER THAT I COULD NOT DO THAT BASED ON SECOND HAND INFORMATION AND NO PROOF OF PROBABLE CAUSE. I EXPLAINED TO HER THAT IF I DID THAT IT WOULD BE A VIOLATION OF HIS RIGHTS AND IT WOULD BE AN ILLEGAL SEARCH AND SEIZURE. I DID EXPLAIN TO HER THAT IF SHE COULD PROVIDE EVIDENCE SUCH AS PHOTO, OR VIDEO, THAT WOULD BE ENOUGH BUT ALSO CAUTIONED HER NOT TO RISK HER SAFETY TO GET THIS INFORMATION.

CASE DISPOSITION: AT THIS TIME I FOUND NO EVIDENCE OF A CRIME ON EITHER INDIVIDUAL, OR NO EVIDENCE OF ANY RESTRAINING ORDER OR NO CONTACT ORDER VIOLATIONS. INCIDENT IS DOCUMENTED ON THIS REPORT. ANY OTHER INFORMATION REGARDING THIS INCIDENT WILL BE DOCUMENTED IN A SUPPLEMENT REPORT. NO OTHER ACTION TAKEN.

| STATUS | REPORTING OFFICER (PRINT) | RANK | ID NO | DATE | DETECTIVE/FOLLOW-UP OFFICER/ REFERRED TO | | ID NO | DATE |
|---|---|---|---|---|---|---|---|---|
| | ASSISTING OFFICER (PRINT) | RANK | ID NO | DATE | PROCESSED BY | DATE | DATA ENTRY PERSON | DATE |
| | APPROVING OFFICER (PRINT) | RANK | ID NO | DATE | INCIDENT STATUS ACTIVE INACT CLOSED UP CLA CLE | EXCEPT CODE | | DATE |
| | AGENCY OPTIONAL USE (DISTRIBUTION, OTHER OFFICERS, ETC.) | | | | CASES CLEARED BY THIS ARREST CASE NO | CASE NO | | CASE NO |

Case Number:                                                                                                                Sheet 2 Of 2