IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

| | |
|---|---|
| Barbara Andersen )  |   |
|     Plaintiff ) | Case 20-cv- 00553 |
| v. ) |   |
| Forrest Fenn; Unknown Defendant ) |   |

## SUPPLEMENT TO MOTION FOR PROTECTIVE ORDER

Barbara Andersen, as her own attorney, hereby files this supplement to her previously filed motion for a protective order.

Andersen asks that this paragraph be considered in supplement to her motion for a protective order.  Andersen already advised this Court in her last pleading that she has been harassed by "Fennatics" who are watching these proceedings because they have run out of materials for their YouTube programs which provide them financial benefit.[1]  As predicted, Andersen's last motion was picked yet again up by the Court watchers and, thereinafter, by the Fennatics.  Just within the last day, Andersen has yet again been publicly attacked on the blogs and on YouTube by the Fennatics.  A copy of the recent blog initiated by this KPro[2] person (and joined in by layman Toby Younis of Gypsy Kiss) is attached hereto as Exhibit A and is incorporated herein by reference.  A copy of an e-mail correspondence that an anonymous harassing person sent Andersen is attached herein is Exhibit B and is

---

[1]  The various YouTube make money off of YouTube clicks/advertising.  In addition, Gypsy Kiss tried to sell their "expert" search services in taking calls and/or looking for the treasure (while they wandered aimlessly about personally).  In addition to their obsessive YouTubing, KPro/Cowlazar sold coins, a monopoly game, maps; they also held back hints from the public that were given to them by Forrest Fenn in an effort create a purported "documentary" for profit.  In other words, these bloggers/YouTubers are snake oil salesmen who drum up fake drama on their internet sites for personal financial gain/advertising revenue.

[2]  The blogging false tries to characterize KPro as acting reasonably relative to Andersen. Andersen (not vice versa) gave KPro her phone number on her youtube page.  In addition, Andersen's number is in the pleading and has been a matter of public record/information for 20 years.  Notwithstanding same, KPro has elected not to interview Andersen but instead to continue on with her smear campaign.

incorporated herein by reference.[3]  Andersen asks this Court to consider same in supplement to her motion for a protective order.

                                  Respectfully submitted:

                                  ___/s/ Barbara Andersen_____

Barbara Andersen, 6256000
1220 West Sherwin, Unit 1E
Chicago, IL 60626
(708) 805-1123
bandersen@andersen-law.com

---

[3]     Terry Scant is a fictional name related to the poem/the Chase.

2