New lawsuit developments - The Hint of Riches - Forrest Fenn's Treasure Hunt

# New lawsuit developments

POSTS | LATEST ACTIVITY

Search

Page 1 of 2   Filter

kpro
Admin

Join Date: Dec
2017
Posts: 2265

Share
Tweet

### New lawsuit developments
07-08-2020, 10:27 PM

Odd turns keep coming in the chase:

https://www.courtlistener.com/recap/...4494459.0.pdf

"Positivity triumphs over negativity" - famous quote by the famous Cowlazars 2018

#1

Jaam
Scru

Exhibit
A

New lawsuit developments - The Hint of Riches - Forest Fenn's Treasure Hunt

**Tags:** None

Hataska
Member

Join Date: Jul
2020
Posts: 45

Share

Tweet

07-08-2020, 10:37 PM

Ah, yes, this document was just as annoying as I expected...

*Last edited by Hataska; 07-08-2020, 11:01 PM.*

Jaam
Scru

#2

1 like

3 likes

New lawsuit developments - The Hint of Riches - Forrest Fenn's Treasure Hunt

# Worry Free Fun
Chuck E. Cheese

Chuck E. Is Taking Extra Steps To Keep You Safe & Having Fun

🌐 WEBSITE

📍 Skokie     🔷 DIRECTIONS

07-08-2020, 11:01 PM     #3

**Sheriff Billy**
Senior Member

There is an old axiom that goes like this: "The doctor who treats himself has a fool for a patient"

I wonder if that applies to attorneys too? 😊

Join Date: Apr
2019
Posts: 621

Share
Tweet

07-08-2020, 11:01 PM     #4

**Little r**
Junior Member

*Originally posted by kpro*
*Odd turns keep coming in the chase:*

*https://www.courtlistener.com/recap/...4494459.0.pdf*

8 likes

New lawsuit developments - The Hint of Riches - Forest Realm's Treasure Hunt

Join Date: Jun
2020
Posts: 13

Share
Tweet

I kind of find this entertaining.

Shop Walgreens Health & Wellness Items And Save Today

## Walgreens Brand BOGO50
Walgreens

🌐 WEBSITE

07-08-2020, 11:05 PM

📍
Wilmette

🧭 DIRECTIONS

That Shadow must be a shady character.

**Star Shadow**
Junior Member

Join Date: May
2020
Posts: 22

Share
Tweet

2 likes

#5

1 like

New lawsuit developments - The Hint of Riches - Forrest Fenn's Treasure Hunt




07-08-2020, 11:26 PM

"Mrs Aaaandersen







Shane

Rush

**Hataska**
Member

Join Date: Jul
2020
Posts: 45

Yesterday, 12:04 AM

*It would also be helpful for this Court to review the "scrapbooks" contained on https://dalneitzel.com particularly those after the*

*Dizzy Dean story of June 2018.*

This could go on for a long time if the court is expected to navigate Dal's website. Good luck with that.

**BiggishShoes**
Senior Member



7/10/2020

New lawsuit developments - The Hint of Riches - Forrest Fenn's Treasure Hunt

Join Date: Jan
2019
Posts: 137

Share
Tweet

Willie Wonka
Junior Member

## QUESTION...

Yesterday, 01:41 AM

Can I sue myself for not finding the treasure?

*Note: Misspelled on purpose to protect this board =)*

And if "yes," do you know a good lawyer I could hire... besides Miss Anderson?

Join Date: Dec
2019
Posts: 22

W.

Share
Tweet

9 likes

#8

Cowboyrocker
Senior Member

Yesterday, 03:03 AM

Am I harassing if I told my opinion that this is oh so poor?

Join Date: Nov
2018
Posts: 702

4 likes

#9

Share

7/10/2020

New lawsuit developments - `The Hint of Riches - Forrest Fenn's Treasure Hunt

Tweet

**WarriorManRB**
Junior Member

Join Date: Mar
2018
Posts: 1

Share

Tweet

G. C. Lichtenberg

„It's almost impossible to carry the torch of truth through a crowd without singeing somebody's beard."

