Verification

I, Barbara Andersen, hereby state under oath:

1. I do not have the name/address of the Unknown Defendant.
2. Based on the affidavit of Forrest Fenn and text messages sent to me, I believe that there is an Unknown Defendant who wrongfully deprived me of the chest by stealing my proprietary solve information.
3. I have received strange text communications for the past year. Recently, the person texting me has admitted to knowing facts about me and my solve. He has claimed that he has seen me naked; knows facts relative to personal matters here in Chicago; knows details relative to my search; knows what I have worn on my searches; and knew of the even nicknames of local residents in my search area (which he would only know from my e-mails).
4. I have attempted to reach out to Forrest Fenn with questions relative to the purported retriever/Unknown Defendant. Forrest Fenn has not responded to my communications.
5. Upon information and belief, the only public announcement since the strange announcement relative to the retrieval of the chest is the affidavit contained in the Arizona case.
6. I believe that Forrest Fenn is in possession of the name/address of the Unknown Defendant. I need this information in order to plead an amended complaint and, further to serve the Unknown Defendant. I also need this information potentially for pleading jurisdiction and venue.
7. I believe that Forrest Fenn is also in possession of other information and facts which I will ultimately need in this litigation. I would request that this Court allow same at this juncture: (a) so that the information is not lost; (b) so as to not make two discovery requests against Forrest Fenn for deposition/documents. I am particularly interested in facts relative to the Unknown Defendants' solve; videotaping of the Unknown Defendant and his searches; communications to Fenn; and facts surrounding the retrieval/return of the chest.
8. I am happy to ask deposition questions and document requests in written form (rather than calling for the oral deposition of Forrest Fenn).

Respectfully submitted:

Barbara Andersen

Sworn before me this 10th Day of July 2020

OFFICIAL SEAL
ANTHONY CORTESE
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 5-29-2024

12