



Exhibit A



9:12 AM

the chase into a twisted and weird thing instead of fun and nice.

I'm going to make all of the bitches in litigation wet

Forest told me 9:12 AM

In court women are called "counsel" or "your honor"

Forrest told you what?

9:13 AM