IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

| | | |
|---|---|---|
| Barbara Andersen | ) | |
|     Plaintiff | ) | Case 20-cv- 00553 |
| v. | ) | |
| Forrest Fenn; Unknown Defendant | ) | |

**MOTION TO SUPPLEMENT PENDING MOTIONS**

Barbara Andersen, as her own attorney, hereby files this motion for leave to consider this motion as supplement to the motions pending before this Court. In support of her motion, Andersen states as follows:

1. Forrest Fenn broke his silence and announced that the "treasure" was "found" (neither defined) in Wyoming. Forrest Fenn's announcement per usual was vague. A copy of the announcement is attached hereto as Exhibit A.

2. In response to the announcement, Andersen wrote Fenn and his counsel. A copy of the e-mail is attached hereto as Exhibit B. Andersen has previously written/called both in the past with no answer. As this Court can see, Andersen is asking Fenn and his counsel to answer/clarify various matters. Andersen has asked both to respond to the letter within a week so that Andersen can further address same with this Court.

Wherefore, for the reasons stated herein, Andersen asks this Court to consider this pleading as supplement to the motions pending before this Court.

Respectfully submitted:

      /s/ Barbara Andersen          

Barbara Andersen, 6256000
1220 West Sherwin, Unit 1E
Chicago, IL 60626
(708) 805-1123
bandersen@andersen-law.com

1