# EXHIBIT D

https://www.santafenewmexican.com/news/local_news/alleged-forrest-fenn-stalker-arrested-in-nevada/article_8e366b72-812a-5051-960c-7bb940d5f8fd.html

## Alleged Forrest Fenn stalker arrested in Nevada

From the Archives: Chasing Forrest Fenn's treasure series

By Olivia Harlow | oharlow@sfnewmexican.com
Apr 22, 2019



Francisco Chavez

A Nevada man accused of stalking Santa Fe author and antiques dealer Forrest Fenn over the weekend was arrested Monday morning in Nevada, according to Santa Fe police.

Francisco "Paco" Chavez, 49, of Henderson, Nev., was charged with aggravated stalking after lurking outside Fenn's home on Old Santa Fe Trail Saturday, police reports show.

"Paco has quite the record. … He's caused quite a few problems for the Fenn family," said Santa Fe police spokesman Greg Gurule.

Kelly Sparks, Fenn's daughter, told police she had received an intercom call from Chavez on Saturday afternoon asking if Fenn was home. When the caller identified himself, she placed the phone down and "rushed to tell her father what had happened," according to police.

Fenn went to the front gate with a firearm but did not see anyone, according to reports. He asked police to search the property, but officers who arrived at the scene didn't find the suspect, reports said.

Since Fenn published a book that said he hid a treasure chest in the Rocky Mountains about nine years ago, he's had several incidents of people trying to break into his property or stalk him and his family.

Members of Fenn's family told police that Chavez has a five-year history of stalking them. They stated Chavez had been recently released from jail after threatening the life of Fenn's granddaughter several years ago and that Chavez had been issued a restraining order in the past, reports said.

Years ago, Chavez told police he thought Fenn's granddaughter was the purported treasure, but this weekend Chavez said he thought the treasure may be hidden on Fenn's property, reports said.

According to information from Nevada's Clark County Detention Center, Chavez was was being held in lieu of bond Monday afternoon. Records show Chavez was scheduled to appear in court early Thursday morning.

← Previous                                              Next →

### Olivia Harlow
Olivia Harlow is digital enterprise producer for Santa Fe New Mexican

## In this Series

### Archives: Chasing Forrest Fenn's treasure

Updated Jun 9, 2020 article

Treasure hunters share thoughts on Fenn treasure find

Updated Jun 9, 2020 article

Forrest Fenn confirms his treasure has been found

Updated Jun 9, 2020 article

Years of searching for the treasure hunter who would find the treasure

⌄ 23 updates