IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA ANDERSEN,

        Plaintiff,

v.                                                                     No. 1:20-cv-00553-JFR

FORREST FENN and
FNU LNU,

        Defendants.

## ORDER TO SHOW CAUSE

On August 14, 2020, the Court granted Plaintiff's motion for an extension of time to file an amended complaint, granted Plaintiff 21 days to file an amended complaint, and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case. *See* Doc. 14 at 6. Plaintiff did not file an amended complaint by the September 4, 2020, deadline and did not file a motion for an additional extension of time.

**IT IS ORDERED** that Plaintiff shall, within 14 days of entry of this Order, show cause why she did not file an amended complaint by the September 4, 2020, deadline.

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**