UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **BARBARA ANDERSEN,** ) | Case No. 1:20-CV-00553-JFR |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **UNKNOWN DEFENDANT, AND** ) | |
| **FORREST FENN,** ) | |
| ) | |
| Defendants. | |

**STATEMENT NOTING DEATH OF FORREST FENN**

Karl H. Sommer, attorney for Forrest Fenn ("Fenn") in this action, hereby notes on the record the death of Fenn on September 7, 2020, in Santa Fe, New Mexico. Fenn, prior to his death, was served with a subpoena duces tecem by Plaintiff Barbara Andersen on August 17, 2020. Prior to his death, Fenn filed a Motion for a Protective Order (Doc. 17). Plaintiff never served Forrest Fenn with a summons and the Complaint (Doc. 1) in this case.

DATED this 10th day of September, 2020.

> SOMMER KARNES & ASSOCIATES, LLP
>
> Attorneys for Forrest Fenn
>
> By: /s/*Karl H. Sommer*
> Karl H. Sommer
> Post Office Box 2476
> Santa Fe, New Mexico 87504
> (505) 989-3800
> khs@sommerkarnes.com

1

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Statement was submitted and served via email this 10th day of September 2020 to Plaintiff:

Barbara Andersen
Plaintiff, *Pro Se*
1220 W Sherwin, unit 1E
Chicago IL 60626
bandersen@andersen-law.com

                                                        /s/ Karl H. Sommer
                                                        Karl H. Sommer