

2:18

**AT&T Call Protect**

CALL LOG     BLOCK     LOOKUP

 88 All calls     0 Flagged     14 Blocked

Today

 270.697.8730     08:55 AM
Kentucky     Manually Blocked

 Joe     08:50 AM
Mobile     Manually Blocked

 Joe     08:50 AM
Mobile     Manually Blocked

 Joe     08:48 AM
Mobile     Manually Blocked

 270.697.8730     08:02 AM
Kentucky     Manually Blocked

 270.697.8730     08:02 AM
Kentucky     Manually Blocked

 Joe     08:01 AM
Mobile     Manually Blocked

Exhibit E




Joe
Mobile
08:01 AM
Manually Blocked

Friday


Spam Risk
259.588.4296
11:16 AM
Auto-blocked

Last month


270.697.8730
Kentucky
05/27/2020
Manually Blocked


270.697.8730
Kentucky
05/27/2020
Manually Blocked


Joe
Mobile
05/27/2020
Manually Blocked


Joe
Mobile
05/27/2020
Manually Blocked


Joe
Mobile
05/27/2020
Manually Blocked

Call log displays history for last 30 days.