2:29

## Joe
+17792067680

Saturday, June 6, 2020

**What is going on?**

11:12 PM

Sunday, June 7, 2020

**I will be in santa fe today. I suggest you be there.**

**First I am making a stop.**

6:53 AM

Oh my good-ness!!!! Santa fe is 12 hours away from where I'm at

7:04 AM

Who hacked and followed me? I am



Exhibit F

2:29

**Joe**
+17792067680

Who hacked and followed me? I am at State police.

7:06 AM

J Not me
7:06 AM

I will also be going to the media and filing suit if not turned over voluntarily.

7:10 AM

J You want to sue me?
7:10 AM

Whoever hacked and followed me.

Hacking is a crime fyi

7:11 AM

2:29

**Joe**
+17792067680

**J**  Okay good luck with that!!! I don't think that you understand how many open hacking cases are out there

7:13 AM

**J**  In order to sue me, you would have to find out my real name!!!

Good luck!!!!! 🤣🤣 🤣🤣🤣

7:16 AM

Yes that is where the police and judge come into play. You

2:29

**Joe**
+17792067680

> Yes that is where the police and judge come into play. You will never be able to sell it.

7:16 AM

> And you will go to jail to boot.

7:17 AM

**J** Who said anything about selling

7:17 AM

> And I'm good friends with one of the best forensic experts

7:17 AM



7:18 AM




2:29

< **Joe**
+17792067680

> What are you going to do put it under your bed? Lol.

7:18 AM

> What is so funny? How are you going to explain yourself to the media?

7:19 AM

**J** You can't even find me lol

You're a funny lady    7:20 AM

**J** Should I go through every case that you've lost?

7:37 AM







|||        O        ‹

2:29 

< **Joe**
+17792067680

📞 🔍 ⋮

J **??????**  7:59 AM

Charges are being brought for harass-ment by state.they Ee getting video footage and emails to Forrest now.I was told to direct you to cease contacting me. I will further pur-sue with fbi for crim-inal hacking charges and begin civil litiga-tion/media. Please cease contacting me unless you wish to go un

 View all

2:29

## Me
8:02 AM, Jun 7

Charges are being brought for harassment by state. they Ee getting video footage and emails to Forrest now. I was told to direct you to cease contacting me. I will further pursue with fbi for criminal hacking charges and begin civil litigation/media. Please cease contacting me unless you wish to go undo your wrong.



Copy text          Share

2:30

### Joe
+17792067680

Case 1:20-cv-00553-JRR Document 23-6 Filed 06/08/2020 Page 8 of 29

**J**   8:06 AM

**J** You are not a good liar!!! Work on it!! You haven't convinced me!!!  8:07 AM

You have been advised to stop.

8:09 AM

**J** Oh my good-ness!!!! You have been advised to stop being a retarded fucknut, but that will never happen!!!  8:1

2:30

## Joe
+17792067680

**Like I had said good luck finding me**

**I'm in Mexico right now**
8:11 AM

**The US government has zero jurisdiction in Mexico**
8:12 AM

**The tro suit will stop you from selling.**
8:12 AM

**You can't sue someone who you can't serve papers too**
8:12 AM

**I'm on my way to**

    

2:30

**Joe**
+17792067680

I'm on my way to see Forrest and media/feds. Please stop texting me.

8:12 AM

I can stop any auction house.

8:13 AM

**J** Talk to whomever you want

8:13 AM

Sounds good. Now stop texting me.

8:13 AM

**J** Nope   8:14 AM

**J** You're not really good at technology.

Do your homework

    

2:30

**Joe**
+17792067680

> You're not really good at technology.
>
> Do your homework at least before telling me some bullshit
>
> 8:16 AM

**What are you talking about?**

**I just called the feds.**

8:17 AM

> Call whomever you want
>
> You're not scaring me
>
> 8:18 AM

> You are a shitty lawyer, I can tell



    

|||        ◯        ‹

2:30

## Joe
+17792067680

**J** You are a shitty lawyer, I can tell now!!!

8:19 AM

**J** You can't convince me, how do you plan on convincing a judge/jury

8:22 AM

This was documented and filmed for years. It is very easy actually.

8:23 AM

**J** Uh huh

8:23 AM

**J** Just like you had done with Zillow

2:30

**< Joe**
+17792067680

Or your exhusband for that matter
8:24 AM

J  Btw, Michael Haas sends his regards


8:25 AM

You must be a very young person to not stop when you have been told to stop.
8:25 AM

J  Age has nothing to do with this

Because I know that there's nothing that you can do
8:26 AM 

      

|||          ◯          <

2:30

## Joe
+17792067680

**So you are from Chicago and know Michael Haas?**

8:27 AM

I know of him

I know every battle that you've lost

8:28 AM

**So you basically hacked me so you could become famous and rich. Do you have receipts for the books or emails of your solve?**

8:29 AM

Don't worry about what I have

8:30 AM

2:30

**Joe**
+17792067680

> **Don't worry about what I have**
> 8:30 AM

> You have absolutely nothing. I was there for three years. You have to solve the puzzle twice to get to where it was.
> 8:30 AM

