9/17/2020



Sent 1/6/2020




Mail - Barbara Andersen - Outlook

Sent via the Samsung Galaxy A10e, an AT&T 4G LTE smartphone

https://outlook.office.com/mail/inbox/id/AAQkADA0MGE3ZjRlLTI0ZTctNDEwYi04OWY4LTE1MDZjZDY3NDQxOAAQAB1CyzPe4zpEnlTtPu%2FvR3U%3D

2/3