UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BARBARA ANDERSEN, ) ) Plaintiff, ) ) vs. ) ) UNKNOWN DEFENDANT, AND ) FORREST FENN, ) ) Defendants. | Case No. 1:20-CV-00553-JFR |

## NOTICE OF COMPLETION OF BRIEFING

COMES NOW SOMMER KARNES & ASSOCIATES, LLP (Karl H. Sommer) on behalf of Forrest Fenn, deceased, and submits this Notice of Completion of Briefing.

1. On August 31, 2020, the undersigned filed a Motion for Protective Order (Doc. 17).

2. On September 3, 2020, Plaintiff filed a Response to the Motion for Protective Order (Doc. 18).

3. On September 17, 2020, the undersigned filed a Reply in Support of Motion for Protective Order (Doc. 24).

4. The Motion for Protective Order (Doc 17) is now ready for hearing.

Respectfully submitted,

SOMMER KARNES & ASSOCIATES, LLP

Attorneys for Forrest Fenn

By: /s/Karl H. Sommer
 Karl H. Sommer
 Post Office Box 2476
 Santa Fe, New Mexico 87504
 (505) 989-3800
 khs@sommerkarnes.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Motion was submitted and served via email this 21st day of September, 2020 to Plaintiff:

Barbara Andersen
Plaintiff, *Pro Se*
1220 W Sherwin, unit 1E
Chicago IL 60626
bandersen@andersen-law.com

                                             /s/ Karl H. Sommer
                                                Karl H. Sommer