IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

| | |
|---|---|
| Barbara Andersen ) | |
|     Plaintiff ) | Case 20-cv- 00553-JFR |
| v. ) | |
| Forrest Fenn; Unknown Defendant ) | |

## MOTION TO SUPPLEMENT

Barbara Andersen, as her own attorney, hereby respectfully requests that this Court consider this as a supplement to the pending motions before this Court:

1.    As Andersen advised this Court, the "Finder" appears fictional and part of Fenn's team teasing Andersen. Andersen would have been prepared to voluntarily dismiss this case given that this was consistent with a prank ending. The problem with same (as Andersen advised this Court) is that counsel for Forrest Fenn previously advised this Court in a pleading that he wanted to put the purported "Finder" on the witness stand to testify as to the retrieval of the chest, solve, etc. In other words, the "Finder" undermines the legitimacy of what Fenn's counsel previously represented to this Court[1]. To date, counsel for Fenn has not offered to withdraw his pleading which suggests that the "Finder" is the solver/retriever and not part of Fenn's team. Likewise, Forrest's counsel has not withdrawn the pleading implying that the chest has been retrieved.

2.    In addition, in the most- recent posting, the "Finder" also referenced the book Seventeen Dollars a Square Inch. After ordering the book and reading same this past Friday, it was clear that the "Finder" was alluding to the final area where Andersen was searching in October 2019-June 2020 (in New Mexico). Andersen can explain same *in camera* to this Court. It involves piecing together the scrapbooks, books and Finder articles. Again, but for counsel's confusing and inconsistent pleadings, Andersen would be prepared to voluntarily dismiss her case given that it

---

[1]    The "Finder" article was also strangely removed from Forrest Fenn's website after Andersen filed her last pleading…adding to the confusion.

1

appears that the "Finder" is confirming Andersen's October-June 2020 communications with Forrest Fenn on an additional basis and is acting in a friendly fashion towards Andersen.

   3. Andersen wanted to promptly advise this Court of her observations in paragraph 2 and, further, suggest that a status with Andersen and Fenn's counsel to explain the confusion may resolve this litigation.  It would seem wasteful to engage in motion practice when it appears that the prank ending is becoming the most logical and only explanation.  (Andersen would request same via Zoom in that she has been unable to relocate as of yet to Santa Fe.)

   Wherefore, Andersen respectfully requests that this Court consider this supplement to the pending matters before this Court.

            /s/ Barbara Andersen

Barbara Andersen, 6256000
1220 West Sherwin, Unit 1E
Chicago, IL 60626
(708) 805-1123
bandersen@andersen-law.com

2

**CERTIFICATE OF SERVICE**

Barbara Andersen hereby certifies that on November 16, 2020 the **MOTION TO SUPPLEMENT** was filed and delivered via the ECF filing system to:

Service list:
karls@sommerkarnes.com


/s/Barbara Andersen
Barbara Andersen
Andersen Law LLC
1220 West Sherwin, Unit 1E
Chicago, IL 60626
708-805-1123