IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BARBARA ANDERSEN,

        **Plaintiff,**

v.                                                No. 1:20-cv-00553-JFR

FORREST FENN and
FNU LNU,

        **Defendants.**

## ORDER REGARDING SUBMISSIONS FROM NON-CASE PARTICIPANTS

The Court has received several *ex parte* documents from persons who are not participants in this case. The persons submitting those documents shall, within 14 days of entry of this Order show cause why those documents should not be stricken from the record. *See* Fed. R. Civ. P. 12(f) ("The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter"). Because the Court expends valuable resources addressing such documents, the Court will not accept or consider any further submissions from non-case participants, and orders the Clerk's Office to not accept any documents filed or submitted by non-case participants, except for timely responses to this Order, in response to further orders of the Court, or as permitted by the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE