IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

Barbara Andersen                                    )
      Plaintiff                               )    Case 20-cv- 00553-JFR
v.                                                  )
Forrest Fenn; Unknown Defendant                     )

## AMENDED[1] MOTION TO COMPEL OR, ALTERNATIVELY, CONTEMPT AGAINST THE ESTATE OF FORREST FENN

Barbara Andersen, as her own attorney, hereby respectfully moves this Court to compel or,

alternatively for contempt, against the Estate of Forrest Fenn and its personal representative, Zoe

Olds pursuant to F.R.Civ.P. 45(g).  In support of the motion, Andersen states as follows:

**I.**    **Background**

      **A.**    **Procedural Background and Unverified, Publicly Filed "Response" to the Subpoena and National Media Stunt by the "Finder" and a Fenn Family Member (Not the Representative of the Estate of Fenn)**

1.    As this Court is aware, Andersen filed an amended complaint against the "Finder"

of the treasure chest.  Andersen has been addressing with this Court as to whether Andersen was

hoaxed v. pranked (by a member of Fenn's team).  In e-mail communications, Andersen has

repeatedly asked counsel for the Fenn estate and now the "Finder" (who should be filing an

appearance after this Court rules on Andersen's pending and forthcoming motions) as to whether

this is simply an end of the chase final prank on Andersen.  Both counsel have avoided answering

Andersen.  So, as such, Andersen is forced to continue on with this litigation even though her

suspicion that this is a prank ending (see following section relative to the "Finder" unverified

commentary in the public media and other facts) increases.

---

[1] Andersen apologizes to the Court.  Her exhibit A did not properly convert to a pdf.  Andersen refiles this pleading to correct same.

2.      In response to this Court's ruling, Andersen was for the first approached by purported counsel for the "Finder".   Andersen will address that communication in more detail below.  In addition, as this Court is aware, there was no obligation by counsel for the Fenn estate to publicly disclose this "shy" "Finder" publicly in response to Andersen's subpoena.  Here, all this Court required was that the name and contact information by tendered to Andersen.  Instead, the Fenn estate and the "Finder" went on a media frenzy and, further, filed the name (only) in the public record herein.  In other words, the "Finder" announcement should have been immediately suspect to those who work in the court system; it was a deliberate attempt to pull the wool over the eyes of the unknowing public layperson media and create a media circus.  As people (such as Fenn) who are familiar with the public media, they are quick to post articles without research and without much substantive thought in their rush to grab headlines and an audience.  In other words, Fenn and his family certainly know how to influence and manipulate the media.

3.      Likewise, the Fennatic YouTubers (who have been harassing Andersen since the filing of this lawsuit[2]) all rushed to YouTube to discuss this "news"…ignoring obvious red flags that this "Finder" announcement was staged, fake news by the Fenn estate and the "Finder". Andersen will address this below.

4.      Andersen will also address how this "Finder" was publicly/overtly denying the legitimacy of Andersen's sole while subtly teasing Andersen yet again; yet again, parts of the recent announcement are a spoof/caricature of Andersen.   This is consistent with how one can, as Andersen did/knows, solve Fenn's poem.  The trick to solving the Fenn poem/puzzle is unearthing

---

[2]      YouTubers include Kpro/Kristy, Candy Irvine, and Gypsy's Kiss all doxed Andersen relative to her personal life (i.e. the false arrest case/stunt by her ex-husband) and, further, attempted to misdirect/mislead the public post "find" with this nonsense, national article. https://nymag.com/intelligencer/2020/11/the-great-hunt-for-forrest-fenns-hidden-treasure.html

the errors/subtle hints; it is those errors that lead a person to the specific, correct solve location. That solve location is in New Mexico… not Wyoming.

