UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **BARBARA ANDERSEN,** | ) | Case No. 1:20-CV-00553-JFR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **UNKNOWN DEFENDANT, AND** | ) | |
| **FORREST FENN,** | ) | |
| | ) | |
| Defendants. | | |

### RESPONSE OF THE ESTATE OF
### FORREST FENN, DECEASED, TO SUBPOENA

**COMES NOW** Zoe Old, in her capacity as Personal Representative of the Estate of Forrest Fenn, deceased, (Cause No. 101-PB-2020-00204, First Judicial District Court, State of New Mexico), by and through her attorneys Sommer Karnes & Associates LLP (Karl H. Sommer), and hereby responds to the Subpoena issued by Plaintiff Barbara Andersen on November 25, 2020, requesting "the identity and address of the Unknown Defendant as defined in the Amended Complaint." The name of the individual who found the treasure chest and who has possession and/or control of it is Jonathan "Jack" Stuef. Zoe Old is not in possession of Mr. Stuef's phone number or his address. His e-mail address is jack85319834@gmail.com.

DATED this 8th day of December, 2020.

SOMMER KARNES & ASSOCIATES, LLP

Attorneys for the Estate of Forrest Fenn

By: /s/*Karl H. Sommer*
       Karl H. Sommer
       Post Office Box 2476
       Santa Fe, New Mexico 87504
       (505) 989-3800
       khs@sommerkarnes.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Response was submitted and served via email this 8th day of December 2020 to Plaintiff:

Barbara Andersen
Plaintiff, *Pro Se*
1220 W Sherwin, unit 1E
Chicago IL 60626
bandersen@andersen-law.com

       /s/ *Karl H. Sommer*
       Karl H. Sommer