IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

| | |
|---|---|
| Barbara Andersen )  |   |
|     Plaintiff ) | Case 20-cv- 00553-JFR |
| v. ) | |
| Forrest Fenn; Unknown Defendant ) | |

**MOTION TO PUBLISH DOCKETS 34 THROUGH 36 AND 41 IN THE PUBLIC RECORD PRIOR TO STRIKING SAME**

Barbara Andersen, as her own attorney, hereby files this motion to direct the Clerk of the Court to publish dockets 34 through 36 and docket 41 in the public record herein. In support of her motion, Andersen states as follows:

1.  This Court published communications from a "Kathryn"[1] sent to chambers in the public record on December 7, 2020. These communications are contained in the Docket at entries 34-36. They appear to be created/sent in October 2020. The Court did not allow the public to see same in placing the matters in this Court's docket on December 7, 2020.

2.  Andersen previously filed a motion to strike dockets 34 through 36 as to documentation filed by a "Kathryn". At the time, Andersen did not consider the filings to be a spoof, but rather that of a confused person/stranger and the same person who had previously e-mailed Andersen on her law e-mail. At the time of filing her motion to strike, Andersen did not think that dockets 34-36 could be from (as she calls them) "Team Forrest" and/or a spoof; rather, Andersen assumed that "Kathryn" was a real person. Andersen filed her motion in the public record herein on December 8, 2020.

3.  In response to Andersen's motion, this Court issued an order for "Kathryn" to show cause as to why this Court should not strike Dockets 34-36 from the record.

---

[1] Although Andersen can see "Kathryn's" purported last name on the docket, Andersen is not sure whether the public can also see same. As such, Andersen simply refers to her by

1

4.	Andersen believes that Dockets 34-36 and 41 are spoof e-mails from someone on "Team Fenn" as Andersen calls them. Andersen believes that the public would be interested in seeing these filings and, further, that they should not remain confidential.

**Dkt 41**

5.	In response to this Court's order, Kathryn filed docket 41. This time, "Kathryn" sent an e-mail under the name "Stelladesantia". In French this means "Star of the Saints". As this Court knows from Andersen's filing, French is part of the solve/books….which Andersen teased Forrest of in her "Pepe le Pew" jokes. Here is another: https://www.youtube.com/watch?v=Rrhg6Qoia60  French is an important theme in the books.

6.	This time, in docket 41, "Kathryn" tells this Court that her solve is in Taos County, New Mexico. See first paragraph.

7.	In addition, "Kathryn" notes in Dkt 41 as follows:

"I have been informed by Defendant Attorney today, December 11,2020, that I am not permitted to file anything. Previously on the evening of **December 7,2020**, he called me and asked me to send him what I sent the court and specifically about two documents regarding screen snap shots. I fail to understand why he did not tell me I am not allowed to send anything during his call to me on **December 7** and if I am forbidden to send anything, why did he need me to send him anything - would be moot."

8.	After reading the above, suspecting that Dkts 34-36 were spoof filings by "Team Fenn", Andersen took a second look at Dkts. 34-36.

**Docket 34**

9.	In Docket 34, if this Court were to look up her purported address on the internet, this Court would see that "Kathryn" her "home" address (despite claiming to be almost homeless) is not for sale. From Andersen's internet search of same, this appears to be a one-unit commercial building… not a residential four unit building. Obviously, odd.

2

10. In addition, "Kathryn's" last name is tied with a "cabbage". Again, type this name into the internet. Pre-find, Forrest Fenn would post hints in his various blog posts by "senders"…. whose name coincidentally had meaning and were likely fictitious. In his scrapbooks, Forrest talked about how "Ellert Koski[2]" and he would get into lettuce fights.

11. The only phone number listed on Dkt 34 is an Arizona phone number with no apparent connection to "Kathryn" and/or her purported daughter "Sofia" and/or Florida/New Mexico. Andersen attempted to call same and received no call back after leaving a voicemail.[3]

12. In sum, Docket 34 appears to be a spoof e-mail.

**Docket 35**

13. In Docket 35, this Court receives what appears to be the original mailing by "Kathryn" on October 7, 2020. This appears to be potentially be hand-delivered in that there is no evidence of postage on the envelope copy that Andersen can see in the filing. This time, the return address is purportedly from Questa, New Mexico… i.e. North of Santa Fe.

