**From:** Sand Sanders <sanders7877@gmail.com>
**Sent:** Thursday, March 1, 2018 2:19 PM
**To:** bandersen andersen-law.com <bandersen@andersen-law.com>
**Subject:** Bambigate

Ms. Andersen,

Copied below is publicly available information regarding "Bambigate" that I have found or been given. I will be sending it and other information in several emails. If you read all of it closely, which I'm sure you will, I think you will get a good idea of how Mr. Fitzpatrick operates and his ethical standards.

These articles and documents are copied page by page, as separate images. If you have trouble reading an image, click on it and enlarge it, and it should become more legible.