# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **BARBARA ANDERSEN,** ) | Case No. 1:20-CV-00553-JFR |
| ) | |
|   Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **UNKNOWN DEFENDANT, AND** ) | |
| **FORREST FENN,** ) | |
| ) | |
|   Defendants. | |

## AMENDED CERTIFICATE OF SERVICE

Sommer Karnes & Associates LLP (Karl H. Sommer) hereby amends the Certificate of Service the *Response of the Estate of Forrest Fenn, Deceased, to Plaintiff's Motion to Compel* [**Doc 46**] as follows:

The undersigned certifies that a true copy of the foregoing Response to Motion to Compel was submitted and served via email this 30th day of December 2020 to Plaintiff at 12:01 a.m.:

    Barbara Andersen
    Plaintiff, *Pro Se*
    1220 W Sherwin, Unit 1E
    Chicago IL 60626
    bandersen@andersen-law.com

                                        Respectfully submitted,

                                        SOMMER KARNES & ASSOCIATES, LLP
                                        Attorneys for the Estate of Forrest Fenn

                                        By: /s/*Karl H. Sommer*
                                        Karl H. Sommer
                                        Post Office Box 2476
                                        Santa Fe, New Mexico 87504
                                        (505) 989-3800
                                        khs@sommerkarnes.com