# Bambigate

Sand Sanders <sanders7877@gmail.com>

Thu 3/1/2018 2:19 PM

To: bandersen andersen-law.com <bandersen@andersen-law.com>

Ms. Andersen,

Copied below is publicly available information regarding "Bambigate" that I have found or been given. I will be sending it and other information in several emails. If you read all of it closely, which I'm sure you will, I think you will get a good idea of how Mr. Fitzpatrick operates and his ethical standards.

These articles and documents are copied page by page, as separate images. If you have trouble reading an image, click on it and enlarge it, and it should become more legible.

Exhibit A

Rockford Register Star

A Gannett Newspaper © 1996 Rockford Newspapers Inc. | Rockford, Illinois | Tuesday, April 16, 1996 | Metro | 40 cents in stores 50 cents in coin racks

## Clinton to pitch peace talks for Koreas

■ **Announcement today: China would join the process, aimed at creating a permanent peace.**

Los Angeles Times

CHEJU ISLAND, South Korea — President Clinton and South Korean President Kim Young Sam will propose four-way talks today — involving the United States, China, South Korea and North Korea — aimed at creating a lasting peace agreement between the two Koreas.

The proposal, which has been discussed with but not accepted by China and North Korea, has as its goal the replacement of the 1953 armistice that ended the 1950-53 Korean War with a permanent peace between North and South.

U.S. officials said the four-way dialogue is being proposed without "deadlines or preconditions." No time or place has been set for the peace talks, nor has any formal agenda been agreed upon, White House aides said.

Reconciliation on the Korean peninsula — where U.S. troops bolstering the South face Communist soldiers across a heavily fortified border — would eliminate one of the last remaining vestiges of the Cold War.

The idea for the peace conference was first broached by South Korea two months ago in secret discussions with White House National Security Adviser Anthony Lake, who traveled to Seoul with no advance publicity.

"It involves ideas first presented by the South Korean side to propose a way the North and South could have a dialogue in which the United States could play an active role. The United States expressed the view that the participation of the People's Republic of China would be extremely helpful," White House press secretary Mike McCurry said.

The initiative has been discussed with China, which U.S. officials described as "understanding" but noncommittal. North Korea has not officially responded.

The proposal for talks comes after a recent series of incursions by North Korean troops into the demilitarized zone separating the two Koreas. U.S. officials said the idea for the peace conference predated the provocations but would not speculate on Pyong-yang's

Son may face murder charges

Annette McCord has not found the right furniture for this room in her home on Andrews Street.

## Mom: 'I haven't given up on him'

### Annette McCord describes her 14-year-old's gang ties, says he's 'living the life of an older guy'

By BRIAN J. [illegible]
The Register Star

ROCKFORD — Annette McCord says she never drinks or smokes.

She goes to church every Sunday and works full time helping disabled adults. She also is a mother of five.

In court this morning, Winnebago County Assistant State's Attorney Dave Hugdahl is expected to charge her oldest son, age 14, with two counts of murder.

At home Monday, McCord, 38, talked about her son's childhood, including his being shot three times between ages 12 and 14 and having an alcoholic father who died six years ago.

"I could be crying," she said. "I could be suffering. But that's not saying, 'God is in charge.' Satan is trying to tell me, 'You don't love your child.' And that's

could face 20 to 60 years in prison for each of the murder charges.

McCord's son was arrested in the shootings of LaMar Neal, 20, and William Davenport, 27, at 3:30 a.m. March 31 at a private club in the 800 block of Chestnut Street.

Bullets struck Neal and Davenport in the head and both later died. A third person was shot in the arm but survived.

Hours after the shooting, police with a paddy wagon came to Washington Park Christian Church, where they found Annette McCord attending Palm Sunday services. She told the officers she didn't know where they could find her son because he had run away two weeks before.

Police arrested the boy later that night.

McCord next saw her son at

"Satan is trying to tell me, 'You don't love your child.' And that's not true."
**Annette McCord**
suspect's mother

**What's next**

At 9 a.m. hearing today in

## Rinaldo accused of lying

■ **Deer-hunt probe: The police chief denies an attorney's contention that the investigation is politically motivated.**

By STEVE FRIESS
The Register Star

ROCKFORD — Suspended police Lt. Joseph Rinaldo was accused Monday of lying and trying to use his position to influence investigations of a Dec. 2 deer hunting case in Ogle County.

Rinaldo's attorney, Dan Cain, said the accusations arising from an internal police department investigation were "based upon the fact that Joseph is not on the same political team" as Police Chief William Fitzpatrick.

Fitzpatrick responded: "Quite frankly, I have no idea what politics has to do with shooting deer and lying to investigators in Ogle County about shooting deer."

Rinaldo was accused of lying and trying to use his position to influence investigations of a Dec. 2 deer hunting case in Ogle County. The departmental charges could cost Rinaldo his badge if substantiated.

He also is facing state illegal hunting charges in Ogle County court. Winnebago County Sheriff Don Gasparini, who was hunting with Rinaldo, earlier pleaded guilty and paid a $1,000 fine on charges of failing to tag a deer and hunting on private property.

State conservation officers reported finding the carcasses of 13 deer on a farm where Gasparini and Rinaldo were hunting.

In a two-page complaint submitted to the city Board of Fire and Police Commissioners Monday, Fitzpatrick charged Rinaldo with having "deliberately made false statements" to internal investigators and to Illinois Department of Natural Resources agents about obtaining permission from an Ogle County landowner to hunt on her property.

Rinaldo also was accused of trying to use his position to obtain permission from Jacquelyn Quinn to hunt on her land. Quinn told investigators she refused permission for hunting on her property.

The lieutenant is further charged with calling conservation Sgt. Terry Holbrook three times in early December and attempting to influence Holbrook's investigation.

In Ogle County, Rinaldo has pleaded not guilty to four counts of failing to immediately tag deer and one count of hunting on pri-

Please see Rinaldo, 4A

**Chronology**

**Dec. 2:** Winnebago County Sheriff Don Gasparini and Rockford Lt. Joseph Rinaldo are found hunting on Ogle County land owned by Jacquelyn Quinn, who says she denied them permission to hunt on her property.

**Dec. 11:** The Illinois Department of Natural Resources charges Rinaldo with four counts of not immediately tagging deer and one count of hunting without permission. Gasparini is charged with one count of each.

**Dec. 12:** Rinaldo is suspended with pay from the Rockford Police Department.

**Dec. 20:** Gasparini is fined $1,000 after pleading guilty to the charges.

**Dec. 22:** Rinaldo pleads not guilty to charges and awaits a jury trial.

**April 15:** Police Chief William Fitzpatrick accuses Rinaldo of lying to investigators, using his position to influence the state probe and using his position to persuade Quinn to allow him and Gasparini to hunt on her land.

REGIONAL ROUNDUP

## School board backs bilingual program

BELVIDERE — Plans for a bilingual program won Belvidere School Board approval Monday.

The program will send elementary students who can't speak or read English proficiently to a half-day program at a school in the district.

About 100 students in kindergarten through sixth grades will need help next fall, according to estimates by the district's Educational Issues Committee.

Parents will have to approve of the program before their children would be pulled from regular classes for half a day.

## MS walk draws 200 to Rock River

ROCKFORD — About 200 people marched along the east bank of the Rock River Sunday morning to raise money to the fight multiple sclerosis.

Autumn-like weather was blamed for the turnout, which fell short of the 250 people organizers had hoped would attend the seven-mile walk. Multiple Sclerosis Society spokeswoman Deborah Hein said.

Hein said it would take a few

# Rinaldo accused of lying

Continued from Page 1A

vate property without permission. The charges are misdemeanors that each carry a maximum $500 fine and six-month jail sentence.

Fitzpatrick would not say whether the police department was seeking to fire Rinaldo for the charges, which are the result of a four-month internal investigation conducted by two sergeants and an assistant deputy police chief.

"Nobody is above the rules and regulations and the public trust," Fitzpatrick said. "We'll pursue the charges, and if after hearing the case the commission agrees with the charges, we'll seek what we think are appropriate sanctions."

Rinaldo's attorney, Cain, said: "This four-month investigation, which started based upon what in the law is a petty offense . . . represents politics at its worst on the local level. Rinaldo has been connected to people outside police administration — such as Tim Simms — so the administration does not politically trust Joe Rinaldo."

Simms, a former Republican state representative and senator, is considering running against Mayor Charles Box, a Democrat.

Cain called Rinaldo a dedicated officer who was promoted to head the traffic department on merit and seniority.

"For the chief of police to attempt now to try and terminate a veteran police officer's employment is unconscionable and we won't let that happen."

Fitzpatrick dismissed the charges that politics influenced the investigation: "I'm disappointed in his professionalism, but we'll stick to higher ground and the issues of the case. It's obviously our burden to prove it, and we intend to do it."

Sheriff Gasparini declined to comment Monday on the charges against Rinaldo. Fitzpatrick said the sheriff would be called under subpoena to testify at Rinaldo's full hearing when it is scheduled.

Rinaldo was suspended with pay on Dec. 12 pending the internal investigation. He continues to be paid about $1,128 per week.

## What's next

This afternoon, the Rockford Board of Fire and Police Commissioners is expected to set a date for a probable cause hearing in Rinaldo's case. A full hearing, the equivalent of an internal trial, would be scheduled within 30 days after the probable cause hearing.

9/17/2020 Mail - Barbara Andersen - Outlook

LOCAL ROUNDUP

# Decision due Friday on moving Heaslip trial

■ Accused of killing wife: The defense says media attention and the actions of the victim's family make it impossible to get a fair trial here.

What's next

To become a Register Star carrier, call 987-1400

Bursting with fun

## Trial ordered in mutilation case

■ First-degree homicide: The Janesville man goes back to court May 15 to enter a plea to the charge in his wife's death.

