

 All calls (88)   Flagged (0)   Blocked (14)

**Today**

 270.697.8730  Kentucky — 08:55 AM  Manually Blocked

 Joe  Mobile — 08:50 AM  Manually Blocked

 Joe  Mobile — 08:50 AM  Manually Blocked

 Joe  Mobile — 08:48 AM  Manually Blocked

 270.697.8730  Kentucky — 08:02 AM  Manually Blocked

 270.697.8730  Kentucky — 08:02 AM  Manually Blocked


Exhibit B

 Joe  Mobile — 08:01 AM  Manually Blocked

  



 Joe
Mobile

08:01 AM
Manually Blocked

### Friday

 Spam Risk
259.588.4296

11:16 AM
Auto-blocked

### Last month

 270.697.8730
Kentucky

05/27/2020
Manually Blocked

 270.697.8730
Kentucky

05/27/2020
Manually Blocked

 Joe
Mobile

05/27/2020
Manually Blocked

Joe
Mobile

05/27/2020
Manually Blocked

Joe
Mobile

05/27/2020
Manually Blocked

Call log displays history for last 30 days.