2:29 📧 📧 📧 ...

‹   **Joe**
    +17792067680          📞   🔍   ⋮

Saturday, June 6, 2020

**What is going on?**

11:12 PM

Sunday, June 7, 2020

I will be in santa fe today. I suggest you be there.

First I am making a stop.

6:53 AM

J   Oh my good-ness!!!! Santa fe is 12 hours away from where I'm at

7:04 AM

Exhibit C

Who hacked and followed me? I am





2:29

**Joe**
+17792067680

Who hacked and
followed me? I am
at State police.

7:06 AM

Not me   7:06 AM

I will also be going
to the media and fil-
ing suit if not turned
over voluntarily.

7:10 AM

You want to sue
me?                    7:10 AM

Whoever hacked
and followed me.

Hacking is a crime
fyi

7:11 AM



Case 1:20-cv-00553-JFR    Document 1    Filed 06/08/20    Page 12 of 39

2:29 🔺 ✉ ⤓ ⋯

‹    **Joe**
     +17792067680                    📞  🔍  ⋮

(J)  Okay good luck
     with that!!! I
     don't think that
     you understand
     how many open
     hacking cases are
     out there
                              7:13 AM

(J)  In order to sue me,
     you would have to
     find out my real
     name!!!

     Good luck!!!!! 🤣🤣
     🤣🤣🤣🤣
                              7:16 AM

Yes that is where
the police and judge
come into play. You ⌄

2:29

## Joe
+17792067680

> Yes that is where the police and judge come into play. You will never be able to sell it.

7:16 AM

> And you will go to jail to boot.

7:17 AM

**Who said anything about selling**

7:17 AM

> And I'm good friends with one of the best forensic experts

7:17 AM



7:18 AM

2:29

**< Joe**
+17792067680

What are you going to do put it under your bed? Lol.

7:18 AM

What is so funny? How are you going to explain yourself to the media?

7:19 AM

You can't even find me lol

You're a funny lady   7:20 AM

Should I go through every case that you've lost?

7:37 AM



‹  **Joe**
   +17792067680

  **??????**  7:59 AM

Charges are being brought for harassment by state.they Ee getting video footage and emails to Forrest now.I was told to direct you to cease contacting me. I will further pursue with fbi for criminal hacking charges and begin civil litigation/media. Please cease contacting me unless you wish to go un



📑 View all

2:29

## Me
8:02 AM, Jun 7

Charges are being brought for harassment by state.they Ee getting video footage and emails to Forrest now.I was told to direct you to cease contacting me. I will further pursue with fbi for criminal hacking charges and begin civil litigation/media. Please cease contacting me unless you wish to go undo your wrong.



Copy text                    Share

< Joe
+17792067680



J    8:06 AM

J  **You are not a good liar!!! Work on it!! You haven't convinced me!!!**  8:07 AM

8:09 AM  **You have been advised to stop.**

J  **Oh my good-ness!!!! You have been advised to stop being a retarded fucknut, but that will never happen!!!**   8:1

2:30

**‹ Joe**
+17792067680

**J** Like I had said good luck finding me

I'm in Mexico right now

8:11 AM

**J** The US government has zero jurisdiction in Mexico

8:12 AM

The tro suit will stop you from selling.

8:12 AM

**J** You can't sue someone who you can't serve papers too

8:12 AM


I'm on my way to

 

2:30

< **Joe**
+17792067680

I'm on my way to see Forrest and media/feds. Please stop texting me.

8:12 AM

I can stop any auction house.

8:13 AM

**J** Talk to whomever you want

8:13 AM

Sounds good. Now stop texting me.

8:13 AM

**J** Nope  8:14 AM

**J** You're not really good at technology.

Do your homework

2:30

< **Joe**
+17792067680

You're not really good at technology.

Do your homework at least before telling me some bullshit

8:16 AM

What are you talking about?

I just called the feds.

8:17 AM

Call whomever you want

You're not scaring me

8:18 AM

You are a shitty lawyer, I can tell

Case 1:20-cv-00553-JFR   Document 1   Filed 06/08/20   Page 21 of 39



2:30

< Joe
+17792067680

You are a shitty lawyer, I can tell now!!!

8:19 AM

You can't convince me, how do you plan on convincing a judge/jury

8:22 AM

This was documented and filmed for years. It is very easy actually.

8:23 AM

Uh huh

8:23 AM

Just like you had done with Zillow





2:30

< **Joe**
  +17792067680

Or your exhusband
for that matter

8:24 AM

**J**  Btw, Michael Haas
     sends his regards



8:25 AM

You must be a very
young person to not
stop when you have
been told to stop.

