IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA ANDERSEN,

       Plaintiff,

v.                                              No. 1:20-cv-00553-WJ-JFR

FORREST FENN and
FNU LNU,

       Defendants.

## RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Order of Dismissal, which dismissed all of Plaintiff's claims.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE