FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 07 2021

MITCHELL R. ELFERS
CLERK

Bruno Raphoz
4, av Mireio -A
F-06100 NICE
+33 695 988 355

attn Honorable William P Johnson New Mexico District court

Dear Sir,

I have been waiting until the story aired on *CBS*, now somewhat official, to take a step regarding the Forrest Fenn affair or, rather, its final, surprising untying where everybody, including journalists, big and small, were appalled at discovering "holes" in a tale that was masterly set up early on and that nobody expected to end like this.

If my version of the story is believable (it is), everybody is in for a surprise. I cannot prove anything, I have never seen the treasure, but after a good number of years at work on the clues and studying the region, I know where the old Fenn wanted us to go, treasure or not, and it wasn't Wyoming for sure, but Colorado. I did go there and can prove I found the blaze in sept. 2019, located at the precise right spot, evidence leading me there accurately, in the middle of nowhere.

Coming from the other end of the world, I took pictures of the blaze that you can find in his mail forrestfenn@gmail.com (sent sept. 11 2019 by advelocit@gmail.com). The reasons leading me to it are all numbered in the poem, and I even found some additional ones too, courtesy by Fenn, confirming I was where he intended us to be. All this meaning that I can reproduce it in front of anyone, even a judge.

My assumption is that when F. Fenn knew I was once again on my way to bring the chest back from the mountains (I wrote to him (forrestfenn@gmail.com on march 17, 2020, my email was then emilievivienne@protonmail.com), the virus then plunging the planet to a standstill and his death approaching, the normal ending of his story was in limbo, seemed far, far away !

I have no idea why J. Stuef was selected ; all was needed was a finder, preferably from America. I strongly suspect that F. Fenn went up there in April/May 2020 and retrieved the treasure, brought it back for everyone to see and made his story, after much hemming and hawing from the general public, finally authentic (while keeping all the goodies in the heirloom).

I see it as a treason on Fenn's part ; if he meant to cheat in the end, some people died for nothing (and countless others worked for peanuts). The blaze (and I think the treasure too) was in south-west Colorado and I can take anyone (fit) there.

Please let me know what the law asks when I want to proceed in helping the manifestation of the truth, as a book signed by Mr. Barbarisi that may contain lies, is due out soon.

My current email address is emilievivienne@protonmail.com

Sincerely,

M RAPHOZ BRUNO
4 AVENUE MIREIO
06100 NICE
FRANCE

Fédération Française de Cardiologie

FRANCE
Niveau de garantie : R1 [X] R2 [ ] PRIO
RK 51 983 264 0 FR

RECOMMANDÉ / REGISTRED

LA POSTE
FRANCE
LETTRE RECO INTER R1
IP**6,00 EUR

US district court of New Mexico
Pete V Domenici US Courthouse
333 Lomas blvd NW, suite 270
ALBUQUERQUE, NM 87102
USA

RECEIVED
JUN 07 2021
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MITCHELL R. ELFERS
CLERK