1 like

Yesterday, 03:29 AM                                                                                                                                        #10

That's very hypocritical for her to be harassing Forrest and then saying "Fennatics" are harassing her. Pot calling the kettle black.

This is one good example of why no two searchers can agree on a single solve, the Chase has drawn in so many narcissists. Sour grapes
and sore losers at their finest definitions.

1 like

Yesterday, 03:33 AM                                                                                                                                        #11

New lawsuit developments - The Hint of Riches - Forest Fenn's Treasure Hunt

tootingjo
Member

Join Date: May
2020
Posts: 77

Share

Tweet

Ms. Anderson clearly reads forums and gets cross when people talk about her. But are we allowed to say that Fenn's best defence against her is to call a psychologist as an expert witness? He should find someone who's published a paper on the hobby of treasure hunting.

It would show, after extensive research, that 99% of people involved in the Fenn hunt think their solve is right, and would claim that without any objective evidence to back it up.

It would show that when any such solve is shown to independent, rational observers 100% of those observers express doubts about the sense of the solve.

It would also show that 99% of searchers think Fenn's posts, emails, messages have words directed at them and/or their solve. And then prove that the same words will be seen as clear messages by people who read completely different meanings into the exact same words.

The expert witness would finally sum up and say that though Ms. Anderson is clearly a smart woman, sadly the syndrome of treasurehuntitis means that it's almost certain that she, like countless others, is bound to believe in a reality where her solve has to be right at all costs, to the extent that she would convince herself legal action is necessary.

Then I'd bring along 30 random searchers who swear their solve is right and that hers can't be, all equally unobjective about their solve ideas and who all admit they'd start a legal case if they had the opportunity.

Case dismissed.



**AGypsysKiss**
Member

Join Date: Jan
2018
Posts: 52

Share
Tweet

Yesterday, 03:51 AM

1. The only YouTuber who is attacking her on a personal level is good ol' you know who, the dipwad that attacks everyone, but he can do that, because...

2. 6 or 7 years ago, the court ruled that social media cannot be held to the same standard as journalism. People who make fun of you on social media are not liable for their behavior, unless it can be proven that it causes the subject personal or financial harm. If it were true, for example, I could sue the short pants off of the sociopathic dumb bunny, Top Secret, for what little property he owns. <Making my point.

3. Reading public court documents on YouTube, then expressing your opinion of them is not harassment, and perfectly legal. The likelihood the court would agree to restrict the distribution of said documents, especially in this case, is slim to none. But, I expect that we've seen the last of any documents related to this case, other than the response to her most recent action by the court. Don't expect to see anything else from Fenn's attorneys. They can sit comfortably back and watch her shoot herself in the foot.

4. She was already in trouble with the court, for her poorly composed initial pleading/complaint, and was given 21 days to amend it. The court warned her that she could be sanctioned by the court if she continued to produce less than quality work.

5. This most recent pleading is, in my opinion, worse than the first, and does not address the corrections the court clearly identified in their response to her initial complaint.

Bottom line: The case will not make it past preliminary hearing, if the court doesn't simply dismiss it with prejudice and sanction her.

In any case, it will not be necessary for the YouTubers to "lawyer up." There is nothing any more illegal in their programming that is different from what anyone regularly has to deal with in this or any other forum.

t.

#12

Yesterday, 05:22 AM

Funny she does not mention her issues all started when she claimed her ex husband was harassing her. Is there a common theme to her stories ?