> **I've solved everything**
>
> **Don't worry** 8:31 AM

> Yeah sure. It was filmed.
> 8:31 AM

> **This is so much fun**








2:30

< **Joe**
+17792067680

**This is so much fun**
8:32 AM


8:37 AM

**Would you like Michael's address?**
8:42 AM

**Are you getting up-set now?** 
8:47 AM

8:50 AM

**Hello pussycat**

2:30

< **Joe**
+17792067680

📞 🔍 ⋮

J **Hello pussycat**

**Meow**

**Meow** 8:58 AM

J **Where did you go lady?**

9:03 AM



I've told you to stop contacting me. I'm going to file the tro suit today against you and forrest

10:27 AM

J **Lmaooooo** 10:32 AM

J 


**Who are you**

🖼️ 📷 ▦  🗂️ 

||| ◯ <

Case 1:20-cv-00553-JFR   Document 1   Filed 06/08/20   Page 18 of 29

**‹   Joe**
    +17792067680                📞  🔍  ⋮

Who are you
going to file suit
against if you
don't know my
name?

10:33 AM

**J**   Dumb bitch 🤣🤣🤣
🤣🤣🤣

Good luck!!!!!   10:45 AM

**J**   I'm not going to
lose any sleep
over your dumb
ass

10:46 AM

All of this is going to
Santa Fe newspaper
for starts

10:55 AM

    

 

2:31

< **Joe**
+17792067680

**J** Ok....... 10:55 AM

**J** Whatever makes you feel better!!!!
😂😂😂😂😂😂
😂
10:56 AM

**J** Are you going to tell the newspaper that some random guy keeps harassing you
11:17 AM

They have your texts now
11:17 AM

**J** Because that's the only evidence that you really have.

2:31

< **Joe**
+17792067680

**J** Because that's the only evidence that you really have. Everything else is hearsay!!!

11:18 AM

**J** You've never seen me, you don't even know who I am!!!

Well, good luck

 dumbass

11:19 AM

You do know there are civil and criminal federal penalties for hacking. This will be a federal case. I

2:31

‹ **Joe**
+17792067680
📞 🔍 ⋮

> You do know there
> are civil and criminal
> federal penalties for
> hacking. This will
> be a federal case. I
> suggest you honor
> my request to cease
> contacting me and
> have a lawyer call
> me. Thank you.

11:21 AM

**J** Lmaooooo if you
had any evidence,
but you don't!!!

11:21 AM

> You gave yourself
> away when you
> started texting me
> before I even got

    

 



2.31

‹ **Joe**
+17792067680

> You gave yourself away when you started texting me before I even got back to the search area.

11:22 AM

**J** Um, you're an idiot

But, good luck

I know the law

Texting someone is not a crime

11:24 AM

**J** Like I've said good luck

11:25 AM

> How so? Tell me.



2:31

## Joe
+17792067680

> How so? Tell me. What brought you to the corner in the first place? What clue was that and answer?

11:25 AM

**J** Good luck finding me

Don't care!!!! 11:25 AM

**J**  you are only good for my amusement

11:26 AM

> What clue was at the location e years

2:31

**Joe**
+17792067680

> What clue was at the location e years ago?

3 years ago

11:26 AM

> So your story is that you randomly walked straight to the location on your own notwithstanding you have no knowledge of the clue/answer or physical clues at the location?

11:27 AM

the location e years ago?

11:26 AM  3 years ago

2:31

## Joe
+17792067680

So your story is
that you randomly
walked straight
to the location
on your own
notwithstanding you
have no knowledge
of the clue/answer
or physical clues at
the location?

11:27 AM

What clue was at
the location e years
ago?

3 years ago

11:26 AM

So your story is
that you randomly
walked straight
to the location
on your own
notwithstanding you
have no knowledge
of the clue/answer
or physical clues at
the location?

How so? Tell me.



2:31

**Joe**
+17792067680

But, good luck

I know the law

Texting someone
is not a crime          11:24 AM

J   Like I've said good

be a federal case. I
suggest you honor
my request to cease
contacting me and
have a lawyer call
me. Thank you.
11:21 AM

J   Lmaooooo if you
had any evidence,
but you don't!!!          11:21 AM

You gave yourself
away when you
started texting me

2:31

**Joe**
+17792067680

> You gave yourself away when you started texting me before I even got back to the search area
>
> 11:29 AM

**J** That shows nothing, but good luck
11:34 AM

> So again what clue/ answer exists near the treasure?
>
> 11:34 AM

**J** My dick in your mouth
11:37 AM

**J** Ok......and????   11:38 AM

> Thar is what you

     

 



‹   **Joe**    📞  🔍  ⋮
     +17792067680

UK......and ????   11:38 AM

Thar is what you want a federal judge and the press and Forrest to read?

11:39 AM

Ⓙ  Let them read it!! I'm not worried!!!   11:41 AM

Ⓙ  You think that you can scare people who are way more advanced than you!!!!   12:10 PM

Ⓙ  Times have changed!!!! News flash!!!   12:11 PM