5.      The various press releases by spoof/ "Onion" (apparently no longer "shy" …if ever) writer Jack Stuef[3] relative to his Wyoming "find" and his attempt to discredit Andersen/aka Willowtree's New Mexico solve in response to Andersen's subpoena:

    A.  Medium article (pre-subpoena): https://thefinder.medium.com/a-remembrance-of-forrest-fenn-1be2a8646ff2

    B.  Outsider      Magazine      article      (post      subpoena): https://www.outsideonline.com/2419429/forrest-fenn-treasure-jack-stuef and

    C.  "Jack Gets Mail" (post subpoena):  https://dalneitzel.com/2020/12/10/jack-mail-01/

6.      In addition, Fenn's grandson[4] (who is not the representative of the estate) in an unverified, national response supported the "Finder" announcement, attacked Andersen and went on a national media circus: https://dalneitzel.com/2020/12/07/shiloh-note/[5]

**B.      The Poem Background: the Crocodile (Fenn)**

---

[3]      https://www.wonkette.com/new-wonkette-writer-jack-stuef-and-senator-elect-to-be-alvin-greene-hopey-change-you-can-believe-in      ;      https://www.thedailybeast.com/trig-palin-wonkette-post-how-it-started-a-flame-war   ;   https://www.theawl.com/2012/02/i-am-the-worlds-worst-sperm-donor/   ;   https://www.wonkette.com/new-wonkette-writer-jack-stuef-and-senator-elect-to-be-alvin-greene-hopey-change-you-can-believe-in

[4]      After Forrest's grandson is done draining the pond and dusting off the treasure chest, he should fly over to Andersen's below address with Ashton Kutcher, the "Finder" and whomever else appropriate.  https://dalneitzel.com/2020/10/09/scrapbook-two_hundred-fifty-four/ (video; note also banana reference in photo to Andersen (one of her costumes))

[5]      The announced deletion of the Dal Neitzel blog suggests that Dal Neitzel is on "team Fenn" and part of this ending.  Seemingly teasing/taunting Andersen, Dal mentions in the post that he is shutting down his "rag" site.  "RAG" are the initials of Andersen's doctor ex-husband, Rick Anthony Gimbel, who pursued the frivolous criminal charges and perjured himself in the false arrest discovery to [successfully] avoid liability and to gain greater custody rights in Andersen's minor children.  https://dalneitzel.com/2020/11/27/quitting/

7.      Since 2018, Andersen and Fenn have teased each other with a battle of the wits as Andersen progressed towards the final solve location.    In her "psychic"/"medium" ability to go to the final general location on her first trip, Andersen realized that Fenn was going to set booby traps in the process.  In his book and public interviews, Fenn (a) tells his audience that he is a joker (so watch out for traps); (b) that he only tells the truth 85% of the time (so watch out for the errors/odd comments because those are hints); and that (c) he is the mischievous/pranking crocodile[6].  So, as in his books, one should not be seriously surprised that the "Finder" announcement is another prank/trap…this time by the "Finder" and the Fenn estate.

8.      Indeed, Forrest in his story about him as a young boy singing at the kitchen counter singing "O Sole Mio"[7] while washing dishes was to tell his audience that he would be giving hints

---

[6]      Fenn discussed his two crocodiles, Beowulf and Elvis, in his books.  In addition, Fenn discusses Elton John in one of his stories…which should have made the reader realize that this was a reference to "crocodile rock".  Finally, Fenn tells his audience to beware that he is also the crocodile looking to much on us gullible fish/readers in his reference to Alice in Wonderland's poem about the crocodile.  https://mysteriouswritings.com/smile-please-featured-question-with-forrest/    Fenn also warns of pranking/ "punking" in his reference to Ashton Kutcher (Punk'd https://en.wikipedia.org/wiki/Punk%27d)  in  https://mysteriouswritings.com/featured-question-with-forrest-ashton-kutcher/

[7]      Forrest Fenn's friend, Taylor Swift, has just released several songs that tie into Forrest Fenn and Andersen. See/listen to: "Willow", "the Hoax", "the Lakes",  "Invisible String",  "the Cardigan"
https://www.youtube.com/watch?v=RsEZmictANA;
https://www.youtube.com/watch?v=ryLGxpjwAhM;
https://www.youtube.com/watch?v=tOHcAc3r2kw
https://www.youtube.com/watch?v=OuFnpmGwg5k
https://www.youtube.com/watch?v=K-a8s8OLBSE
Swift implements the word "indelible" in her press release relative to her song "Cardigan"… a word also used by Fenn and associated with his friend Douglas Preston.  Andersen will explain the connections in the song lyrics and imagery (particularly the dance in "Willow") at a later date (if necessary).  Andersen bought Fenn the following figurine https://www.ebay.com/itm/Antique-Royal-Doulton-Gypsy-Dance-Figurine-First-Addition/222454245657?hash=item33cb4e6919:g:sH8AAOSwjDZYmNsd; compare same to the "Willow" video.