**Docket 36**

14. Unlike Docket 41, this e-mail suggests that "Kathryn's" solve is located in the Four Corners area (as opposed to the Taos area).

15. In addition, Kathryn appears to be teasing Andersen with the reference to

---

[2] There are several names misspelled in this scrapbook, including "Ellert Kosky" (Scrapbook 253) vs. "Elert Kosky" (Squirt October 1, 2020 scrapbook). https://dalneitzel.com/2020/04/26/scrapbook-two_hundred-fifty-three/ vs. https://dalneitzel.com/2020/10/01/squirt/ His real name appears to be **Eino** Ell**e**rt Kosk**i**, a former Sheriff in West Yellowstone. "Koski" means "waterfall", i.e. a hint in the misspelling. Forrest discusses the lettuce fight between him and Ellert. http://www.locateancestors.com/koski-montana/ Notably, Kathryn's last name has ties to the word "cabbage". Because "she" has requested that her name remain private, Andersen will defer to this Court as to whether to publish same and/or her information in the public record.

[3] Which raises the question as to how Karl Sommer is able to get ahold of "Kathryn" so easily.

3

"Cerberus", the three headed dog that guards hell from Greek mythology. https://greekgodsandgoddesses.net/myths/cerberus/#:~:text=Cerberus%3A%20The%20three%20Headed%20Dog%20of%20Greek%20Mythology.,of%20Cerberus%20to%20guard%20the%20entrance%20to%20Hades. Andersen used the "Cerberus" reference and this https://www.youtube.com/watch?v=B9FzVhw8_bY song to tease Fenn about her searching.

16. Only a person who had read Andersen's e-mails directed to Fenn would know Andersen's "Cerberus" joke.

17. As such, Docket 36 appears to be a spoof document from "Team Forrest" and teasing Andersen relative to her solve location.

**Prior Communications to Andersen that Appear Chase Related**

18. In Andersen's false arrest case, Andersen suspected that "Team Fenn" was watching same. Attached hereto as Exhibit 1 (without attachment), Andersen attaches a copy of one of the e-mails from "Sand Sanders". Sanders was attempting to help Andersen file a *Monell* claim in her false arrest case against Village of Glenview (for additional acts of misconduct in addition to that of Andersen's ex-husband and the arresting officer) relative to her fallacious September 2015 arrest[4]. Sand Sanders is consistent with the "Sand" theme of the Chase, including the Second Fig poem by Millay that Andersen previously referenced. https://www.poetryfoundation.org/poems/44726/second-fig  As such, Andersen suspected that "SandSanders" was part of "Team Fenn".

19. "Sanders" sent Andersen communications that were the product of obvious, extensive research into the history of Chief Fitzpatrick, Chief of Police for the Village of Glenview.

---

[4] Yesterday, Andersen filed her writ of certiorari with the U.S. Supreme Court. Andersen is not optimistic that they will accept same. Andersen's likely "winless fight".

4

"Sanders" advised Andersen that Fitzpatrick had been involved in a perjury scandal in Rockford, IL.  Andersen was dealing with what appeared to be the purposeful destruction of a police report that Andersen had filed prior to her 2015 arrest with Fitzpatrick.  In other words, Sand Sanders was trying to help Andersen show that Fitzpatrick was a dirty cop to help her with a *Monell* claim.

**Conclusion**

Andersen believes that the general public would potentially be interested in seeing the contents of Dkts. 34-36 and 41.  As such, Andersen asks that this Court publish same for all to see with appropriate redactions as to "her" purported solve/contact information as this Court deems just and proper.

Respectfully submitted:

   /s/ Barbara Andersen             

Barbara Andersen, 6256000
1220 West Sherwin, Unit 1E
Chicago, IL 60626
(708) 805-1123
bandersen@andersen-law.com

**CERTIFICATE OF SERVICE**

Barbara Andersen hereby certifies that on December 18, 2020 the **MOTION TO PUBLISH DOCKETS 34 THROUGH 36 AND 41 IN THE PUBLIC RECORD PRIOR TO STRIKING SAME** was filed and delivered via the ECF filing system to:

Service list:
karls@sommerkarnes.com


/s/Barbara Andersen_____
Barbara Andersen
Andersen Law LLC
1220 West Sherwin, Unit 1E
Chicago, IL 60626
708-805-1123

(Filed remotely from 8860 Dawn Haven Road, Northport, Michigan.)