## Rotarians will honor high school 'role models'

## Farmhouse badly damaged by fire

## Misconduct hearing May 8 for cop in deer hunt case

'Ask a Lawyer Day' on April 27

Union workers rally for organized labor

Luncheon to raise funds for disabled

Construction closes Springfield Avenue

North Boone to offer summer classes

CALIFORNIA STRAWBERRIES

ONION PLANTS

WISCONSIN BLUE RIBBON MUENSTER CHEESE

ONION SETS WHITE & YELLOW

LEMONS

ARTICHOKES

320 Store 320 N. Court 965-2313

Going Out Of Business

SALE!

30%-75% OFF

Everything in the store Including New Spring Merchandise! SALE STARTS APRIL 18TH-10am

Fine Italian Suits, Sportcoats & Dress Slacks, Sevane Casual Slacks, Lucky & Mossimo Jeans & Shorts. Girbaud Shorts. Short Sleeve & Long Sleeve Axis Sportshirts, Dress Shirts & Ties, Rockport Dress & Casual Shoes.

FREDDY

FRED FRANK LIMITED

EDGEBROOK CENTER

https://outlook.office.com/mail/search/id/AAQkADA0MGE3ZjRlLTI0ZTctNDEwYi04OWY4LTE1MDZjZDY3NDQxOAAQAEbtqFUk0EJJocQXWj7VaD8%3D 4/16

9/17/2020 Mail - Barbara Andersen - Outlook

https://outlook.office.com/mail/search/id/AAQkADA0MGE3ZjRlLTI0ZTctNDEwYi04OWY4LTE1MDZjZDY3NDQxOAAQAEbtqFUk0EJJocQXWj7VaD8%3D 5/16

9/17/2020 Mail - Barbara Andersen - Outlook

FROM PAGE 1A Rockford Register Star, Sunday, June 2, 1996 5A

Sex offender notification law

## Comparing laws

### New Jersey

**History:**

■ State passed "Megan's Law" in October 1994 in response to the murder of 7-year-old Megan Kanka, who was molested and killed by a neighbor twice convicted of sex offenses.

**How it works:**

■ Child sex offenders must register with county prosecutors upon their release from prison.

■ Prosecutors then classify them in a three-tier system. Tier 1 offenders are considered a "low risk" of committing another crime; their names are not released. Tier 2 offenders are considered "medium risk;" their names are distributed on a quarterly basis to schools and day-care centers within each county. Tier 3 offenders are considered "high risk;" in addition to notifying schools and day cares, police also can warn nearby neighbors and businesses of the offender's presence.

■ The list is public record, but the law does not order local law enforcement officials to supply other residents with a list on demand.

**Penalties:**

Those sex offenders who do not register face a maximum 18 months in jail or pay a $7,500 fine.

**Status:**

Notification of sex offenders has been delayed pending the outcome of a civil rights lawsuit.

### The federal law

**History:**

Introduced in Congress this year to create notification laws nationwide.

**What it does:**

■ Orders states to design and pass laws that protect children from child sex offenders.

■ The law requires child sex offenders to register with states.

■ The law mandates that the list be made public, and be used to notify schools, day cares and other child service agencies of nearby offenders.

**Status:**

President Bill Clinton signed into law May 18.

### Illinois law

**History:**

■ First passed in November in response to August slaying of 10-year-old Christopher Meyer in the Kankakee area.

■ Passed again in May after a Chicago circuit court judge found the law unconstitutional because it was passed in a bill that included

# Officials expect high interest in public list

■ **At first:** Groups that deal with children say they will make use of the list of child sex offenders; they also say it's not a cure-all.

**By SPENCER HUNT and SEAN HAO**
Register Star Springfield Bureau

ROCKFORD — Local officials say they have no idea how many residents and organizations will show up this week to acquire a list of area child sex offenders.

But they have theories.

"I think there will be a lot of interest at first and then it will die down," said Lt. Roger Costello, chief detective for the Winnebago County Sheriff's Department.

"I think you will see a lot of groups that deal with children request it," said state Sen. Dave Syverson, R-Rockford.

Public response to notification laws in other states have been difficult to gauge, in part because many have been put on hold while civil rights lawsuits are argued in court. Other states, such as Indiana, have had their notification laws in the books for less than a year.

Despite the confusion, many local children groups say they will make use of the list. The Register Star plans to publish the list some-

**LOCAL ANGLE**

time in the future, or the groups may request it from local law enforcement agencies.

Ruth Little, executive director of the Rockford area Girl Scouts, said she would use the list to help screen potential volunteers who would supervise children. They would verify the information first, but anyone on the list would not be accepted.

"You want to go to any reasonable length to help kids," she said. "This certainly is helpful."

The Rev. Richard Coffell, assistant pastor at Memorial Baptist Church, also thinks a list would be a good idea.

He said the church could use it to warn parents of homes their children should avoid while playing or while they are on their way to and from Sunday school.

"Just because someone gets out of prison doesn't mean they've turned over a new leaf," Coffell said.

Little and Coffell agreed that the list won't help them protect children from all sex offenders.

"It's not a cure-all," Little said. She said she still needs to beware of sex offenders who have never been convicted.

That opinion is shared by child care professionals who will get a copy of the list. Under the new law, schools and day-care centers would receive an updated list every three months.

"It wouldn't make us any less worried," said Duke Palmer, Rock River Elementary School principal. "We'd still be ready to question any unauthorized person who is on our grounds, whether they're on the list or not."

Added Marcia Johnson, director of Parkside Day Care Center on East Drive:

"I think you should always be on the lookout for other people. There's always first-time offenders in every area."

■ Paper will print list, 4A

**By the numbers**

Here's how many registered child sex offenders there are in Illinois and in selected local counties. (Officials say about 8 percent of child sex offenders are not registered; county-by-county breakdowns are not available.)

**Illinois:** 3,689
**Winnebago:** 81
**Ogle:** 9
**Boone:** 4

*Source: Illinois State Police*

# Pending Rockford suit could stall law

■ **New version changes complaint:** A sex offender claims that publicizing his name punishes him twice for the same crime.

**By SPENCER HUNT**
Register Star Springfield Bureau

SPRINGFIELD — A lawsuit filed in Rockford could force police departments across the state to stop giving out lists of sex offenders' names and addresses until the case is over.

Crystal Lake attorney Harold McKenney had hoped a federal judge would rule on his motion to suspend the law's Saturday effective date before Saturday. But last-minute changes to the law meant that decision won't come for at least a week.

McKenney is representing a Jo Daviess County sex offender listed in the lawsuit only as "John Doe." The lawsuit claims the Illinois law violates Doe's rights because releasing his name would punish him twice for one crime.

Court documents state Doe was convicted of aggravated criminal sexual abuse on Dec. 27, 1993. He completed a sentence of two years on probation.

McKenney's lawsuit was filed against the original version of the bill, which Edgar signed in December. In an unrelated ruling last month, a Chicago judge declared the law unconstitutional because it had been passed in a bill that contained several unrelated laws.

The verdict prompted lawmakers to pass a new law, which Edgar signed in time to meet the June 1 names that can be made public.

Those changes were enough to delay a ruling in McKenney's case.

If the judge decides to void the law pending trial of McKenney's case, Illinois will join a handful of other states that face similar problems with their notification efforts.

Sex offender laws in New Jersey and New York have been put on hold while similar civil rights suits make their way through the court systems.

In Indiana, which has had its law in the books for less than a year, the American Civil Liberties Union has filed suit. If the judge decides against McKenney, the Illinois ACLU is considering filing its own suit in a different federal district court.

"It's something we're definitely looking at," Mary Dixon, an ACLU

# Chief's actions questioned in Rinaldo case

▷ Continued from Page 1A

officials as witnesses.

That leaves only Commissioner Robert Lindman on the three-member panel appointed by Mayor Charles Box to oversee police and fire personnel issues.

Assistant City Attorney John Albert expressed uncertainty Saturday about whether the case could proceed with just one commissioner.

"By its very nature, a commission is a plural body," he said. "We've got to look into that."

The hearing on Rinaldo's motion to dismiss the misconduct charges against him is scheduled to continue Thursday.

In the related criminal case, he has pleaded not guilty in Ogle County to five misdemeanor charges of failing to tag a deer carcass and hunting on private property without permission.

The police commission is hearing allegations that Rinaldo lied to state conservation officers about the hunting incident and then tried to use his position to influence their investigation.

Dan Cain

If found guilty, the lieutenant could be fired.

During a two-hour hearing Saturday at fire department headquarters, Rinaldo's attorneys called Fitzpatrick to testify.

Cain and Beeson wanted to play the tape recording, but city attorneys objected. Dan McGrail, representing the city, said he doesn't know who made the tape but it "raises a lot of issues around the propriety of intercepting cell telephone calls."

"We think this is just another attempt by someone on trial to redirect attention to someone else," he said.

Albert, also prosecuting the misconduct case, said he knows nothing about the recording or its significance. He described Fitzpatrick as "an honorable person."

"He's not the person who's on trial here," Albert said. "It's hard for me to speculate what really they were after."

Rinaldo's attorneys were unavailable for comment.

Fitzpatrick also could not be reached.

Peterson, who was appointed to the commission last year, said he withdrew to prevent delays in the case against Rinaldo and to protect the commission from questions of impropriety.

He said he discussed the case privately with Fitzpatrick, but only on procedural and technical questions.

"You got served with some papers. What does it mean?" he said. "That's a lot different from discussing the case."

He added that, to his knowledge, none of the conversations were tape-recorded.

Albert said he's not sure whether police procedures prohibit Fitzpatrick from discussing such matters with commissioners.

Pertecte, who did not attend Saturday's hearing, was surprised to hear that another commissioner had withdrawn. He said he could not imagine the case being decided by just one commissioner.