8:25 AM

**J**  Age has nothing to
     do with this

Because I know
that there's
nothing that you
can do

8:2?...

2:30

< **Joe**
+17792067680

> So you are from Chicago and know Michael Haas?

8:27 AM

**J**  I know of him

I know every battle that you've lost

8:28 AM

> So you basically hacked me so you could become famous and rich. Do you have receipts for the books or emails of your solve?

8:29 AM

**J**  Don't worry about what I have



8:30 AM

    

 

2:30

< **Joe**
+17792067680

**J** Don't worry about
what I have

8:30 AM

You have absolutely
nothing. I was there
for three years. You
have to solve the
puzzle twice to get
to where it was.

8:30 AM

**J** I've solved
everything

Don't worry    8:31 AM

Yeah sure. It was
filmed.

8:31 AM

**J** This is so much
fun









|||          ◯          <

2:30

< **Joe**
+17792067680

J This is so much fun
8:32 AM

J 
8:37 AM

J Would you like Michael's address?
8:42 AM

J Are you getting up-set now? 😂😂😂 😂😂😂😂😂😂
8:47 AM

J 😂😂😂😂😂😂😂
8:50 AM

J Hello pussycat

2:30

**‹ Joe**
+17792067680

**J** Hello pussycat

Meow

Meow  8:58 AM

**J** Where did you go lady?  9:03 AM

I've told you to stop contacting me. I'm going to file the tro suit today against you and forrest

10:27 AM

**J** Lmaooooo  10:32 AM

**J** 

Who are you



2:30

< **Joe**
+17792067680

📞   🔍   ⋮

Who are you going to file suit against if you don't know my name?

10:33 AM

J  Dumb bitch 🤣🤣🤣 🤣🤣🤣

Good luck!!!!!

10:45 AM

J  I'm not going to lose any sleep over your dumb ass

10:46 AM



All of this is going to Santa Fe newspaper for starts

10:55 AM

Case 1:20-cv-00553-JFR   Document 1   Filed 06/08/20   Page 28 of 39



**Joe**
+17792067680

J  **Ok.......**  10:55 AM

J  **Whatever makes you feel better!!!!** 🤣🤣🤣🤣🤣🤣🤣  10:56 AM

J  **Are you going to tell the newspaper that some random guy keeps harassing you**  11:17 AM

**They have your texts now**
11:17 AM

J  **Because that's the only evidence that you really have.**

2:31

< **Joe**
+17792067680

📞 🔍 ⋮

**J** Because that's the only evidence that you really have. Everything else is hearsay!!!

11:18 AM

**J** You've never seen me, you don't even know who I am!!!

Well, good luck

 dumbass

11:19 AM


You do know there are civil and criminal federal penalties for hacking. This will be a federal case. I

2:31

< **Joe**
+17792067680

You do know there
are civil and criminal
federal penalties for
hacking. This will
be a federal case. I
suggest you honor
my request to cease
contacting me and
have a lawyer call
me. Thank you.

11:21 AM

J Lmaooooo if you
had any evidence,
but you don't!!!

11:21 AM

You gave yourself
away when you
started texting me
before I even got









2:31

< **Joe**
+17792067680

You gave yourself away when you started texting me before I even got back to the search area.

11:22 AM

(J) Um, you're an idiot

But, good luck

I know the law

Texting someone is not a crime

11:24 AM

(J) Like I've said good luck

11:25 AM

How so? Tell me.



2:31

< **Joe**
+17792067680

How so? Tell me. What brought you to the corner in the first place? What clue was that and answer?

11:25 AM

**J** Good luck finding me

Don't care!!!!   11:25 AM

**J**  you are only good for my amusement

11:26 AM

What clue was at the location e years



2:31

< **Joe**
+17792067680

What clue was at the location e years ago?

3 years ago

11:26 AM

So your story is that you randomly walked straight to the location on your own notwithstanding you have no knowledge of the clue/answer or physical clues at the location?

11:27 AM

the location e years ago?

3 years ago

11:26 AM







2:31

< **Joe**
  +17792067680



You gave yourself away when you started texting me before I even got back to the search area

11:29 AM

**J** That shows nothing, but good luck

11:34 AM

So again what clue/ answer exists near the treasure?

11:34 AM

**J** My dick in your mouth

11:37 AM

**J** Ok......and????

11:38 AM

Thar is what you 

              

   ○   



‹   **Joe**
    +17792067680

UK......and ????   11:38 AM

Thar is what you
want a federal judge
and the press and
Forrest to read?

11:39 AM

Let them read it!!
I'm not worried!!!   11:41 AM

You think that you
can scare people
who are way more
advanced than
you!!!!   12:10 PM

Times have
changed!!!!
News flash!!!   12:11 PM