#13

2 likes

7/10/2020

New lawsuit developments - The Hint of Riches - Forest Fenn's Treasure Hunt

**Quest**
Senior Member

Join Date: Oct
2019
Posts: 803

Share
Tweet

Yesterday, 06:16 AM

#14

> Originally posted by **Sheriff Billy**
> *There is an old axiom that goes like this: "The doctor who treats himself has a fool for a patient"*

*I wonder if that applies to attorneys too?* 🤔

*Tf*

The old saying is "A man who is his own lawyer has a fool for a client." So yes 🤔

1 like

**GoSlash27**
Senior Member

Join Date: Jun
2020
Posts: 404

Share
Tweet

Best,
-Slashy

2 likes

**Goldilocks**
Senior Member

Yesterday, 06:35 AM

#15

It is my understanding that she has reached out to Kpro to "talk" and Kpro refused and said she wouldn't have any private conversations with her. If she wanted to talk she would have to do it in front of all of us...yet she says YouTubers are harassing her.

https://www.hintofriches.com/forum/the-hint-of-riches/175319-new-lawsuit-developments

New lawsuit developments - The Hint of Riches - Forest Fenn's Treasure ...

Join Date: Oct 2018

Posts: 143

Share

Tweet

2 likes

| 1 | 2 | Next |

Wood          English (US)

HELP   CONTACT US   GO TO TOP

Powered by vBulletin® Version 5.6.2
Copyright © 2020 vBulletin Solutions, Inc. All rights reserved.
All times are GMT-5. This page was generated at 07:08 AM.

New lawsuit developments - The Hint of Riches - Forrest Fenn's Treasure Hunt

Login or Sign Up



COWLAZARS

https://www.cowlazars.com

Treasure Hunting Resources,
Forrest Fenn Memoirs,
Benchmark Maps, FF Maps,
Coins, T-shirts, Hoodies, and
much more.

Search

▽ ×

FORUMS

New Guidelines, Same FUN
Chuck E. Cheese

See How Chuck E. Is keeping Your Safe. Feel Free To Have Fun



WEBSITE

Skokie

DIRECTIONS

Today's Posts    Member List

Forum    Forrest Fenn's Hunt

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.



# New lawsuit developments

Jaann
Scrє

POSTS | LATEST ACTIVITY

**Sherif Billy**

Senior Member

Join Date: Apr
2019

Posts: 621

Yesterday, 07:03 AM

#16

I personally am hoping that she will soon be nominated and sit on the Supreme Court. Her motion to the court to seal the pleadings from the public because the court of public opinion has hurt her feelings is amazing. I could see her beginning a whole new era of law in our country; not based upon evidence or facts; but rather how a person feels and thinks and what your neighbors think of you. Maybe she'll run for public office if Trump doesn't nominator her at his first opportunity for the bench. Is it too late to get her on the ballot for November?

In the meantime, she might be working on her book "File Your Own Federal Law Suit (in the wrong jurisdiction) for Dummies"

1f

Share

Tweet

4 likes

Search

Page 2 of 2

Filter

New lawsuit developments - The Hint of Riches - Forrest Fenn's Treasure Hunt



**willynilly**
Member

Join Date: Aug
2019
Posts: 76

Share
Tweet

Yesterday, 08:34 AM                                                                                #17

Does this woman not realize she is inviting nothing but hardship into her own life? She did not find the treasure, she did not solve the poem and will certainly lose the case. I'm sure she worked very hard to become a lawyer, something to be proud of, but with her conduct lost the respect of her peers, who would hire her now? She is famous for the wrong reasons, how horrible. I feel bad for her but she brought this on herself and takes no blame. I hope she has someone in her life that can help calm her down and be more reasonable.

---

**Sherif Billy**
Senior Member

Join Date: Apr
2019
Posts: 621

Share
Tweet

Yesterday, 08:37 AM                                                                                #18

4 likes

> *Originally posted by* **willynilly**
>
> *Does this woman not realize she is inviting nothing but hardship into her own life? She did not find the treasure, she did not solve the poem and will certainly lose the case. I'm sure she worked very hard to become a lawyer, something to be proud of, but with her conduct lost the respect of her peers, who would hire her now? She is famous for the wrong reasons, how horrible. I feel bad for her but she brought this on herself and takes no blame. I hope she has someone in her life that can help calm her down and be more reasonable.*