in song references…. He did so in his scrapbooks and in his stories from the books[8].  One story that he tells us "fish" is about Elton John.  This was a hint to his song "Crocodile Rock". https://www.youtube.com/watch?v=xw0EozkBWuI   Crocodile Rock has nothing to do with Wyoming.  Rather, it has to do with New Mexico.  One example of finding crocodile Fenn is Crocodile Rock which can be viewed from White Rock National Park in New Mexico. https://www.tripadvisor.com/ShowUserReviews-g60730-d273908-r551031229-White_Rock_Overlook_Park-Los_Alamos_New_Mexico.html   Attached as Exhibit A and incorporated herein by reference is Andersen and her dog Cupcake there pre-"find".

### C. Mysterious Writing Blog Andersen joke reference (now deleted): Fenn "Gave His Life for [New Mexico] Tourism"[9]

9.     In his first announcement, the "Finder" made a reference to "King Tut" in his "Medium" article.  That was not the "Finder's" joke.  That was Andersen's joke from her blogging days on [the now cleansed] Mysterious Writings blog site under the name of "Willowtree". Andersen teased Fenn (who was also hiding in that blog) with the infamous Steve Martin "King Tut" skit.  https://www.youtube.com/watch?v=FYbavuReVF4[10]  In other words, the "Finder" was teasing/taunting Andersen with her own jokes in his "King Tut" reference.

10.     Moreover, Fenn slipped up in his 2013 interview (before the Chase exploded nationally)     that     the     treasure     location     is     in     New     Mexico. https://www.youtube.com/watch?v=Ffn_IPVH-Ic&t=38s [11]   Fenn also hints to New Mexico in

---

[8]     Andersen will address additional songs later as to how you can use songs to help get you to the specific solve location in New Mexico.

[9]     The deletion of the blog data and the announced questions to the "Finder" suggest that the blog owner, Jenny Kile, is also on "team Fenn" and part of this ending.

[10]     Another Steve Martin skit from "The Jerk" comes into play at the final solve area.

[11]     Fenn also makes another purposeful error in a November 2019 interview and in his book as to Andersen's precise solve area within New Mexico.

the shape of the hole in his hat, Mildew…. as in get the Mildew off your brain…the treasure location is obviously in New Mexico, his home and prominent business location of many years. https://dalneitzel.com/2015/01/21/scrapbook-one-hundred-six/[12]  Again, the "Finder" attempts to take credit for Andersen's catching of Fenn's interview slipups that give New Mexico away as the search state (not Wyoming).

11.    Another indication to this Court was the fact that Fenn did an interview for New Mexico Tourism.    https://www.santafenewmexican.com/life/features/state-tourism-ad-aims-to-draw-treasure-hunters-but-fenn-denies-videos-clues/article_5abf4aa5-c34a-5ad3-9dfe-bbd4ac3bb524.html  This should have been an indicator to the "fish" that he was hinting at New Mexico… in addition to the reference to pinon/pinyon comment.  Unlike New Mexico, where the tree is common, pinon is rare in Wyoming…only to be found in the Southwest corner of the State[13]. https://plantsandrocks.blogspot.com/2015/04/dreaming-of-pinyon-pines.html

---

[12]    There is more to this photo that Andersen will explain at at later date.

[13]    Our "Finder" just backed himself literally and figuratively "into a [southwest] corner" by publicly announcing that the "Find" location was in Wyoming.  Moreover, it will be interesting for the "Finder" to show where the treasure chest was hidden in Wyoming that also contained a Willowtree.  Here is the "Finder's" specious, unverified explanation for the branch being in the chest    in    an    effort    to    distance    himself    from    Andersen/Willowtree. https://dalneitzel.com/2020/12/10/jack-mail-01/ (responding to the question as to how the Willowtree branch got into the treasure chest: "it was a windy day when I found it and that [Willowtree] twig probably either snapped off a branch above and fell into the chest or I somehow knocked  it in at some point without realizing it").    It will be interesting for the "Finder" to produce Willowtree pictures from his "Find" pictures where both the dry loving pinon/pinyon and the water hungry willowtrees grow in together Southwest Wyoming and where no water is admittedly present (in that the "Finder" admits that he needed to bring a full day's water supply)… we can get our popcorn ready for that one.   It also rules out Cody, Wyoming notwithstanding this post-"Find" quote.    https://www.hintofriches.com/forum/the-hint-of-riches-224592-interest-has-switched-to-cody-wyoming/page2 Why?  Because "Cody" refers to the buffalo by that name from the Fenn books… at Andersen's New Mexico solve location.