"That's impossible," he said. "It doesn't sound right to me."

**The commission**

Members of the Rockford Police and Fire Commission serve three-year terms.

■ **Charles Pertecte:** A maintenance supervisor at the Public Safety Building, he has served 20 years.

■ **Robert Lindman:** The owner of Lindman's Carpet Manor store, he has served about five years.

■ **David Peterson:** An executive at Rockford Products Corp., he has served one year.

https://outlook.office.com/mail/search/id/AAQkADA0MGE3ZjRlLTI0ZTctNDEwYi04OWY4LTE1MDZjZDY3NDQxOAAQAEbtqFUk0EJJocQXWj7VaD8%3D 6/16

9/17/2020 Mail - Barbara Andersen - Outlook

Rockford Register Star

A Gannett Newspaper © 1996 Rockford Newspapers Inc. Rockford, Illinois Friday, June 14, 1996 Northern Illinois 40 cents in stores 50 cents in coin racks

# Chief's taped call in spotlight

■ **In Rinaldo case:** The cellular phone conversation has led to the dismissal of the panel deciding whether to discipline the police officer.

By CHUCK SWEENY
The Register Star

ROCKFORD — In the continuing saga of whether Lt. Joseph Rinaldo remains on the police force or is fired, the raging questions about town are:

■ What's the content of a taped conversation between Police Chief William Fitzpatrick and former Police Commissioner David Peterson, and was it illegally recorded?

■ Was Fitzpatrick telling the truth when he said under oath that he never talked to fire and police commissioners about disciplinary hearings that the commission was conducting on Rinaldo?

Dan Cain, Rinaldo's attorney, said the tape contains part of a cellular phone conversation between Fitzpatrick and David Peterson, outgoing member of the city's Board of Fire and Police Commissioners.

Even though it has not been accepted by the board as evidence, the tape has emerged as a centerpiece issue in a disciplinary action against Rinaldo.

On April 15, the police department brought five charges against Rinaldo to commissioners, including lying to police internal affairs investigators and to a Department of Natural Resources officer about whether he obtained permission to hunt on private property Dec. 2 in Ogle County.

Rinaldo also is charged by the department with trying to influence a DNR investigation of the hunting trip.

If the commission concluded he did what he's accused of, Rinaldo could lose his job. He has been suspended with pay.

Winnebago County Sheriff Don Gasparini, who accompanied Rinaldo on the hunt, pleaded guilty in Ogle County Circuit Court to a misdemeanor count of failing to tag a deer. Rinaldo has pleaded innocent on similar misdemeanor charges.

His criminal case has been continued until July.

Cain said in April he believed the police administration went after Rinaldo "because Joseph is not on the same political team" as Fitzpatrick. Rinaldo is a Republican and a friend of W. Timothy Simms, who intends to run for

Please see Chief's, 5A▷

■ Chronology, 5A
■ Our view, 21A

https://outlook.office.com/mail/search/id/AAQkADA0MGE3ZjRlLTI0ZTctNDEwYi04OWY4LTE1MDZjZDY3NDQxOAAQAEbtqFUk0EJJocQXWj7VaD8%3D 7/16

FROM PAGE 1A Rockford Register Star, Friday, June 14, 1996 5A

# Chief's taped call in spotlight in Rinaldo case

Continued from Page 1A

mayor in 1997 on the GOP ticket. Fitzpatrick works closely with Mayor Charles Box, a Democrat.

Police and fire chiefs, however, are not hired or fired by the mayor. They are appointed and dismissed by the commission, which the mayor appoints, subject to city council approval.

### Hearing the case

During a June 1 commission hearing, Cain tried to get the case against Rinaldo dismissed. He said in a motion that "certain high-ranking members of the Rockford Police Department have exerted undue influence upon certain members of the Fire and Police Commission" to affect the case's outcome.

Cain and his associate, Deron Benson, asked Fitzpatrick at the hearing whether he had talked to commissioners about the Rinaldo case. The chief, testifying under oath, said he hadn't.

The lawyers then tried to play the tape of the phone call. According to a hearing transcript, Cain said the person who made the tape is a local pilot "who just happened to be listening to cell phone conversations, when he heard Mr. Fitzpatrick talk to Mr. Peterson. And he taped it."

Benson then characterized the tape's contents this way.

"There are statements ... regarding issues that Chief Fitzpatrick just denied to us. There are references to the case, references to evidence, references to Charlie Pertsete and his position on the panel. And the conversation clearly concerns Chief Fitzpatrick and Commissioner Peterson."

The conversation, Cain said, "occurred the day after I made a statement in the media that Mr. Rinaldo and Chief Fitzpatrick are on opposite ends of the political spectrum." That article ran April 16 in the Register Star.

The lawyers didn't identify who made the tape, but Benson offered at the hearing to "certainly bring him here, and he will testify as to how he made the tape and who was present and the exact procedure that he went through in obtaining the tape and how the tape was delivered to us."

The tape, Cain and Benson said, would show that Fitzpatrick did talk about the Rinaldo case with Peterson and is evidence that the case should be dismissed. They said Peterson, one of three commissioners hearing the case, could not make an impartial judgment after talking about it with Fitzpatrick.

Commissioner Charles Pertsete was removed from the case May 16 at the city's request because he works for Gasparini, who is expected to be called as a witness.

Fitzpatrick's city-paid attorney, Dan McGrail, objected to use of the tape as evidence, and the commission went into closed session to review a transcript of the tape. When the commission returned to open session, Peterson removed himself from the case "to preserve the perceptions of fairness" and left the hearing room.

With Robert Lindman left to hear the charges against Rinaldo, the lieutenant's fate was put on hold: Two commissioners are needed to rule on disciplinary cases.

Box said June 7 that to guarantee fair hearings involving Rinaldo, or possibly future hearings about Fitzpatrick, he had asked for and received the resignations of each commissioner.

The mayor did not return a telephone call Thursday afternoon from the Register Star, but he said last week that if Fitzpatrick had attempted to influence Peterson's position regarding Rinaldo, "there's been a wrong committed."

William Fitzpatrick

When Box selects new commissioners -- possibly within a week -- the Rinaldo hearings will be the first order of business, said lawyer Roberta Holzwarth, the commission's secretary.

After Holzwarth trains the new commissioners, she said, "I'll ask (them) to review the transcript of the probable cause hearing of May 16, to see whether the new commission believes there is probable cause to go to a full hearing."

If someone files a complaint challenging Fitzpatrick's testimony that he did not discuss the Rinaldo case with commissioners, the new commissioners could decide whether to investigate, Holzwarth said. She said it's not clear what the consequences would be for Fitzpatrick if the commission found he had lied under oath.

### Is the tape admissible?

Will the tape ever be introduced as evidence in the Rinaldo case?

Cain is out of town and couldn't be reached for comment, and Benson declined to comment. Cain said at the June 1 hearing that "it is legal for somebody, for anybody, to make tapes of cell phone conversations."

But in 1986, Congress added cellular phone calls to those governed by wiretap statutes.

"Federal law makes it illegal to monitor cellular phone calls. Period," said Myron Peck, an attorney with the Federal Communications Commission in Washington. The law also states that illegally intercepted cellular phone calls can't be used as evidence in federal, state or local legal proceedings.

Penalties range from a fine up to five years in prison.

In Illinois, it is illegal to intercept personal conversations "in person or by telephone or by any other means with any type of eavesdropping device," said Dan Curry, a spokesman for Attorney General Jim Ryan.

An eavesdropping device "is any device capable of being used to hear or record oral conversation, whether such conversation is conducted in person, by telephone or by any other means," Curry said. The offense is a Class 4 felony, punishable by probation or up to three years in prison.

McGrail, Fitzpatrick's attorney, said that "while Cain may try to bring (the tape) in as evidence again, I don't think he can."

Asked whether he'll seek a federal or state investigation of the taping, McGrail said he hasn't decided. Peterson declined comment.

### Cellular phone tips

People increasingly use cellular phones as they would land-line phones, but they should be careful what they say over the air.

"We tell people, if they have something highly confidential to say, you're better off using a land line," said Nall Harty, northern Illinois general manager for GTE Mobilnet, a cellular telephone network.

Devices to scramble cellular calls do exist — the president uses one — but they are expensive and impractical because the sender and receiver must both have them on their phones, Harty said.

"Very few people are using (scrambling) devices today," he said. "I don't know anyone who does."

Federal law prohibits interception or recording of cellular phone calls, but it's difficult — if not impossible — to know who might be listening in on scanners, Harty said.

Myron Peck, a Federal Communications Commission attorney, said the law against intercepting cellular calls has been broadened to include cordless phones.

Scanners built today aren't supposed to be able to intercept cellular calls, but older models do and are not illegal to possess, he said.

### Chronology

■ **Dec. 2, 1995:** Winnebago County Sheriff Don Gasparini and Rockford police Lt. Joseph Rinaldo are found hunting on Ogle County land owned by Jacquelyn Quinn, who says she denied permission to hunt.

■ **Dec. 11:** The Illinois Department of Natural Resources charges Rinaldo with four misdemeanor counts of not immediately tagging deer and one count of hunting without permission. Gasparini is charged with one count of each.

■ **Dec. 12:** Rinaldo is suspended with pay.

■ **Dec. 20:** Gasparini pleads guilty in Ogle County to misdemeanor charges and is fined $1,000.

■ **Dec. 22:** Rinaldo pleads not guilty to charges and awaits a jury trial.

■ **April 15, 1996:** Police Chief William Fitzpatrick accuses Rinaldo of lying to investigators, using his position to influence the state investigation and using his position to persuade Quinn to allow him and Gasparini to hunt on her land.

■ **May 16:** The Board of Fire and Police Commissioners hears Fitzpatrick's charges against Rinaldo, decides there is probable cause to hear the case.