I agree. In the mean time I'll order her a straight jacket....Do they come in any colors other than white? ....1f

*Last edited by Sherif Billy; Yesterday, 08:41 AM.*

---

Yesterday, 08:54 AM                                                                                #19

1 like

> *Originally posted by* **GoSlash27**

New lawsuit developments - The Hint of Riches - Forrest Fenn's Treasure Hunt

**Strawshadow**
Senior Member

Join Date: Sep
2018

Posts: 125

Share

Tweet

*The old saying is "A man who is his own lawyer has a fool for a client." So yes* 🙂

Best,
-Slashy

A wise man knows his shadow isn't cast by a fool

Yesterday, 09:07 AM

2 likes

#20

**Walking Among**
**Lions**
Senior Member

Join Date: Nov
2018

Posts: 486

Share

Tweet



Look at me! I'm a lawyer!
Some day I'll be a judge!
Then I'll get Fenn's Treasure!

Yesterday, 09:19 AM

2 likes

#21

**elperro**

Senior Member



Join Date: Oct
2019
Posts: 176

Share

Tweet

> Originally posted by **Sheriff Billy**
>
> I personally am hoping that she will soon be nominated and sit on the Supreme Court. Her motion to the court to seal the pleadings from the public because the court of public opinion has hurt her feelings is amazing. I could see her beginning a whole new era of law in our country; not based upon evidence or facts; but rather how a person feels and thinks and what your neighbors think of you. Maybe she'll run for public office if Trump doesn't nominator her at his first opportunity for the bench. Is it too late to get her on the ballot for November?

In the meantime, she might be working on her book "File Your Own Federal Law Suit (in the revenge procedures) for Dummies"

If

She could run for President some day. Certainly qualified it appears, based on our nation's standards for presidential qualification.

5 likes

Yesterday, 11:33 AM                                                                                                                                          #22

**Space Hopper**

Junior Member

Maybe she is using the courts as a tool to promote her legal business via the media.

Join Date: Jul
2020
Posts: 17

If she does believe the Fenn family was following her around to document her activity AND that the finder was stalking her, then it might be she is suffering from paranoiac mental issues. If she doesn't have issues then maybe she just knows how to play the system to her advantage. I wonder if there have been past claims of stalking etc. Might be worth finding out if this is habitual behaviour.

I think Mr Fenn and most certainly the finder have a right to sue for defamation of character. Its funny how she doesnt want the info in the public domain, due to people stating their opinion, yet she sits on the news slandering others with unsubstantiated accusations.

Share

Tweet

2 likes

Yesterday, 11:33 AM                                                                                                                                          #23

> Originally posted by **tootingjo**

**TreasurePoem.com**

Senior Member

Join Date: Apr 2019

Posts: 189

Share

*Ms. Anderson clearly reads forums and gets cross when people talk about her. But are we allowed to say that Fenn's best defence against her is to call a psychologist as an expert witness? He should find someone who's published a paper on the hobby of treasure hunting.*

*It would show, after extensive research, that 99% of people involved in the Fenn hunt think their solve is right, and would claim that without any objective evidence to back it up.*

*It would show that when any such solve is shown to independent, rational, observers 100% of those observers express doubts about the sense of the solve.*

*It would also show that 99% of searchers think Fenn's posts, emails, messages have words directed at them and/or their solve. And then prove that the same words will be seen as clear messages by people who read completely different meanings into the exact same words.*

*The expert witness would finally sum up and say that though Ms Anderson is clearly a smart woman, sadly the syndrome of treasurehuntitis means that it's almost certain that she, like countless others, is bound to believe in a reality where her solve has to be right at all costs, to the extent that she would convince herself legal action is necessary.*

*Then I'd bring along 30 random searchers who swear their solve is right and that hers can't be, all equally unobjective about their solve ideas and who all admit they'd start a legal case if they had the opportunity.*

*Case dismissed.*

It's not really the searchers fault because the chase brings in a certain type of person who has a certain perception or personality and with the poem having so many possibilities not to mention all the SB's, emails from Forrest, videos, forums etc. it can help create the false belief that one has solved the poem correctly. Plus one needs a LOT of confidence in their solve to spend the money and time to have gone to look for it. It always reminds me of "American Idol" where they looked for a certain type of person to use, who thought or where told by their mischievous, so called bar friends, that they're a great singer only to be ridiculed later on in the show for having absolutely no singing talent.