12.     Even the "Finder" posts a New Mexico tourism video on his YouTube page on the day of the announcement.     https://www.youtube.com/watch?v=aBJxGpKgJ0U&t=1935s Discovery will make inquiry as to whether the "Finder" was part of this Fenn interview.

13.     Combining tourism and the crocodile Fenn, Fenn also points to New Mexico given that the shape of the Willowtree branch in the treasure chest and another photo looks like a crocodile/dragon.  (As Andersen previously advised this Court, she believes the Fenn's reference to his pet crocodile as "Beowulf" is to the story of the Beowulf story and the dragon protecting the treasure.  Andersen  also believes that it is a reference to the song One Tin Soldier about how people response to greed.[14])     https://www.youtube.com/watch?v=cTBx-hHf4BE  If the crocodile reference weren't already blatant enough for you, Fenn hits the reader over the head with it one more time in November 2019 (after Andersen finally reached the final search area) … https://dalneitzel.com/2019/11/22/scrapbook-two_hundred-thirty-nine/  (see shape of second picture).

14.     In sum, the "Finder" has subtly admitted to Andersen that his Wyoming announcement is nonsense.

**D.     The Book Background: the Six Degrees of [Kevin] Bacon**

15.     Here, if there are obvious geographic references in the book, you were searching in the wrong area.  Rather, reading the Fenn books were all to read the subtle details/errors.   As the reader, you were supposed to take on the Kevin Bacon "six degrees of separation", funny Indiana Jones     character     like     that     portrayed     by     Conan     O'Brien.[15]

---

[14]     Case and point… the terrible harassment that Andersen received in the blogs and on YouTube post the filing of this litigation relative to the arrest/custody stunt by her ex-husband.

[15]     From Andersen's "Chi"[cago] funny Indiana Jones character, Andersen will address how one can use Conan O'Brien to find Fenn's "taytos"/potato reference from the book/scrapbook at the specific solve location.   https://www.youtube.com/watch?v=n4_7qY0IEno&t=412s   and

https://www.youtube.com/watch?v=EYjzo2wvlkk                                              and

https://dalneitzel.com/2019/11/21/important-advice/ Doing so, would again bring the reader to

closely look at New Mexico.  (Again, Andersen will discuss this in more detail later as to the

specific solve area.)

16.     Likewise, Andersen believes that the reference to the ladders on the treasure chest

is     to     the     Pueblo     dwellings     in     Bandalier     National     Monument.

https://www.nationalparksandmore.com/bandelier-national-monument/

17.     Likewise, Fenn's reference to his dog "Tesuque"[16] should have been an obvious

reference to the reader under the Six Degrees of Kevin Bacon game is to the town just north of

Santa Fe.

18.     Likewise, Fenn's reference to Georgia O'Keefe and clouds in his books was a

reference to Abiquiu, New Mexico.  (This was also, incidentally, a filming location of one of the

Indiana Jones movies.)   https://www.ghostranch.org/   https://www.cbsnews.com/news/indiana-

jones-and-the-kingdom-of-the-crystal-skull/

19.     Other potential references to New Mexico, although not as blatant, may be to Chaco

Canyon (the asterisk as being actually a potential spiral reference by Fenn's friend Robert Redford

https://www.youtube.com/watch?v=hMP8cJQ8M0k ) and the Rio Grande River (the "Long Jump"

story about Fenn jumping off of a bridge.)[17]

     E.     **Background: Barbar[a], the Elephant in the Room**

---

https://dalneitzel.com/category/forrests-scrapbooks/page/2/ ("russet").  See Exhibit C for a picture
of the Chicago-side of the Conan Indiana Jones "Tayto" joke.
[16]     Forrest's dog, "Rusty" comes into play elsewhere.
[17]     There are additional geographic specific hints to Andersen's solve location within as well.
Andersen will address those at a later date if the "Finder" does not voluntarily come clean.