■ **June 1:** Commission hears Rinaldo's motion to dismiss the case. The hearing is suspended after Rinaldo's attorneys, Dan Cain and Deron Benson, attempt to introduce an audio tape of a cellular phone conversation between Fitzpatrick and Commissioner David Peterson, ostensibly about the Rinaldo case. Fitzpatrick had testified earlier that he did not talk to commissioners about the case. After a closed session, Peterson recuses himself from the case.

■ **June 7:** Mayor Charles Box says he has requested and received the resignations of the three commissioners — Peterson, Robert Lindman and Charles Pertsete. He says he will select new commissioners in one to two weeks.

CIRCUIT CITY
Give Dad Cellular-
The Best Way To
Stay In Touch!
MOTOROLA Portable Cellular Flip Phone
• 100-minute talk time
• Built-in AC/DC charger
• Weighs only 11.8 oz.
• 12-number memory
FREE 1¢
Panasonic Portable Cellular Phone
• Built-in 2-hour fast charger
• 90-minute talk time
• Weighs only 8.5 oz.
• 11-number memory
FREE 1¢
MOTOROLA Portable Cellular Phone
• 100-minute talk time
• Built-in AC/DC charger
• 32-number memory
• Only 9.5 oz. with battery
1¢
$40 REBATE
On All
Cellular Phones!
CELLULARONE
LAST 3 DAYS!
A Gift for Dad!
*25 American Express Gift Cheque with All Cellular Phones!**

# Rockford Register Star

A Gannett Newspaper © 1996 Rockford Newspapers Inc. Rockford, Illinois Friday, June 21, 1996 40 cents in stores 50 cents in coin racks

## Suspect in woman's slaying kills self

■ 'Love triangle'?: Police believe Sheila Swets killed Mount Morris resident Diane Armbruster and left her in a van at O'Hare.

By ANTOINETTE TAYLOR-THOMAS
The Register Star

MOUNT MORRIS — Diane Armbruster may have been involved in a "love triangle" that led to her death, police said Thursday.

On Wednesday, the woman who police suspect killed the 40-year-old computer systems operator took her own life.

Sheila Swets, 40, of Dixon shot herself in the head Wednesday in Williams Bay, Wis., as police tried to convince her to get out of a pickup truck.

Police stopped the brown Ford truck after they noticed the driver fit the description of a murder suspect wanted in Ogle County.

Mount Morris Police Chief John Thompson said Swets was the ex-girlfriend of an Ogle County man who Armbruster had been dating for about six months.

The boyfriend could not be reached, and Armbruster's family declined comment. Swets's husband, Harold, who lives in Delavan, 5 miles northwest of Williams Bay, also declined comment.

Police found Armbruster's body in her van June 3 in a remote parking lot at Chicago's O'Hare International Airport. She had been missing since May 7 when she left her job at Kable Fulfillment Services.

Thompson believes Armbruster, who had been working overtime the night she disap-

# Top cop to step down

Mayor Charles Box (left) joins Police Chief William Fitzpatrick for Thursday's news conference at the Public Safety Building.

L.E. [illegible]/The Register Star

### Chain of command

The administrators who serve directly below Police Chief William Fitzpatrick and who could become candidates to succeed him:

**Dominic Iasparro**, deputy chief for operations

**Jeff Nielsen**, deputy chief for administration

**Jeff Morris**, assistant deputy chief for operations

**Steven Pugh**, assistant deputy chief for administration

### Rockford police chiefs

**1986-present**: William Fitzpatrick
**1966-1986**: Delbert Peterson
**1953-1966**: Thomas Boustead
**1942-1953**: Folke Bengston
**1940-1942**: Charles Mendon
**1894-1940**: August Bargren
**1890-1894**: E.L. Tisdale
**1884-1890**: unknown
**[illegible]-1884**: Thomas Sully

■ Chief Fitzpatrick announces he will retire next year

■ He says he will defend himself against misconduct allegations

By SCOTT WILLIAMS
The Register Star

ROCKFORD — Facing a misconduct investigation by a police commission to be named today, Police Chief William Fitzpatrick Thursday announced plans to retire after 10 years as Rockford's top cop.

Fitzpatrick called an afternoon news conference to announce he will step aside next year. But first, he said, he will defend himself against allegations of misconduct in the ongoing disciplinary case against Lt. Joseph Rinaldo.

"I've never been known to run away from any problem," the 48-year-old chief said. "And I won't run away from this one."

Mayor Charles Box joined Fitzpatrick for the announcement and expressed support for the chief.

Box, however, said he would name a new Board of Fire and Police Commissioners today and forge ahead with an investigation of Fitzpatrick. If the commission finds wrongdoing, he said, the chief could be disciplined or fired before his retirement next July.

"This, by no means, shortcuts that process," he said.

Fitzpatrick, who earns $78,750 a year, said he was announcing his retirement plans a year in advance to allow "an orderly transition of leadership" in Rockford's 280-person police force.

Box said he will ask the new police commission, whose three members must be confirmed by the city council, to search for a chief while they conduct the Fitzpatrick investigation.

Box said he did not expect the commission to look at outside candidates for the chief's job. Applicants are likely to step forward from among the handful of deputy police chiefs and assistant deputy chiefs who serve below Fitzpatrick.

Many were present for Thursday's announcement as more than 20 department brass, rank-and-file officers and city officials filed into the Public Safe-

Please see Top cop, 4A▷

**INSIDE**

■ **Looking back:** A look at highlights of Fitzpatrick's career.

■ **Rinaldo case:** A chronology of the deer hunt investigation.

Both on 4A

9/17/2020 Mail - Barbara Andersen - Outlook

4A FROM PAGE 1A Rockford Register Star, Friday, June 21, 1996

# From fighting mad to fighter

▷ Continued from Page 1A

clan. At one point, Woodruff was choked into unconsciousness. When he came to, the fight continued.

"Afterward, I got sick," he said.

Saturday's competition at the MetroCentre will be Woodruff's first. He's working with his trainer to stay calm, to battle the pre-fight nerves.

So why fight at all?

"To test myself mentally," Woodruff said. "And to promote myself. I don't want to settle for a factory job."

He plans to teach martial arts, and train other fighters. He currently is unemployed.

### Goal: Avoid injury

Woodruff trains in Buffalo Grove at "Z's Martial Arts Academy." The studio is in a strip mall, tucked next to a Dunkin' Donuts. The main room, which students call the "dojo" (Japanese for training hall), holds a large blue mat and a punching bag. Mirrors line one wall.

Woodruff lives in the Chicago suburb with his mother, although he is originally from Belvidere. He thinks he could beat just about anyone in a street fight, but he doesn't like to battle.

"You don't feel the need to prove it on the street," he said. "You do it so much in the dojo."

Woodruff's trainer, Rob Zbilski, is optimistic he can win. Woodruff said he just wants to do well and not get hurt.

Either way, Woodruff knows one thing: He doesn't have to worry about his old nemesis. By chance, about two years ago, Woodruff shared an apartment in Belvidere with his old bully.

For six months, he said Mike taunted him: "You're not so tough. I could beat you." One day, Woodruff accepted the challenge.

They went outside, and Mike took a swing. Woodruff threw him down and used a painful submission hold.

"I had to spank him," Woodruff said.

Mike never challenged him again.

L.E. Baskow/The Register Star

Tom Woodruff prefers fighting in the training room, not on the street.

**Profile: Tom Woodruff**

**Age:** 25

**Occupation:** Training for "Battle of the Masters," former bouncer

**Education:** High school degree, 1990

**Family:** Single, no children

# Final fight in Illinois?

**■ Outlawed in four states:** A measure to ban 'Battle of the Masters' and similar events awaits the governor's signature.

By BRIAN J. BREUHAUS

**Chronology**

**1993:** Ultimate Fighting becomes popular on pay-per-view television.

**March 26, 1996:** Ald. Pat

**April 10:** Vote to ban the fights in Rockford fails to pass City Council Codes and Regulation Committee.

# Top cop to step down

▷ Continued from Page 1A

ty Building second-floor conference room.

Afterward, support for Fitzpatrick was strong.

Police union President Ron Carey said the chief would not lose any credibility in coming months. Carey also said the commission's investigation would not cause instability on the police force.

"We've got professional officers," he said. "The job will get done."

The investigation will focus on whether Fitzpatrick had improper private conversations with a police commissioner about the department's efforts to discipline Rinaldo. Rinaldo is accused of lying and using his position to influence a state investigation of criminal deer-poaching charges against him.

William Fitzpatrick

After an internal department probe, Fitzpatrick filed misconduct charges against Rinaldo in April.

Rinaldo's lawyers turned the tables on the chief three weeks ago. After the chief denied discussing the case with a police commissioner, the lawyers produced what they described as a tape recording of such a conversation by cellular telephone — raising the possibility that Fitzpatrick had lied under oath.

Asked about the accusations Thursday, Fitzpatrick said: "My opinion and my position is that I've done nothing wrong."

### Community's loss

A member of the police force for 25 years, he listed among his accomplishments diversifying the force to include women and minorities, improving officer training and forming special units such as a bomb squad and drug team.

Having qualified for a full pension five years ago, he said he already was thinking about retirement when the Rinaldo episode occurred.

"Although recent events played a part in my decision," Fitzpatrick said, "they are certainly not the exclusive reason."

His retirement will take effect next July 10 — his 50th birthday.

Jackie Confer of the Coalition for a Safer Community said she'll be sad to see Fitzpatrick go. She credits him with helping the citizens group organize a 1992 gun buyback program that took 370 weapons off the streets.

"It's a real loss for the community," Confer said of his retirement.

Box asked the three previous fire and police commission members to resign June 7 after questions of conflict arose in the Rinaldo case, including one commissioner's employment in the Public Safety Building and another's private discussions with Fitzpatrick.