2 likes

#24

Yesterday, 12:02 PM

New lawsuit developments - The Hint of Riches - Forest Fenn's Treasure Hunt



Senior Member

**nmcc**

> *Originally posted by elperro*
>
> *She could run for President some day. Certainly qualified it appears, based on our nation's standards for presidential qualification.*

Join Date: Dec
2017
Posts: 231

She'll need to work on her base. https://www.youtube.com/watch?v=_4q8x5fR4Sw

Share

typed

Yesterday, 12:53 PM                                                                                                  #25

**Willie Wonka**
Junior Member

**Every time I hear about these frivolous lawsuits..**

I'm reminded the tragic tale of Rogelio "Roger" Domingo Roxas.

Join Date: Dec
2019
Posts: 22

The former Filipino soldier, who had struggled as a locksmith for many years to make ends meet for his family, before finally discovering a cave in north Manila.. a hidden chamber full of gold bars and a giant golden Buddha statue (filled with uncut diamonds.) The cache was a portion of the legendary Yamashita treasure.

Share

tweet

Yes, this was the find of a lifetime!

But unfortunately for Roger, president Marcos had other plans.. and orchestrated a raid to confiscate everything. Years later, Roger died of mysterious causes, the night before his court date.

Here's the heartbreaking article ( note: it's different from the one ran on the History Channel ) --> https://unsolvedmysteries.fandom.com...a%2Fs_Treasure

And my point in sharing is merely to remind you, that there will always be people like former president Marcos, waiting in the wings to

3 likes

steal away your dreams.



Don't let them!

W.

*Last edited by Willie Wonka; Yesterday, 05:23 PM.*

10 likes

Yesterday, 01:26 PM

#26

*Originally posted by **Willie Wonka***
**Every time I hear about these frivolous lawsuits.**

*And my point in sharing is merely to remind you, that there will always be people like former president Marcos, waiting in the wings to steal away your dreams.*

**5-leaf Blaze**
Senior Member

Join Date: Oct 2018
Posts: 2774

Share

Tweet

New lawsuit developments - The Hint of Riches - Forums | Child Theme...



**Vestalpatience**
Senior Member

Join Date: May 2018
Posts: 542

Share
Tweet

Don't let them!

W.

Well yes, and I blame Trump, indirectly, for the Chase having a forced patriotic ending.

Questing song:
The Beatles "I'll Be Back"
https://www.youtube.com/watch?v=2K9Jj6VfrOD4

Yesterday, 03:14 PM                                                                                           #27

nice! Kpro rules.

*Originally posted by Goldilocks*

*It is my understanding that she has reached out to Kpro to "talk" and Kpro refused and said she wouldn't have any private conversations with her. If she wanted to talk she would have to do it in front of all of us...yet she says YouTubers are harassing her.*

1 like

7/10/2020

New lawsuit developments - The Hint of Riches - Forrest Fenn's Treasure Hunt

Yesterday, 04:49 PM

#28

2 likes

**mikew1927**
Senior Member

Join Date: Aug
2018
Posts: 185

*Originally posted by **Vestalpatience***

*nice! Kpro rules.*

@kpro for President!!

Share

Fixed

v/bbd          English (US)

HELP   CONTACT US   GO TO TOP

**Previous**   1   **2**

Powered by vBulletin® Version 5.6.2
Copyright © 2020 vBulletin Solutions, Inc. All rights reserved.
All times are GMT-5. This page was generated at 07:08 AM.