20.     After entering the "Chase" in 2018 [i.e. the same year that the Finder claims to have begun], Andersen began joking with Fenn that she was the elephant taking on the crocodile.  She began the joke in her blogging with Fenn on the Mysterious Writings blog that she was "Babar" the elephant.

21.     Eventually, the joke evolved to the battle of the crocodile vs. the elephant on the Limpopo River[18] from Rudyard Kipling's "The Elephant's Child".   https://fairytalez.com/the-elephants-child/  See Exhibit B for one of Andersen's elephant pictures.   (Andersen will show more pictures down the road of where the elephant/mammoth from the Fenn books can be found.)

22.     This "Finder" announcement appears to be yet another crocodile vs. elephant battle… except now post "Find" and with the Fenn actors coming out into the open[19].

### F.     Background: the Odd Facts Relative to the Finder's Attorney- - Who Has Yet to File an Appearance

23.     The "Finder's" attorney has contacted Andersen.  He is anticipated to file an appearance relative to this litigation after this set of pleadings is addressed (and if the "Finder" does not retract his unverified statements relative to his "Find").  The facts include:

 a.  That the attorney for the "Finder" is an environmental attorney.  Environmentalism is one of the themes of the books, advocated by Fenn and part of Andersen's solve in New Mexico.  Jokes were made relative to this as well.  Thus, the question is

---

[18]     Aka the fishing hole with Joe Billy Bob https://dalneitzel.com/2015/01/11/scrapbook-one-hundred-twenty-four/ , the Popo Agee River https://dalneitzel.com/2017/02/28/moby_dickens/, the Yellow Brick Road https://www.newsweek.com/forrest-fenn-wants-you-find-his-treasure-and-his-bones-64427 and the Milky Way.  See Exhibit D for the Wizard of Oz picture.  Here is one of the relevant rainbow songs to the final solve area: https://www.youtube.com/watch?v=V1bFr2SWP1I and https://dalneitzel.com/tag/inn-spa-at-the-loretto/

[19]     Andersen has also suspected YouTuber, Bill Gorman, as part of the Fenn team. Here is his "South Park" spoof on Andersen and this Court's proceeding. https://www.youtube.com/watch?v=HiX2ifLGrmw   Andersen will explain how this video (and others) support her suspicion later.  Notably, Jack claims that the Fenn family called him "Bill" in "Jack Gets Mail" *supra*.

raised as to whether the Finder's attorney was retained by the Fenn estate, not the "Finder"[20].

    b.   The attorney for the "Finder" is in Santa Fe (i.e. where the Fenn family is) as opposed to somewhere "back east" where the "Finder" purportedly is.

    c.   The attorney for the "Finder" claims that the treasure chest is now in Santa Fe.  One would logically think that the "Finder" would have the chest with him somewhere "back east".

    d.   The attorney for the "Finder" has offered to put Andersen on a Zoom call with Zoe Olds and her son, Shiloh.  Counsel for the Fenn estate was not cc'd on the e-mail. Not only does this undermine the fact that Forrest Fenn was purportedly the only one to know the solve, it demonstrates that the "Finder" attorney is also able to offer the non-party Fenn estate to Andersen.  In other words, it shows that the "Finder" is effectively the same as the attorney for the Fenn estate (therein suggesting that the Finder is an employee or otherwise on the team of Forrest[21]).

    e.   The attorney for the "Finder" claims that he purportedly knows that only one chest was hidden.  This statement again suggests that he is another attorney for the estate (given that only Fenn would/should know that as opposed to a neutral, third party "Finder").  It also undermines the claim that the treasure was found in Wyoming in that the books clearly take one to a specific area in New Mexico… where all the clues are.

    f.   The attorney for the Finder and the estate both refused to address Andersen's statement that her solve is correct and/or that Forrest Fenn never offered a sworn affidavit to rebut same despite Andersen's demand for same.