The mayor said Thursday he reviewed more than 20 candidates and would name his three choices today.

Box said the commission would have no trouble investigating Fitzpatrick while also searching for his replacement.

"I don't think it muddies the waters," he said. "I think they both can go on simultaneously."

**'An outstanding young man'**

A look back at William Fitzpatrick's career with the Rockford Police Department:

■ **April 1971:** A native of north suburban Chicago, he joins the police force after graduating from Northern Illinois University.

■ **September 1975:** At age 28, he takes a leave of absence to get a master's degree in criminology in England.

■ **September 1977:** Upon his return, he briefs City Council members on his overseas experience and is hailed as a new generation of Rockford cops.

■ **October 1985:** Now a lieutenant, he succeeds Chief Delbert Peterson, who calls his 38-year-old successor "an outstanding young man who will do Rockford proud."

■ **September 1988:** He is named in a $15 million lawsuit — later thrown out — filed by the family of a prisoner who died in police custody a year earlier.

■ **February 1990:** A Register Star report credits Fitzpatrick with computerizing the police department and making other improvements, but finds the department solves only 31 percent of robberies and 19 percent of burglaries.

■ **March 1992:** He resists using city funds but supports a gun buy-back program, which gets 370 weapons off the streets.

■ **January 1995:** Rockford records a record-high 30 homicides in 1994. Fitzpatrick points out robberies and other crimes are down.

■ **April 1996:** Saying "nobody is above the rules," he files misconduct charges against Lt. Joseph Rinaldo stemming from a deer-poaching case involving Rinaldo.

■ **June 1996:** Rinaldo's lawyers accuse Fitzpatrick of improperly discussing the case with a police commissioner, prompting Mayor Charles Box to call for an investigation.

**Chronology**

**Dec. 11:** Lt. Joseph Rinaldo and his hunting partner, Winnebago County Sheriff Don Gasparini, are charged in Ogle County with hunting on private property and failure to tag deer.

**Dec. 20:** Gasparini pleads guilty to the misdemeanor charges and pays $1,000 in fines.

**Dec. 22:** Rinaldo pleads not guilty and remains on suspension with pay from the police department.

**April 15:** Police Chief William Fitzpatrick accuses Rinaldo of lying and trying to use his position to influence the deer-hunting investigation.

**June 2:** At a police commission hearing, Rinaldo lawyers accuse Fitzpatrick of improperly discussing the case with a commissioner.

**June 7:** Mayor Charles Box asks all three commissioners to resign for the sake of impartiality in the Rinaldo case.

**June 14:** Box says he will ask the new commission to investigate Fitzpatrick's conduct in the Rinaldo case.

https://outlook.office.com/mail/search/id/AAQkADA0MGE3ZjRlLTI0ZTctNDEwYi04OWY4LTE1MDZjZDY3NDQxOAAQAEbtqFUk0EJJocQXWj7VaD8%3D 10/16

Rockford Register Star

A Gannett Newspaper © 1996 Rockford Newspapers Inc. Rockford, Illinois Saturday, June 22, 1996 Northern Illinois 40 cents in stores 50 cents in coin racks

# Ruling on taped call delayed

**■ Restraining order sought:** Attorneys for former police-fire commissioner David Peterson ask the judge to keep the tape private.

By STEVE PRESS
The Register Star

ROCKFORD — A federal judge will decide Wednesday whether to bar disclosure of a taped phone call reportedly between the police chief and a former member of the Fire and Police Commission.

If the restraining order is granted, it could mean the recording would not be allowed as evidence against Police Chief William Fitzpatrick if he is accused of perjury.

The chief testified under oath June 1 to the commission that he hadn't discussed a pending official misconduct case against Lt. Joseph Rinaldo with any commission members.

Attorneys for ex-commissioner David Peterson filed an emergency motion Friday asking the court to suppress the tape on grounds that its existence violated Peterson's right to privacy.

But Judge Philip Reinhard and opposing attorneys seemed to argue that a temporary restraining order depends not only on whether the tape is illegal but on whether its contents could do serious harm to Peterson.

Reinhard reviewed a transcript of the tape Friday before deciding to postpone his ruling. He said his decision would not consider potential damage to Fitzpatrick because the police chief had not asked for the restraining order.

Peterson resigned from the commission immediately after Rinaldo attorney Dan Cain announced at a June 1 hearing that he had the tape. Fitzpatrick announced Thursday he would retire from the police force in July 1997.

"I realize Chief Fitzpatrick is not a party to these proceedings," Reinhard said. "The question then is whether (Peterson) did anything on this tape that might cause him irreparable harm. If he didn't disclose anything... where would the irreparable harm be?"

Cain, responding to charges by Peterson's attorneys that the tape was made to entrap the chief, said the person who recorded the chat didn't intentionally seek to listen to a conversation between Fitzpatrick and Peterson.

Rather, the anonymous person often listens to cellular phone conversations and chose to tape the chat when he realized who was speaking and what they were discussing, Cain said. Because cellular calls are transmitted on public airwaves, Cain argued, it is not a violation of federal wiretapping laws.

Reinhard also wondered whether a restraining order is appropriate when other legal action could be taken, including a lawsuit seeking monetary damages for invasion of privacy.

That's an important consideration, attorneys not involved in the case say.

"You have to show more than just a legal violation to get" a restraining order, Rockford attorney Mike O'Brien said. "You also have to show there is no other adequate remedy of law. Is there no other way this could be handled?"

Rinaldo, suspended with pay since December, is accused by police of trying to use his official position to interfere with an investigation that produced charges in Ogle County court of deer poaching. If found guilty, he could be fired.

**INSIDE**

■ Timeline in the case
■ Mayor picks new commissioners
■ What's next

All on 4A

4A FROM PAGE 1A Rockford Register Star, Saturday, June 22, 1996

# Member wants board to move on

■ **Against appeals:** Carol Bell says many of the issues headed back to court have little to do with education.

By GENI NIKOLAI
The Register Star

ROCKFORD — School board member Carol Bell isn't any more satisfied with the anti-discrimination remedy than other board members, but she's the only one who opposed any appeals.

Carol Bell

"Some of the issues they're fighting on appeal are minuscule," Bell said after the board decided this week to challenge seven parts of the order in a court of appeals.

"Like cheerleading ... we should write up a policy and procedure and live with that, get rid of that issue. I don't think we need to spend how many dollars and two years in court on this."

The court ordered that cheerleading squads have at least the same percentage of minority members as the school enrollment.

Rather than appealing such issues on the percentage of minority teachers on staff, the district ought to do its best to reach the court-ordered goal of 13.5 percent, she said.

"You give it your best," she said. "Then if you can't reach it, you present supporting data showing that you gave it 100 percent in trying to recruit. Who can fight that? I'd be willing to take my chances."

Bell said she is most discouraged because few of the issues being appealed by the board deal with education: "It's all distracting, for the teachers and administration, and the clock is ticking. Will our sophomores really get what they need their last two years of high school?"

Meanwhile, the order remains intact unless a judge grants requests for stays. That, too, is confusing, Bell said. "It's an extremely unsettling time, and these kind of uncertainties just make matters worse," she said.

On the other extreme, some board members believe the entire order should be appealed, not just selected parts. Bill Neblock said the community deserves a judicial review of the remedy because some of it seems contradictory to recent U.S. Supreme Court rulings.

Board President Judy Pious said members chose topics they believed were important and winnable, based on the advice of attorneys. "We're very conscious that this will cost money," she said. "These seven areas stood out as areas that would impede our ability to reach unitary status."

Unitary status means the district has fulfilled the remedy and is no longer under court supervision.

The board decided during closed session Tuesday on the issues to appeal. Six members were at the three-hour meeting; Jim Wigner went home early because of illness.

## Still in question

These are some of the remedy issues being challenged in the district federal court here or on their way to the appeals court in Chicago:

**District issues**

■ Who's in control: Board says master has too much power.

■ Finances: Court put $25 million cap on annual desegregation operating budget, but board says it should be based on needs and not be that high.

■ Within-school integration: Board says mandates for racial balance in classroom are too inflexible for school operation.

■ Achievement: Court picked an "arbitrary" goal in saying minority-majority academic gap should be cut by half, board said.

■ Discipline: Court order for racial "parity" in discipline is impossible goal, board says.

■ Faculty: Order for 13.5 percent minority teachers does not reflect number available in area labor pool, board says.

■ Cheerleaders: Board says these squads should have same racial balance as other extracurricular activities, not higher standard.

**Union issues**

■ Union says court cannot order "race conscious" hiring and placement procedures that break contract provisions on seniority.

■ Eugene Eubanks is not unbiased and should be fired as master, union says.

■ Union says Eubanks no longer needs the lawyer who represented his view during remedy trial; that lawyer should be dismissed. (District has joined union in this request).

**Plaintiff issues**

■ Court should order early childhood education for 4-year-olds as part of remedy.

■ West should be comprehensive high school for at least 1,000 students.

■ Montessori school should be in former St. Patrick's, and Haight School should be made into personalized education magnet (PEM) school.

■ Faculty should be at least 20 percent minority, not 13.5 percent, and that should be accomplished in five years. Order should specify percentage of black and percentage of Hispanic teachers to be hired.

**In appellate court**

■ District is challenging fees charged by plaintiff attorney Bob Howard and his firm.

■ Rockford lawyer Mike O'Brien is challenging local court denial of tax protests on the desegregation "court tort" tax, saying it's unconstitutional under state law.

## What's next

■ U.S. District Court hearing begins at 9 a.m. Friday on site for Montessori magnet school. District wants it in Haight School; master and plaintiffs want it in former St. Patrick School. Judge may rule that day.

■ Attorneys will continue filing requests for stays and appeals. The district court here is expected to rule on all motions this summer.