### G.    Background: The Latest Caricature/Errors by the "Finder"

24.    While overly disclaiming that the solve and all clues are in Wyoming and claiming to have the treasure, he continues to (a) tease/taunt Andersen and offer unverified "facts" relative to his solve and (b) present a continued caricature of Andersen.  This time around, the "Finder":

    a.   Has a profile that sounds very much like the person prank texting Andersen; The Outside Magazine states effectively that the hunt was intended for an English major. (""I don't want to ruin this treasure hunt by saying it was made for **an English major**, but it's based on a close read of a **text**,")

    b.   The "Finder" appears to be an economics major.  https://thehoya.com/heckler-reopens-doors-to-dialogue/ and https://econ.georgetown.edu/major/  Andersen, not the "Finder", was the English Literature major (University of Illinois, Urbana) before attending law school.

---

[20]    The Finder also claims to be in financial need to sell the chest… making it odd to hire this attorney.

[21]    See below as to indicators that the "Finder" may be part of Fenn's publicity team.

c. "The Finder" makes a reference to "text" which is a seeming joke/reference to this litigation; Fenn makes a similar joke post-"Find". https://dalneitzel.com/2020/10/01/squirt/

d. There is yet more photo-shopping of him and the surroundings in the post-"find" pictures with Forrest.

e. The "Finder" is not wearing a covid mask in his pictures with Forrest; we know from prior videos that Forrest was sensitive to covid and would not meet searchers.

f. He claims to have reached the final area in 2018, found the treasure in two years, and in appx. 25 full days (spanned over the two years). This, again, is a caricature of Andersen….but in New Mexico.

g. He discusses a "broken blaze". It was Andersen (not the "Finder") that "broke" (actually moved) the blaze post the "find" announcement after e-mailing Forrest that she intended to do so and after tying the blaze to the poem. This broken blaze is the explanation from the Rubaiyat poem relative to the scrapbooks/Seventeen Dollars a Square Inch. There are several ties to this funny, geographical feature. The feature is straight from the Fenn books.

h. He left the treasure behind in Santa Fe….which suggests that the Fenn family or lawyers have the chest.

i. He appears to live in Philadelphia (from Andersen's internet search)…not Michigan.

j. The "Outside Magazine" notes that the solve area is not currently safe and is not a tourist destination. This is true… but in New Mexico.

k. As noted in the "Outside Magazine", it was Andersen who took a nap every day at the final solve area….in Shiloh's "bunk house" https://dalneitzel.com/tag/svoboda/

l. It is odd that he claims in the "Outside Magazine" to have medical school loans given that he was formerly an economics major and, further, never practiced medicine. While Andersen owes Bright Start money to her ex-husband doctor in pending, disputed court proceedings in Illinois.

m. Like the "Finder" in the "Outside Magazine" article, Andersen avoided the blogs, stuck to Fenn's words, avoided groupthink and hunted solo.

n. The staring blankly comment from the "Finder's Got Mail" article is reminiscent of Andersen's 2018 meeting at a coffee shop when Fenn lied to Andersen about pretending to not know where Andersen's search area… that he later recanted in his "Baby It's Cold Outside" video (in reference to "arrested"). https://dalneitzel.com/2018/12/05/scrapbook-one-hundred-ninetyfive/ (note Willowtree's/Andersen's response to Fenn's song/arrest comment). When Forrest feigned ignorance, all Andersen could do was stare at him; she was speechless given she had already seen the fake blaze by then.

o. There is a comment in "Forrest Gets Mail" that relates to a feature in Andersen's solve area.

p. The subtle interview slipups are what Andersen (not the "Finder") caught as noted *supra.*

q. The "beyond a reasonable doubt" comment relates to Andersen in "Jack Gets Mail".

r.  That Jack claims that the spot was close to Fenn's heart in "Jack Gets Mail"… that is true…but, again, that spot is in New Mexico.

s.  The "connecting the dots" reference in "Jack's Got Mail" relates to Andersen

t.  The reference to the word "oeuvre" in the "Jack Gets Mail" article relates to Andersen- - Meet Pepe: https://www.youtube.com/watch?v=upEn5msShdk and https://www.youtube.com/watch?v=SyzltW-BRYA.