■ Some issues then go to appeals court in Chicago, where ruling may not come for 18 to 24 months.

■ After that, appeals could be made to the U.S. Supreme Court.

# Deseg appeals to keep courts busy

▷ Continued from Page 1A

in Chicago. They will not repeat the trial here or hear evidence on the issues. Instead, attorneys will argue that Mahoney wrongly decided the case based on law or the evidence he had.

When the appellate process ends, some issues could be further appealed to the U.S. Supreme Court, ing appeals," Quinlan said. The main issues include racial quotas for cheerleading, authority of the master and the need to prove achievement gains by minority students.

Katz has often said the state and national teachers union are fully behind the local union's defense of its contract and will back an appeal to the Supreme Court, gated as part of the process. The number of cases that reached the U.S. Supreme Court over the period of the last several years is testament to that."

Plaintiff attorney Bob Howard said he is disappointed but not surprised by the appeals. He blames most of it on the school district.

"The amount of litigation is largely within control of the defen-

# 'No doubt they'll do what's right'

■ **New panel:** The commission-designates say they'll be objective and unbiased when considering disciplinary action against Police Chief William Fitzpatrick.

By SCOTT WILLIAMS
The Register Star

ROCKFORD — Police Chief William Fitzpatrick's career could rest in the hands of a social worker, a manufacturing executive and an administrator for a nonprofit group.

The three were selected Friday as city police commissioners who will decide whether to investigate Fitzpatrick's conduct behind the scenes of the disciplinary case against Lt. Joseph Rinaldo.

In announcing his commission choices, Mayor Charles Box expressed confidence that they will take disciplinary action against Fitzpatrick if warranted.

"There's no doubt in my mind that they'll do what's right," he said.

Box asked the three previous commissioners to resign June 7 after conflict-of-interest questions arose in the Rinaldo matter.

The mayor will ask City Council members Monday to confirm:

■ Forest Price, a social worker who has served on the Winnebago County Board of Health.

■ David Lindsay, a vice president at manufacturer CLARCOR Inc.

■ Mariel Heinke, administrator of the nonprofit Rockford Area Lutheran Ministries.

Charles Box

Box said he selected them from among 25 candidates and was particularly pleased to have Price, a black, and Heinke, a woman.

"I wanted a good mix," Box said.

The mayor also warned each nominee that they probably would have to investigate the police chief.

Rinaldo's lawyers accused Fitzpatrick three weeks ago of having improper private discussions with a commissioner about the embattled lieutenant. The lawyers claimed to have a tape recording of one such conversation.

Fitzpatrick announced Thursday that, although he plans to retire next year, he will defend himself against accusations of misconduct. If implicated, the 25-year police veteran could be fired before his retirement takes effect July 10, 1997.

Two nominees to the Board of Fire and Police Commissioners say they will jump into the fracas objectively and will decide whether to investigate Fitzpatrick based on fair consideration of the evidence.

"It's a big responsibility," Heinke said. "And it calls for objectivity and fairness and straightforwardness."

Lindsay said he has tackled similar controversies in some private groups in which he's been involved.

"I come to it with a completely unbiased perspective," he said.

Price was out of town Friday and could not be reached for comment.

Mariel Heinke and David Lindsay are two of the mayor's choices for the Police and Fire Commission. The third, Forest Price, was out of town Friday and unavailable to have his photo taken.

## What's next

■ U.S. Judge Philip Reinhard said he would rule at 10 a.m. Wednesday on whether to allow disclosure of the tape.

■ Mayor Charles Box will ask city council members Monday to confirm his nominees for the Fire and Police Commission. As members of that board, the social worker, manufacturing executive and nonprofit administrator might have to investigate Police Chief William Fitzpatrick.

## The mayor's choices

A look at Mayor Charles Box's nominees for the Board of Fire and Police Commissioners. The commission pays $2,000 a year. Each commissioner serves three years.

**Forest Price**

**Age:** unknown

**Address:** 5800 block of Millstone Road

**Occupation:** Clinical social worker

**Employer:** Glenwood Center, 2823 Glenwood Ave.

**Background:** Winnebago County Board of Health; Rockford Memorial Hospital board

**David Lindsay**

**Age:** 40

**Address:** 2100 block of Oaklawn Avenue

**Occupation:** Vice president and chief administrative officer

**Employer:** CLARCOR Inc., 2323 S. Sixth St.

**Background:** Employers Coalition on Health; Goodwill Industries of Northern Illinois

**Mariel Heinke**

**Age:** 51

**Address:** 2200 block of Oxford Street

**Occupation:** Nonprofit administrator

**Employer:** Rockford Area Lutheran Ministries

**Background:** Greater Rockford Clergy Association; Blueprint for Rockford's Future

## Chronology

**Dec. 11:** Lt. Joseph Rinaldo and his hunting partner, Winnebago County Sheriff Don Gasparini, are charged in Ogle County with hunting on private property and failure to tag deer.

**Dec. 20:** Gasparini pleads guilty to the misdemeanor charges and pays $1,000 in fines.

**Dec. 22:** Rinaldo pleads not guilty and is suspended with pay.

**April 15:** Police Chief William Fitzpatrick accuses Rinaldo of lying and trying to use his position to influence the deer-hunting investigation.

**June 2:** At a police commission hearing, Rinaldo lawyers accuse Fitzpatrick of improperly discussing the case with commissioner David Peterson in a taped cellular phone conversation.

**June 7:** Mayor Charles Box asks the three commissioners to resign for the sake of impartiality in the Rinaldo case.

**June 14:** Box says he will ask the new commission to investigate Fitzpatrick's conduct in the Rinaldo case.

**June 20:** Fitzpatrick says he will retire in July 1997.

**June 21:** Box announces his three appointees to the Fire and Police Commission; attorneys for Peterson file an emergency motion asking a federal judge to bar disclosure of the tape.

9/17/2020 Mail - Barbara Andersen - Outlook

Northern

**Rockford Register Star**

A Gannett Newspaper © 1996 Rockford Newspapers Inc Rockford, Illinois Thursday, June 27, 1996 40 cents in stores/50 cents in coin racks

# Judge: Taping of call may be crime

**■ Privacy issue: Judge Philip Reinhard extends a restraining order against disclosure of an alleged cellular phone conversation about Lt. Joseph Rinaldo's case.**

By [illegible]
The Register Star

ROCKFORD — A federal judge said Wednesday attorney Dan Cain may have hired someone to illegally tape a conversation between Rockford's police chief and a fire and police commissioner.

Judge Philip G. Reinhard extended a temporary restraining order Wednesday barring any disclosure about the cellular phone conversation until July 8, when he will consider a permanent order.

Cain has said the person who made the recording came across the conversation accidentally, but Reinhard said the evidence appears otherwise.

"The recording lasts several minutes, indicating something more than an accidental hearing. It may have been intentionally intercepted," Reinhard said. "Cain may have hired this person to do the initial eavesdropping."

Cain declined comment after the hearing.

Reinhard said the person who taped the conversation may have committed a crime, and he said disclosure of the tape's contents would violate federal privacy laws.

Rockford-based Assistant U.S. Attorney Keith Syfert, whose office normally would direct investigations of federal law violations, would not say whether a criminal investigation is under way.

The tape allegedly is a conversation between Police Chief William Fitzpatrick and former commissioner David Peterson concerning Fitzpatrick's departmental charges accusing police Lt. Joseph Rinaldo of lying and trying to influence the investigation of deer-poaching charges against him in Ogle County.

Peterson sued Cain in federal court to suppress the tape.

The only possible way the tape could be admitted into court, Reinhard said, would be to impeach Fitzpatrick's testimony in commission hearings on the Rinaldo case or if misconduct charges are pursued against the chief himself.

Reinhard said other federal court rulings have been inconsistent as to whether a phone conversation, even if taped illegally, could be used to dispute testimony. A hearing likely will be scheduled next month on that issue.

Fitzpatrick denied having the conversation before Cain and his associate, Deron Benson, tried to used the tape as evidence that he improperly sought to influence Peterson in the Rinaldo case. Peterson recused himself after the tape came up at the June 1 commission hearing.

Although none of the tape has been publicly aired, its existence has caused turmoil in city politics.

The tape resulted in Mayor Charles Box calling for resignations of all three fire and police commissioners, including Peterson. The mayor has named new commissioners to handle the investigations. Fitzpatrick announced last week that he will retire in 1997.

The tape also figured in a

Please see Judge, 4A ▷

■ Peterson's complaint
■ Chronology of the case
Both on 4A

4A FROM PAGE 1A Rockford Register Star, Thursday, June 27, 1996

# Judge: Taping of call may be crime

▷ Continued from Page 1A

threatened civil rights suit against the city of Rockford.

Attorney Thomas A. Bueschel, who is working with Cain, appeared Wednesday in court. He knows of the tape and how it was obtained, Reinhard said.

Bueschel presented a "discussion draft" of a civil rights lawsuit on behalf of Rinaldo to the city of Rockford earlier this month, according to the court complaint filed by Peterson.

William Fitzpatrick

The "discussion draft" contains allegations about the taped phone call between Peterson and Fitzpatrick, and Bueschel attempted to use the conversations as leverage in his suit, the court documents say.

Although Bueschel is one of Rinaldo's attorneys, he had attorney Robert Calgaro representing him in court Tuesday. Both declined comment.

Reinhard ordered both sides not to talk about the contents of the tape. "The contents would harm the plaintiff (Peterson) and invade his privacy," Reinhard said. "The potential harm to (Peterson) is serious, substantial and irreparable."

During argument before the judge, Cain said the tape proves Peterson "comes before this court with the dirtiest possible of hands."

"Had we not used the tape to impeach Fitzpatrick," Cain said, "Mr. Rinaldo would be out of a job."