25.  In sum, the above suggests that the "Find" is a final prank on Andersen and the country. Andersen suggests to counsel for the Estate and "Finder" that they withdraw what appears to be a prank "Find" announcement and admit that Andersen is the true solver/finder.  As Andersen and Fenn discussed long ago on the Mysterious Writings site, Andersen could have posted the solve on her forehead/internet and no one would pay her any attention; the same apparently goes for her adamant, national insistence/announcement that she is the true solver/finder of the Fenn poem.        Forrest        posted        the        following        song        long        ago: https://www.youtube.com/watch?v=MRDm2tNyX50

26.  If Andersen continues to hear nothing from the "Finder's" attorney or the Estate's attorney, Andersen will file a motion with this Court seeking to amend the complaint on December 21, 2020.

II.  **Motion for Rule to Show Cause Against the Estate of Forrest Fenn/Zoe Olds**

27.  Instead of privately responding to Andersen's subpoena, the "Finder" went on a media campaign to nationally publish his name.  This was (a) inconsistent with the fact that until then he was purportedly "shy"; (b) purportedly wanted anonymity; (c) odd given that the Finder's attorney could have filed an appearance and requested a protective order to protect anonymity. There was no requirement in this Court's order that the Finder's name be published in the Court record or otherwise.   In other words, the Estate of Fenn attempted to (a) divert attention to the subpoena by creating a media circus and attacking Andersen and (b) attempt to avoid compliance to what should have been a very simple, private response.

28.    A copy of the subpoena is attached hereto as Exhibit E and is incorporated herein by reference; a copy of the response is attached hereto as Exhibit F and is incorporated herein by reference.

29.    Moreover, there was no effort to verify the response to the subpoena by Zoe Old, the representative of the Fenn Estate.  Instead, (a) Shiloh Old (who has no legal standing herein) diverted the national media in an unverified announcement to the media and (b) counsel for the Estate of Fenn filed an unverified response.  Andersen requests that this Court compel the Estate of Fenn to provide a verification to their subpoena response.

30.     In addition, the response is patently absurd.  In the multiple press releases the "Finder" and the Estate of Fenn note telephone communications.   Presumably those communications were made by the "Finder's"  cell phone to Fenn.  (See "Medium" article supra referencing the telephone calls between the "Finder" and Fenn.)  Why has the representative of the Estate not looked up the phone records of Fenn to provide the phone number?  Are they nonexistent because the post-subpoena unverified media story are a work of fiction and/or stall tactic?

31.    Likewise, it is specious that the Estate of Fenn claims to not have the address of the Finder.  Here, one would expect that the "Finder" gave this information to Fenn for tax purposes.  Alternatively, given that the "Finder's" attorney and the Estate of Fenn's attorney know each other and clearly coordinated efforts prior to responding to Andersen's subpoena, this information was easily accessible.  Alternatively, and again, are the "Finder" and/or the Estate of Fenn prepared to acknowledge that the Estate does not have the address of the "Finder" because (a) the post-subpoena press releases were a spoof as Andersen believes/suspects and/or (b) because Andersen is the true solver of the Fenn poem and that the chest is in possession of the Fenn family or their counsel?

32.     Prior to the filing of this motion, in compliance with the rules of this Court, I tendered a copy of this motion (without exhibits) to counsel for the Estate of Fenn and counsel for the "Finder" (who is not yet of record herein) inviting them to publicly file an amended response to the subpoena before end of business today.

**Conclusion**

Wherefore, Andersen respectfully requests that this Court order the Estate of Fenn and Zoe Olds to show cause as to their tendering/filing an unresponsive and unverified response to Andersen's subpoena for the contact information of the "Finder".

Respectfully submitted:

_____/s/ Barbara Andersen_____

Barbara Andersen, 6256000
1220 West Sherwin, Unit 1E
Chicago, IL 60626
(708) 805-1123
bandersen@andersen-law.com

**CERTIFICATE OF SERVICE**

Barbara Andersen hereby certifies that on December 14, 2020 the **MOTION TO COMPEL OR, ALTERNATIVELY, CONTEMPT AGAINST THE ESTATE OF FORREST FENN** was filed and delivered via the ECF filing system to:

Service list:
karls@sommerkarnes.com

/s/Barbara Andersen_____

Barbara Andersen
Andersen Law LLC
1220 West Sherwin, Unit 1E
Chicago, IL 60626
708-805-1123

Working remotely at 886 Dawn Have Road, Northport, MI