Dan Cain

At the June 1 police commission hearing, Cain said the person who made the tape is a pilot who makes trips to Canada and Alaska, and accidentally heard the phone conversation through use of a common police scanner. The person then taped the conversation.

Cain said the pilot was on a business trip to Canada or Alaska on June 1, and couldn't testify before the commission.

The pilot hasn't been identified.

A complaint filed by Peterson's attorney says the person hired by Cain "may also have been used to obtain information for other clients of Cain." It also says the person "monitored the cellular conversations of Peterson and Fitzpatrick for a period of time."

Peterson filed the motion asking for disclosure of the tape to be barred as invasion of his privacy.

### The complaint

In his federal court petition for a restraining order, former Fire and Police Commission member David Peterson contends that:

■ Attorneys Dan Cain and his associate Deron Benson "procured the services of an unidentified agent to wiretap and record the cellular phone conversations of Peterson for use by (Lt. Joseph) Rinaldo at the disciplinary hearing."

■ "This agent monitored the cellular telephone conversations of Peterson and (Police Chief William) Fitzpatrick for a period of time."

■ "The cellular telephone conversations also may have been used to obtain information for other clients of Cain and Benson."

■ "The agent ... may have intentionally intercepted and endeavored to intercept the telephone conversations of Peterson with other persons."

■ "Defendants Cain and Benson intentionally used or endeavored to use the contents of the cellular telephone communication with knowledge that the information was obtained through the interception of a wire or oral communication in violation" of federal law.

*Source: Federal court documents*

### Chronology

**Dec. 11:** Lt. Joseph Rinaldo and his hunting partner, Winnebago County Sheriff Don Gasparini, are charged in Ogle County with hunting on private property and failure to tag deer.

**Dec. 20:** Gasparini pleads guilty to the misdemeanor charge and pays $1,000 fine.

**Dec. 22:** Rinaldo pleads not guilty and is suspended with pay.

**April 18:** Police Chief William Fitzpatrick files departmental charges accusing Rinaldo of lying and trying to use his position to influence the deer-hunting investigation.

**June 1:** At a Fire and Police Commission hearing, Rinaldo lawyers accuse Fitzpatrick of improperly discussing the case with commissioner David Peterson in a taped cellular phone conversation.

**June 7:** Mayor Charles Box asks the three commissioners to resign for the sake of impartiality in the Rinaldo case.

**June 14:** Box says he will ask the new commission to investigate Fitzpatrick's conduct in the Rinaldo case.

**June 20:** Fitzpatrick says he will retire in July 1997.

**June 21:** Box announces his three appointees to the Fire and Police Commission; attorneys for Peterson file an emergency motion asking a federal judge to bar disclosure of the tape.

**June 26:** Federal judge Philip Reinhard extends order to bar disclosure of the tape to July 8, and says he believes Cain may have hired someone to make the tape.

FULL WEATHER REPORT
every day on Page 2A.

https://outlook.office.com/mail/search/id/AAQkADA0MGE3ZjRlLTI0ZTctNDEwYi04OWY4LTE1MDZjZDY3NDQxOAAQAEbtqFUk0EJJocQXWj7VaD8%3D 13/16

LOCAL/MIDWEST Rockford Register Star, Tuesday, July 2, 1996 5A

# Council approves mayor's nominees

By SCOTT WILLIAMS
The Register Star

ROCKFORD — Mayor Charles Box won unanimous approval Monday for his police and fire commission appointments.

After meeting the three appointees face to face, city council members voted 13-0 to confirm the mayor's choices of Forest Price, David Lindsay and Mariel Heinke.

All three were at City Hall to mingle with aldermen before the vote.

Box applauded current and past members of the Board of Fire and Police Commissioners for diligent work on personnel matters in the fire and police departments.

Referring to his new commissioners, he said, "I'm sure these three individuals will carry on that tradition."

Awaiting the commissioners are an ongoing investigation of police Lt. Joseph Rinaldo and a possible related investigation of Chief William Fitzpatrick.

Rinaldo is accused of interfering with an investigation of deer-poaching allegations against him.

The lieutenant's lawyers have accused Fitzpatrick of improperly discussing the Rinaldo case with a previous police commissioner — and then denying doing so under oath.

Fitzpatrick expressed confidence Monday that he could get a fair hearing by the new commission. But, he added: "Don't get ahead of yourself."

The new commission could initiate an investigation into Fitzpatrick.

Box has publicly called for an investigation to remove a "cloud" he sees over the police chief.

But former police commissioner David Peterson is asking a federal judge to suppress a tape recording that purportedly contains a conversation between him and Fitzpatrick. The judge is expected to rule within two weeks.

Peterson and the other commissioners resigned June 7 at the mayor's request because of the alleged phone conversation and other potential conflicts in the Rinaldo matter.

The three new appointees all are City Hall newcomers.

All have expressed an eagerness to tackle whatever issues await them on the commission.

After their confirmation by the city council, the new commissioners said they expect to begin meeting within a couple of weeks.

Price said he looks forward to getting the Rinaldo-Fitzpatrick issue sorted out.

"That will get resolved," he said, "and then we'll move on."

Rockford firefighters work to control a blaze Monday morning that destroyed a garage in the 1800 block of 17th Avenue.

# Garage fire investigated

The Register Star

ROCKFORD — An early morning fire Monday devoured a four-car garage and its contents at 1801-1803 17th Ave. Two neighboring businesses also were damaged from exposure to the blaze.

Rockford Fire Department officials consider the fire suspicious.

"There were no accidental ignition sources in the area of origin," said fire department arson investigator Greg Castronovo.

The fire was reported at 4:11 a.m. and was fully involved when firefighters arrived.

Flames destroyed three cars and a motorcycle.

The heat from the fire damaged the Rusty Nail saloon, 1804 18th Ave., and a neighboring heating and air-conditioning supply warehouse.

No injuries were reported.

Officials estimated $20,000 damage to the garage, $5,000 in damage to the Rusty Nail, and $1,000 damage to the warehouse.

It was the second fire within the past year at the garage, Castronovo said.

The cause of the fire is still under investigation.

# Permit OK'd for retirement home

■ In Rockton: The 61-unit assisted-living facility is OK'd after a deal is reached with opponents living in the nearby Woodlands subdivison.

By JOHN WOODS
The Register Star

ROCKTON — The village board approved a special-use permit Monday to allow Highview Retirement Home to build a 50,000-square-foot facility south of an airstrip that was part of the former Wagon Wheel resort.

Approval was linked to a compromise proposed by village President William Vedra and agreed to by developer Jim Hall and the board.

Residents in the adjacent Woodlands subdivision have opposed the development, saying roads carrying commercial traffic would endanger children and harm property values.

Under the compromise, Hall agreed to extend Williamson Parkway in the Woodlands to Old Wagon Wheel Road. He also will provide curbs and gutters on Falcon Point Road and provide a turnaround at the end of Colebrook Place to further limit access.

A construction access road will be built as soon as it is approved by the state.

Highview in the Woodlands would be a 61-unit assisted-living facility, with 36 retirement units and 25 units for Alzheimer's patients.

The $4.5 million center, projected for completion in July 1997, would not have facilities for people needing 24-hour medical care.

"In general, we're not against the home," said Matt Collins of the 110 block of Holford Place, "as long as they stay within their plat designs. The issue is the commercial highway."

Collins told the board that a master plan developed for the Woodlands six years ago assumed access to commercial property from Illinois 2 and that there would be no access to commercial properties via residential streets.

| Item | Unit | Price |
|---|---|---|
| ROMAINE HEARTS | 3 FOR | 69¢ |
| ICEBERG LETTUCE | HEAD | 44¢ |
| VINE RIPENED TOMATOES | | 79¢ LB |
| BROCCOLI | BUNCH | 33¢ |
| CAULIFLOWER | HEAD | 39¢ |
| CABBAGE | 2 FOR | 99¢ |
| GREEN BEANS | | 79¢ LB |
| BI-COLOR SWEET CORN | 4 FOR | $1.39 |

APPLE JACK CHEESE $2.10 LB

LOCAL ROUNDUP

Man, 25, hospitalized

Two tie for title

# Clinton to attend Durbin fund-raiser in Chicago today

■ 'One big knockout': The congressional candidate is gathering cash to pay for ads that will start appearing after Labor Day.

The Associated Press

WASHINGTON — President Clinton plans to help raise buckets of bucks at a Chicago fund-raiser today for Democrat Dick Durbin that promises to be the biggest of his Senate campaign.

Durbin aides expect 750 or more well-heeled donors to attend, though the campaign is playing down dollar predictions.

Durbin's opponent, GOP nominee Al Salvi, is just completing his finance team for what his acting campaign director calls a "guerrilla operation" approach to soliciting money for an underdog candidate.

The campaigns probably will not switch into high gear until after Labor Day — when television and radio ads should start to get voters thinking more about the November election to succeed retiring Sen. Paul Simon, D-Ill.

Until then, Durbin, a congressman from Springfield, and Salvi, a state representative from Mundelein, will work the phones and reception rooms in Washington and Illinois — as well as back yards from Rockford to Carbondale — in search of greenbacks.

New reports to be filed by July 15 with the Federal Election Commission will detail how well the campaigns have done at raising cash through the end of June.

In the most recent reports, covering campaign finances through March, Durbin had about $59,000 cash on hand and $36,000 in red ink. Salvi had $76,000 in the bank and debts of just above $1 million — all of it personal money and interest.

Salvi, a lawyer who poured $1.2 million of his own money into his primary upset of Lt. Gov. Bob Kustra in March, has said he cannot afford to bankroll his general election campaign.

The Durbin camp is looking at spending $6 million to $7 million on the race, among the most closely watched in the nation. Salvi is budgeting $3 million to $4 million, acting campaign director Brian Christianson said.

"Salvi's campaign clearly is the underdog in this thing and we're treating Dick Durbin as the incumbent U.S. senator," Christianson said.

"I don't think we'll ever have that one big knockout. That's the advantage that Durbin has with having Bill Clinton in the White House."

But Durbin's campaign spokesman, Terry Stephan, said: "I don't think anyone thinks that we're going to significantly outraise him."

She would not say how much money the campaign expected to have on hand through June. Salvi's goal was $250,000 to $300,000, Christianson said.

"The Salvi campaign is going to be a guerrilla operation," scheduling visits by senators and seeking to tap the political networks of Gov. Jim Edgar and others, Christianson said.

Salvi has reorganized his staff since the primary, recently hiring a campaign finance team led by Dana Grigoroff, who directed fund-raising for GOP Senate nominee Rich Williamson in 1992.

TONIGHT AT 9:00 PM

Remembering Rockford

A look back at your hometown!

Brought to you in part

CLARCOR
ROCKFORD TOOLCRAFT, INC.
HYDRO-LINE
DARSCLOUD

# Rockford Register Star

A Gannett Newspaper © 1996 Rockford Newspapers Inc. Rockford, Illinois Tuesday, Aug. 20, 1996 40 cents in stores/50 cents in coin racks

## Hollonbeck takes silver

Scot Hollonbeck competes in a race earlier this year.

**■ In 800-meter race: The Rochelle native will compete in two more Paralympics events this week.**

Gannett News Service

ATLANTA — Rochelle native Scot Hollonbeck added to his collection of Paralympic medals Monday, picking up a silver in the 800 meters.

The star wheelchair athlete posted a time of 1:38.43, second only to Jeffrey Adams' Paralympic record of 1:38.34. Adams is from Canada.

Mustapha Badid of France took the bronze in 1:38.65. The world record is 1:36.81, set by Franz Nietlispach of Switzerland.

Hollonbeck qualified for the 800 finals over the weekend. He won his preliminary heat Saturday, and came back to win his semifinal heat on Sunday. He broke his own Paralympic record Sunday with a time of 1:39.66, but it was short-lived.

Adams won the other semifinal heat, snapping Hollonbeck's 4-minute-old mark with a time of 1:39.40.

Hollonbeck is scheduled to compete in three more events this week: the 1,500, with preliminaries at 9 a.m. today and the final on Thursday; the 5,000, with prelims at 9 a.m. Thursday and finals on Saturday; and the marathon on Sunday morning.

Hollonbeck won a silver medal in the 1,500-meter exhibition race in this year's Olympics.

Hollonbeck also won two golds — world records in the 800 meters and the 4x400 relay — and a silver in the 1992 Paralympic Games in Barcelona. He is the national record-holder in the 800m and 1,500m.

Running 10 days through Aug. 25, the Paralympics include 17 medal sports, 14 of which are the same as the Olympics, with two demonstration sports. There are 3,500 physically challenged athletes from 120 countries competing.

Hollonbeck is in world-class company at these Games.

Sprinter Tony Volpentest broke his world record in the 100 meters, wheelchair racer Jean Driscoll set a women's 10,000-meter world record Sunday and volleyball players on prosthetic legs are spiking as adeptly as Olympians.

Donovan Bailey won the 100 meters in a world-record 9.84 seconds in the Olympic Games Atlanta.

Volpentest's mark Monday of 11.36 is less than two seconds behind.

These performances at the 1996 Paralympics are the cutting edge of a blending of technology and human ability.

## Phantom Regiment back home

Photos by Bill Love/The Register Star

Family and friends greet the Phantom Regiment Drum & Bugle Corps as they arrive Monday evening at the Greenlee Textron plant from the DCI World Championships in Orlando, Fla.

Glenda Woodward greets her daughter, Angela, 16, a first-year member of the Regiment's color guard.

## Corps is No. 1 in Rockford, too

By SCOTT WILLIAMS
The Register Star

ROCKFORD — After a quarter-century of practice and competition, the Phantom Regiment Drum & Bugle Corps went back to basics.

The corps concentrated less this season on developing a winning performance and more on understanding the music behind the routine.

The shift in philosophy was credited Monday with the Regiment's first world title, as dozens of supporters welcomed home Rockford's newest champions.

"I really can't believe we did ...

**The Regiment**

**Founded:** 1956
**Headquarters:** Rockford
**Membership:** 128
**Cost per member:** $1,000 a year
**Season:** June to August
**Support:** For information about becoming a booster, call 874-8751

...ished second four times over the years, most recently in 1989.

Executive Director David St. Angel said the difference this year was the group's exhaustive ...

## 2 killed in plane crash near DeKalb

The Register Star

HINCKLEY — Two people were killed Monday when their single-engine plane spiraled into a cornfield as it was about to land at the Hinckley airport, Sheriff Roger Scott said.

The Bellanca Citabria aircraft had taken off from the Hinckley airport and was about 500 feet in the air when it began spiraling. A wing came off at about 150 feet, witnesses told investigators.

A 43-year-old student pilot from Chicago was at the controls. Also on board was an instructor, Kevin Moore, 22, of Plainfield. The student's name was withheld until family members could be notified.

Investigators from the Federal Aviation Administration and the National Transportation Safety Board were on the scene, Scott said.

Hinckley was the site of a Sept. 7, 1992, plane crash that killed 12 people. They were aboard a B-18 Beechcraft flying from the Hinckley Parachute Center.

The twin-engine craft crashed in a soybean field about two miles north of Hinckley, which is 46 miles southeast of Rockford and 10 miles south of DeKalb.

## Suspended Rockford cop agrees to 28 days off

The Register Star

ROCKFORD — Police Lt. Joseph Rinaldo, facing departmental misconduct charges stemming from the investigation of a deer-poaching incident in Ogle County, agreed to a 28-day suspension in a settlement offer presented Monday night to the Rockford Board of Fire and Police Commissioners.

The commission went behind closed doors to consider the plea bargain and emerged after 2½ hours to accept the settlement.

It was unclear whether the settlement would resolve questions about Police Chief William Fitzpatrick's conduct in connection with a discussion of the case with a former police commissioner. Rinaldo's attorney's sought to admit a recording of a cellular phone conversation between the chief and the commissioner, but a federal court injunction barred disclosure of the tape.

Under the deal presented to the three-member commission, Rinaldo would return to full active duty after the suspension. He would admit to some, but not all, of the allegations brought against him in an internal investigation.

He was accused of lying and trying to use his position to influence the investigation of the deer poaching; he faces a pending charge in Ogle County in the incident.

Metro Editor: Belinda Stewart
(815) 987-1350
Rockford Register Star
Wednesday, Aug. 21, 1996

LOCAL

# Rinaldo deal: Guilty plea, $1,000 fine

**Plea bargain:** The police lieutenant's agreement is similar to the one Sheriff Don Gasparini received.

By SCOTT WILLIAMS
Register Star

OREGON — Rockford Police Lt. Joseph Rinaldo pleaded guilty to misdemeanor charges Tuesday in a deal that closes the books on a controversial hunting trip eight months ago.

One day after settling related on-the-job disciplinary proceedings, Rinaldo accepted a plea bargain that Ogle County prosecutors say they offered several months ago.

The police lieutenant pleaded guilty and was fined $1,000 on two counts of failing to tag a deer carcass. In exchange, prosecutors dropped three other counts, including hunting on private property without permission.

A similar deal was struck last December by Rinaldo's hunting partner, Winnebago County Sheriff Don Gasparini.

Either defendant could have been sentenced to six months in jail for each misdemeanor offense.

Rinaldo, who was suspended with pay from the police department for eight months, would not say Tuesday how long ago Ogle County prosecutors had offered him the plea bargain.

"I believe this is the right timing," he said at the Ogle County Courthouse. "The truth did surface, and I don't have any problem with that."

Gasparini pleaded guilty and was fined $1,000 on one count of failing to tag a deer carcass and one count of hunting on private property without permission.

Rinaldo said he still believes the two men had permission to go hunting last December on a private wooded area north of Byron.

Ogle County State's Attorney Doug Floski said he offered Rinaldo the plea bargain shortly after Gasparini pleaded guilty. He said Rinaldo's attorneys called Tuesday morning to see whether the plea bargain was still available.

The lieutenant pleaded guilty shortly after 1 p.m. before 15th Circuit Judge Stephen Pemberton.

Rinaldo later complimented Floski's handling of the case.

"The charges were fair, his dealing with me was fair throughout this ordeal," he said.

On Monday, the Board of Fire and Police Commissioners approved a 28-day suspension without pay for Rinaldo for the hunting trip. The suspension, scheduled to start Monday, will cost Rinaldo about $5,000 of his $60,000-a-year salary.

He collected $40,000 during the earlier suspension with pay.

Gasparini, an elected official immune from disciplinary action, donated about one week's pay to the Rockford Boys Club as a symbolic measure after pleading guilty.

Still unanswered are questions surrounding Rockford Police Chief William Fitzpatrick's conduct in the Rinaldo disciplinary case — questions far removed from the hunting trip. Fitzpatrick plans to meet with the Board of Fire and Police Commissioners to counter allegations that he improperly discussed the case with a commissioner.

### Chronology

**Dec. 11:** Rockford Police Lt. Joseph Rinaldo and his hunting partner, Winnebago County Sheriff Don Gasparini, are charged in Ogle County with hunting on private property and failure to tag deer.

**Dec. 20:** Gasparini pleads guilty to the misdemeanor charges and pays $1,000 in fines.

**April 15:** Police Chief William Fitzpatrick accuses Rinaldo of lying and trying to use his position to influence the deer-hunting investigation.

**Aug. 19:** Rinaldo admits lesser charges and is suspended 28 days without pay in departmental disciplinary case.

**Aug. 20:** Rinaldo pleads guilty in plea bargain on hunting violations and is fined $1,000.